IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DOUGLAS JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 22-cv-03718 |
| v. | ) |
| COOK COUNTY SHERIFF THOMAS | ) Hon. Robert Judge Gettleman |
| DART, in his official capacity, | ) Hon. Mag. Judge Jeffrey Cummings |
| ANTWAUN BACON, a CCDOC officer, and | ) |
| COOK COUNTY, a municipal corporation, | ) |
| | ) |
| Defendants. | ) |

## JOINT STATUS REPORT

The represented parties by and through their counsels, DVORAK LAW OFFICES, LLC, for the Plaintiff, and THE CITY OF CHICAGO, for the Defendants, hereby submit the following joint status report:

1. **A list of the discovery that has been completed.**

All parties have exchanged their initial disclosures.

2. **A list of the discovery that remains to be completed.**

Written discovery requests were due to be exchanged by January 15, 2023, and a joint status report was due to be filed by Monday, January 16. 2023. As these deadlines fell on a Sunday and on a court holiday, respectively, the parties inadvertently missed these deadlines.

The parties conferred regarding a modified discovery requests deadline and have agreed to exchange discovery requests by February 3, 2023, with the agreement of the court.

3. **Whether any discovery disputes require the Court's attention.**

There are no discovery disputes that require the Court's attention other than the above discovery request exchange deadline modification by February 3, 2023.

4. **Whether the parties are mutually interested in a settlement conference.**

The parties have not discussed settlement yet.

Dated: January 18, 2023

                                                                Respectfully Submitted,
                                                                /s/ Elizaveta Vasilyeva
                                                                *Counsel for the Plaintiff*

Richard Dvorak
Liza Vasilyeva
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
Richard.dvorak@civilrightsdefenders.com
Liza@civilrightsdefenders.com

                                                                  /s/   Joel Zeid
                                                                 *Counsel for the Defendants*

Joel Zeid
Assistant State's Attorney
*Richard J. Daley Center*
50 W. Washington Street, Room 500
Chicago, IL 60601
P: (984) 666-0654
Joel.zeid@cookcountyil.gov

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on January 18, 2023, a copy of the foregoing document was served upon counsel of record, via electronic mail.

/s/ Elizaveta Vasilyeva