**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.6.3
Eastern Division**

Douglas Johnson
                                      Plaintiff,

v.                                                           Case No.: 1:22−cv−03718
                                                                               Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 24, 2023:

      MINUTE entry before the Honorable Jeffrey Cummings: The Court has reviewed the parties' joint status report [15]. The parties have exchanged Rule 26(a)(1) disclosures and shall issue written discovery requests by 2/3/23. The parties are reminded of the 5/15/23 fact discovery deadline. By 3/9/23, the parties shall file a joint status report setting forth what discovery has been completed, what discovery remains, and whether any discovery disputes require the Court's attention. The parties are advised that they may contact this Court's courtroom deputy if at any time they are mutually interested in scheduling a settlement conference with the Court. Mailed notice (cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.