IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 21 C 5462 |
| v. | ) | |
| | ) | Hon. Judge Robert Gettleman |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) | Hon. Mag. Judge Jeffrey Cummings |
| | ) | |
| Defendant. | ) | |

**JOINT INITIAL STATUS REPORT**

**1. The Nature of the Case:**

**A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.**

*Counsel for Plaintiff*
Richard J. Dvorak (lead)
Dvorak Law Offices, LLC
6262 Kingery Highway Suite 305
Willowbrook, IL 60527
312-593-7146
richard.dvorak@civilrightsdefenders.com

*Counsel for Defendants* (Lead)
Joel Madison Zeid (lead)
Cook County State's Attorney's Office
50 W Washington St Room 500
Chicago, IL 60602
984-666-0654
Joel.zeid@cookcountyil.gov

**B. Status Update.**
Plaintiff participated in a settlement conference on March 8, 2023 in a separate lawsuit entitled, *Johnson v. Cook County*, 20-cv-113 with Magistrate Judge Heather McShain. However, Plaintiff would like to have a global settlement conference to include *Johnson v. Dart*, 22-cv-3718, with both of his attorneys present. Defendant is in agreement with attending a settlement conference and both parties have agreed to exchange written discovery by end of day Monday. Magistrate Judge McShain is the assigned Magistrate Judge for *Johnson v. Cook County*, 20-cv-113. She is the assigned Judge handling the settlement conference. Parties ask that Judge McShain be assigned to oversee the parties settlement conference since she is already doing so in *Johnson v. Cook County*, 20-cv-113.

**CERTIFICATE OF SERVICE**

    I, Joel Zeid, Assistant State's Attorney, certify that I served this notice, together with the document referenced therein, by filing with the Courts ECF docket on **March 9, 2023.**

    */s/Joel Zeid*
Joel Zeid
Assistant State's Attorney
Richard J. Daley Center
50 W. Washington Street Room 500
Chicago, IL 60601
(984) 666-0654
Joel.Zeid@cookcountyil.gov
Attorney No. 10295