## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
## Eastern Division

Douglas Johnson
                                   Plaintiff,

v.                                               Case No.: 1:22−cv−03718
                                                 Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 29, 2023:

        MINUTE entry before the Honorable Heather K. McShain: Pre−settlement telephone conference held on 03/29/2023. Global settlement conference of cases Johnson v. Cermack et al., 20−cv−00113 and Johnson v. Dart, et al., 22−cv−3718 is set for 05/26/2023 at 9:00 a.m. As to case Johnson v. Dart, et al., 22−cv−3718, plaintiff to provide settlement proposal to defendants by 05/01/2023. Defendants to provide response settlement proposal by 05/15/2023. These settlement proposals should be emailed to the Court at Settlement_Correspondence_McShain@ilnd.uscour ts.gov on the same day they are provided to opposing counsel. Please note that settlement proposals are not to be filed on the CM−ECF system. The parties are encouraged to keep talking with one another after they exchange their settlement proposals, to further the settlement negotiations in advance of the conference itself. Parties shall confer and send ONE email to Chambers_McShain@ilnd.uscourts.gov, by 05/19/2023 identifying the email addresses of the individuals who intend to participate in the settlement conference and the configuration of virtual defense rooms that will be necessary. The parties are directed to review and comply with Judge McShain's Standing Order for Settlement Conferences (available on the court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Settlement Conference"). Individuals with full and complete settlement authority on behalf of the parties are ordered to personally participate in the settlement conference. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.