IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

## JOINT STATUS REPORT

The represented parties by and through their counsels, DVORAK LAW OFFICES, LLC, for the Plaintiff, and THE CITY OF CHICAGO for the Defendants, hereby submit the following joint status report:

1. **Status on discovery.**

    Both parties have exchanged their initial disclosures.

    On March 6, 2023, the parties exchanged their written answers to discovery requests. On March 13, 2023, the parties exchanged written discovery for the purpose of facilitating settlement discussions.

2. **Status on settlement.**

    Magistrate Judge McShain is the assigned Magistrate Judge for the present case, as well as in *Johnson v. Cook County*, 20-cv-00113. Global settlement conference of these cases is set for March 26, 2023, at 9 a.m. The Plaintiff will submit a settlement proposal to Defendants by Monday, May 1, 2023. The Defendant will submit a settlement proposal response by Monday, May 15, 2023.

    Counsel are preparing their respective settlement proposal and response and are reviewing discovery previously exchanged for purposes of settlement discussions. The parties will continue to confer regarding settlement negotiations in advance of the conference itself.

Dated: April 20, 2023

        Respectfully Submitted,
        /s/ Liza Vasilyeva
        *Counsel for the Plaintiff*

        Richard Dvorak
        Liza Vasilyeva
        *Dvorak Law Offices, LLC*
        1 Walker Avenue, Suite 204
        Clarendon Hills, IL 60514
        P: (312) 593-7146
        F: (312) 873-3869
        Richard.dvorak@civilrightsdefenders.com
        Liza@civilrightsdefenders.com


        /s/ Joel Zeid
        *Counsel for the Defendants*
        Joel Zeid
        Assistant State's Attorney
        *Richard J. Daley Center*
        50 W. Washington Street, Room 500
        Chicago, IL 60601
        P: (984) 666-0654
        Joel.zeid@cookcountyil.gov


## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on April 20, 2023, a copy of the foregoing document was served upon counsel of record, via electronic mail.

                /s/ Liza Vasilyeva