**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**


Douglas Johnson

                            Plaintiff,

v.                                                      Case No.: 1:22–cv–03718
                                                        Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.

                            Defendant.

_____


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, May 9, 2023:


        MINUTE entry before the Honorable Robert W. Gettleman: In light of the
settlement conference set before Magistrate Judge McShain [23], telephonic hearing set
for 5/16/2023 is stricken and reset to 6/27/2023 at 9:15 a.m. on the Webex platform.
Parties will not be asked to start their video. Members of the public and media may listen
to these proceedings by dialing (650) 479–3207 the meeting number, access code, or
PIN/ID is 1809883385. Counsel of record and other essential case participants will receive
an email prior to the start of the hearing with instructions to join the hearing. Persons
granted remote access to proceedings are reminded of the general prohibition against
photographing, recording, and rebroadcasting of court proceedings. Violation of these
prohibitions may result in sanctions, including removal of court issued media credentials,
restricted entry to future hearings, denial of entry to future hearings, or any other sanctions
deemed necessary by the Court. Mailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.