**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Douglas Johnson
        Plaintiff,

v.               Case No.: 1:22−cv−03718
               Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 15, 2023:

  MINUTE entry before the Honorable Heather K. McShain: A global settlement conference of cases Johnson v. Cermack et al., 20−cv−00113, and Johnson v. Dart, et al., 22−cv−3718, is currently set for 05/26/2023 [82]. The Court has reviewed the parties&#39; settlement proposals in case 22−cv−3781, and needs to speak with counsel in both cases in advance of the settlement conference as this discussion could impact whether the settlement conference proceeds. An off−the−record telephone conference is set for 05/19/2023 at 9:30 a.m. Dial−in information will be emailed to counsel by Chambers in advance of the telephone conference. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.