UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Douglas Johnson
                    Plaintiff,

v.                                              Case No.: 1:22−cv−03718
                                                Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 19, 2023:

    MINUTE entry before the Honorable Heather K. McShain: On 05/192023, the Court held an off−the−record telephone conference in cases Johnson v. Cermack et al., 20−cv−00113, and Johnson v. Dart, et al., 22−cv−3718, to discuss the prospect of a global settlement. For the reasons discussed during the telephone conference, a global resolution does not seem possible at this time. As a result, the settlement conference set for 05/26/2023 at 1:00 p.m. [23] in the instant case of Johnson v. Dart, et al., 22−cv−3718 is hereby stricken. The parties are directed to contact the Magistrate Judge at any time should they wish to reengage the Court's assistance with settlement. By 05/26/2023, the parties are to file a joint status report to update the Court on: (a) the status of what fact discovery remains outstanding and a proposed schedule for its completion; and (b) any other matters the parties believe should be brought to the Court's attention. Mailed notice (ec )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.