IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DOUGLAS JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 22-cv-3718 |
| v. ) | |
| ) | Hon. Robert W. Gettleman |
| COOK COUNTY SHERIFF THOMAS ) | Hon. Mag. Heather K. McShain |
| DART, in his official capacity, ) | |
| ANTWAUN BACON, a CCDOC officer, and ) | |
| COOK COUNTY, a municipal corporation, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

**1. The Nature of the Case:**

**A. Identify (names and contact information) for all attorneys of record for each party, including the lead trial attorney.**

*Counsel for Plaintiff*
Richard J. Dvorak (lead)
Liza Vasilyeva
Dvorak Law Offices, LLC
1 Walker Ave, Suite 204
Clarendon Hills, IL 60514
312-593-7146
richard.dvorak@civilrightsdefenders.com
liza@civilrightsdefenders.com

*Counsel for Defendants* (Lead)
Joel Madison Zeid (lead)
Cook County State's Attorney's Office
50 W Washington St Room 500
Chicago, IL 60602
984-666-0654
Joel.zeid@cookcountyil.gov

**B. Status Update.**
Regarding the status of fact discovery in *Johnson v. Dart*, 22-cv-3718, the parties have previously exchanged written discovery and may supplement answers to written discovery.

No depositions have yet been taken. Defendants would like to take Plaintiff's deposition and Plaintiff anticipates taking Defendants' and non-party medical treaters' depositions. The parties would like to propose a schedule for completion of fact discovery by September 26, 2023. The only other matter is that on 5/17/2023 the Defendant provided the Plaintiff with an offer of judgement.

**CERTIFICATE OF SERVICE**

    I, Joel Zeid, Assistant State's Attorney, certify that I served this notice, together with the document referenced therein, by filing with the Courts ECF docket on **May 26, 2023.**

                                      */s/Joel Zeid*
                                      Joel Zeid
                                      Assistant State's Attorney
                                      Richard J. Daley Center
                                      50 W. Washington Street Room 500
                                      Chicago, IL 60601
                                      (984) 666-0654
                                      Joel.Zeid@cookcountyil.gov
                                      Attorney No. 10295