**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Douglas Johnson
         Plaintiff,

v.               Case No.: 1:22−cv−03718
              Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, May 30, 2023:

   MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [29], which states that the parties have previously exchanged written discovery and may supplement their answers to written discovery. The parties anticipate taking several depositions, including non−party treaters. The Court adopts the parties' proposed discovery schedule and orders that all fact discovery be completed by 09/26/2023. A further joint status report is due on 07/24/2023 to update the Court on: (a) the progress of discovery; (b) whether the parties anticipate expert discovery and, if so, a proposed schedule for the completion of such discovery; (c) the status of settlement discussions, if any; and (d) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like to reengage the Court's assistance with settlement. Mailed notice. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.