IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

## JOINT STATUS REPORT

The represented parties by and through their counsels, DVORAK LAW OFFICES, LLC, for the Plaintiff, and THE CITY OF CHICAGO for the Defendants, hereby submit the following joint status report:

1. **Progress of discovery.**

Both parties have exchanged their initial disclosures and have previously exchanged written discovery. However, because prior written discovery was exchanged for the purposes of facilitating settlement discussions, the parties may supplement answers to written discovery.

2. **Whether the parties anticipate expert discovery.**

The parties do not anticipate expert discovery at this time.

3. **Status of settlement discussions.**

Prior settlement discussions were unsuccessful, and the parties have not revisited settlement discussions.

4. **Any other issue the parties wish to raise with the Court.**

The parties have previously proposed a discovery schedule for all fact discovery to be completed by September 26, 2023. Because of the nature of this case involving multiple non-party medical treaters and in anticipation of taking depositions of these non-party medical treaters, the parties would like to propose a revised discovery schedule, with the fact discovery to be completed by November 26, 2023.

Dated: July 24, 2023

    Respectfully Submitted,
    <u>/s/ Adrian Bleifuss</u>
    *Counsel for the Plaintiff*

    Richard Dvorak
    Adrian Bleifuss
    *Dvorak Law Offices, LLC*
    1 Walker Avenue, Suite 204
    Clarendon Hills, IL 60514
    P: (312) 593-7146
    F: (312) 873-3869
    Richard.dvorak@civilrightsdefenders.com
    ABleifuss@gmail.com


    <u>/s/ Joel Zeid</u>

    *Counsel for the Defendants*
    Joel Zeid
    Assistant State's Attorney
    *Richard J. Daley Center*
    50 W. Washington Street, Room 500
    Chicago, IL 60601
    P: (984) 666-0654
    Joel.zeid@cookcountyil.gov

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 24, 2023, a copy of the foregoing document was served upon counsel of record, via electronic mail.

/s/ Adrian Bleifuss