# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Douglas Johnson
                                   Plaintiff,

v.                                                   Case No.: 1:22–cv–03718
                                                             Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 25, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [33], which repeats a statement from the previous joint status report that the parties may supplement their written discovery but does not explain whether this discovery has been supplemented. The parties further report that they do not anticipate expert discovery. Finally, the parties request that fact discovery be extended until 11/26/2023. The parties' request is granted, and all fact discovery must be completed by 11/27/2023 (11/26 is a Sunday). Further requests to extend the fact discovery cutoff must be made by timely filed motion that makes a showing of good cause for the requested extension. Further joint status report on the same topics as the instant status report due 09/25/2023. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.