IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| Douglas Johnson | ) | |
| Plaintiff, | ) | Case No. 22-cv-3718 |
| | ) | |
| | ) | Hon. Robert W. Gettleman |
| v. | ) | Hon. Mag. Heather K. McShain |
| | ) | |
| Sheriff Thomas Dart, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **September 12, 2023,** Assistant Cook County State's Attorney Joel Madison Zeid withdrew their appearance for Defendant Correctional Officer Antwaun Bacon**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jason E. DeVore substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: */s/ Jason E. DeVore*
Jason E. DeVore (ARDC No. 6242782)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: jdevore@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **September 12, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/ Jason E. DeVore*