**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Douglas Johnson
                                    Plaintiff,

v.                                                                      Case No.: 1:22–cv–03718
                                                                          Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Based on the parties' joint request, the joint status report deadline of 09/25/2023 [34] is extended to 09/26/2023. Mailed notice. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.