IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

## JOINT STATUS REPORT

The represented parties by and through the undersigned attorneys hereby submit the following joint status report:

1. **Progress of discovery.**

   The Plaintiff's deposition is scheduled for October 26, 2023, Defendant Bacon's deposition is set for November 3, 2023. The parties have exchanged written discovery.

2. **Whether the parties anticipate expert discovery.**

   The parties do not anticipate expert discovery at this time.

3. **Status of settlement discussions.**

   Prior settlement discussions were unsuccessful, and the parties have not revisited settlement discussions.

4. **Any other issue the parties wish to raise with the Court.**

   The parties have no additional matters they wish to raise the Court at this time.


Dated: September 26, 2023

                                                    Respectfully Submitted,
                                                    /s/ Adrian Bleifuss Prados
                                                    *Counsel for the Plaintiff*

*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
Richard.dvorak@civilrightsdefenders.com
aBleifuss@gmail.com

*Counsel for the Defendant Dart:*

/s/ Joel Zeid
Joel Zeid
Assistant State's Attorney
*Richard J. Daley Center*
50 W. Washington Street, Room 500
Chicago, IL 60601
P: (984) 666-0654
Joel.zeid@cookcountyil.gov

*Counsel for the Defendant Bacon:*

/s/Zachary G Stillman
Zachary G Stillman
DeVore Radunsky LLC
230 W Monroe
Ste 230
Chicago, IL 60606
312-300-4479
zstillman@devoreradunsky.com

2