## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Douglas Johnson
                              Plaintiff,

v.                                                    Case No.: 1:22–cv–03718
                                                    Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2023:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [38], which reports that the parties have exchanged written discovery and noticed two depositions for late October and early November. A further joint status report is due on 11/30/2023 to update the Court on: (a) the progress of discovery, including confirmation that all fact discovery has been completed; (b) the status of settlement discussions, if any; (c) the parties' plans for next steps in the litigation, including, if applicable, an agreed briefing schedule for dispositive motions; and (d) any other issues the parties wish to raise with the Court. The parties are advised that the Court has recently updated its standing order on discovery motions. Before filing any discovery motions in this case, the parties must review and comply with Judge McShain's standing order on discovery motions (available on the Court's website at www.ilnd.uscourts.gov by selecting the link for Magistrate Judge McShain and then the link for "Discovery Motion Requirements"). The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.