# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Eastern Division

Douglas Johnson
                                           Plaintiff,

v.                                                                                Case No.: 1:22–cv–03718
                                                                                 Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 28, 2023:

      MINUTE entry before the Honorable Heather K. McShain: Pending before the Court is plaintiff's agreed motion to extend fact discovery [41]. The parties request that fact discovery be extended from 11/27/2023 until 02/27/2024, apparently for the purpose of completing only the depositions of plaintiff and defendant Bacon. These depositions were expected to be completed by 11/03/2023, but due to a death in defense counsel's family and the Thanksgiving holiday, the depositions did not proceed. Plaintiff's counsel also states that his law firm has a heavy case load in December 2023 and January 2024. For the reasons stated in the motion, plaintiff's agreed motion [41] is granted, and all fact discovery must be completed by 02/27/2024. Because the Court is affording the parties three additional months to complete two depositions, this is a final extension that will not be extended again in the absence of a timely filed motion that demonstrates that extraordinary and unforeseeable circumstances beyond the parties' control have prevented the parties from completing fact discovery by 02/27/2024. The joint status report date of 11/30/2023 [39] is hereby stricken, and a joint status report is now due on 01/30/2024 to update the Court on: (a) the progress of discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like to reengage the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.