IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS | ) | Hon. Robert W. Gettleman |
| DART, in his official capacity, | ) | Hon. Mag. Heather K. McShain |
| ANTWAUN BACON, a CCDOC officer, and | ) | |
| COOK COUNTY, a municipal corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties, by and through their attorneys, hereby submit the following joint status report:

1. **Progress of discovery:**

The Plaintiff's deposition is scheduled for February 6, 2024. Defendant Bacon's deposition is set for February 14, 2024. The parties have exchanged written discovery.

The Defendant has noticed the depositions of Defendant Sheriff's Employees Orr and Purcell for February 19, 2024, and has a 30(b)(6) notice for a designated witness to testify regarding Cook County Jail policies on a proposed date of February 12, 2024.

The Plaintiff has subpoenaed treater Dr. Patrick Ennis for a deposition set for February 22, 2024.

The parties have exchanged written discovery.

2. **Status of settlement discussions:**

1

Prior settlement discussions were unsuccessful, and the parties have not revisited settlement discussions.

3. **Any other issue the parties wish to raise with the Court:**

The parties have no additional matters they wish to raise the Court at this time.

Dated: January 30, 2024

*Counsel for the Plaintiff*

Respectfully Submitted,
/s/ Adrian Bleifuss Prados


Richard Dvorak
Adrian Bleifuss
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
Richard.dvorak@civilrightsdefenders.com
ableifuss@gmail.com

*Counsel for the Defendants:*


/s/Joel Zeid
Joel Zeid
Civil Rights and Torts
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602


/s/Zachary Stillman

Zachary Stillman
DeVore Radunsky LLC

2

Direct: (312) 300-4485 • Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606

3