## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Douglas Johnson
                    Plaintiff,

v.                                          Case No.: 1:22−cv−03718
                                            Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 2, 2024:

    MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [46], which reports that the parties have scheduled five depositions to be completed before the 02/27/2024 fact discovery cutoff. A joint status report is due on 03/05/2024 to: (a) confirm that all fact discovery has been completed; (b) update the Court on the parties' settlement discussions, if any; and (c) propose next steps in the litigation, including, if applicable, a proposed briefing schedule for dispositive motions. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like to reengage the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.