UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Douglas Johnson
                               Plaintiff,
v.                                                     Case No.: 1:22−cv−03718
                                                       Honorable Robert W. Gettleman
Sheriff Thomas Dart, et al.
                               Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 23, 2024:

    MINUTE entry before the Honorable Heather K. McShain: The parties' agreed motion for extension of time to complete discovery [49], which seeks an extension for the sole purpose of completing four depositions discussed in the motion, is granted. The outstanding depositions mentioned in the motion must be completed by 03/29/2024. Because this is the second extension granted for purposes of completing oral discovery, no further extension of the fact discovery cutoff will be granted in the absence of a timely filed motion that establishes that unforeseen and extraordinary circumstances beyond the parties' control have prevented the parties from meeting the 03/29/2024 cutoff. The joint status report date of 03/05/2024 [47] is stricken and reset to 04/03/2024. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like to reengage the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.