IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) | Hon. Robert W. Gettleman<br>Hon. Mag. Heather K. McShain |
| | ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

The Parties, by and through the undersigned counsel, hereby submit the following joint status report:

1. Defendant Dart presented a 30(b)(6) witness who was deposed on April 24, 2024.

2. Fact discovery closed on April 29, 2024.

3. The Plaintiff requests sixty days, up to and including July 3, 2024, to disclose a medical retained expert.

4. The Parties propose that the deadline for the deposition of said expert be August 3, 2024.

5. The Parties propose that the respective deadlines for the disclosure and deposition of any expert(s) retained by the Defendants be September 3, 2024, and October 4, 2024.

6. The Parties have not made any further movement toward settlement, but will further discuss the issue determine whether there is a realistic chance of settlement.

1

Respectfully Submitted,

/s/ Adrian Bleifuss Prados
Adrian Bleifuss Prados
*Counsel for the Plaintiff*

*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
ableifuss@gmail.com

/s/James O'Connor

James O'Connor
*Counsel for Defendant Dart*

Assistant State's Attorney
Civil Actions Bureau
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, IL 60602
Dated: May 3, 2024



/s/Zachary Stillman
Zachary Stillman
*Counsel for Defendant Bacon*

DeVore Radunsky LLC
Direct: (312) 300-4485
Office: (312) 300-4479
zstillman@devoreradunsky.com
230 W Monroe, Ste 230
Chicago, IL 60606