## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Douglas Johnson
                                      Plaintiff,

v.                                                                                  Case No.: 1:22–cv–03718
                                                                                  Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 6, 2024:

       MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [55], which reports that fact discovery has been completed, and adopts the parties' proposed schedule for expert discovery as follows: Plaintiff's expert to be disclosed by 07/03/2024 and deposed by 08/03/2024. Defendant's expert to be disclosed by 09/03/2024 and deposed by 10/04/2024. Further joint status report due on 07/15/2024 to update the Court on: (a) the progress of expert discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.