UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Douglas Johnson
                        Plaintiff,

v.                                                   Case No.: 1:22–cv–03718
                                                      Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 24, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Plaintiff's unopposed motion for extension of expert discovery deadlines [58] is granted for the reasons stated in the motion. Plaintiff's expert to be disclosed by 09/03/2024 and deposed by 10/03/2024. Defendants' expert to be disclosed by 11/04/2024 and deposed by 12/04/2024. Status report deadline of 07/15/2024 [57] is stricken and reset to 09/13/2024 to update the Court on: (a) the progress of expert discovery; (b) the status of settlement discussions, if any; and (c) any other issues the parties wish to raise with the Court. The parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if they would like the Court's assistance with settlement. Mailed notice. (pk, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.