IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DOUGLAS JOHNSON,                          )
                                          )
                    Plaintiff,            )        22-cv-3718
        v.                                )
                                          )
COOK COUNTY SHERIFF THOMAS                )        Hon. Robert W. Gettleman
DART, in his official capacity,           )        Hon. Mag. Heather K. McShain
ANTWAUN BACON, a CCDOC officer, and       )
COOK COUNTY, a municipal corporation,     )
                                          )
                    Defendants.           )

## JOINT STATUS REPORT

The parties, by and through their counsel, DVORAK LAW OFFICES, LLC,

for the Plaintiff, and the COOK COUNTY STATE'S ATTORNEY'S OFFICE, and

DeVORE RADUNSKY, LLC, for the Defendants, hereby submit the following joint

status report:

1. The Plaintiff has elected not to retain an expert witness.

2. The Defendants are considering whether they wish to retain an expert and
   will make that determination prior to the November 4, 2024, deadline.

3. The parties are exploring the possibility of settlement through informal
   means.


Dated: September 13, 2024

                              Respectfully Submitted,
                              /s/ Adrian Bleifuss Prados
                              *Counsel for the Plaintiff*

                              Richard Dvorak
                              Adrian Bleifuss
                              *Dvorak Law Offices, LLC*
                              1 Walker Avenue, Suite 204
                              Clarendon Hills, IL 60514
                              P: (312) 593-7146

1

F: (312) 873-3869
Richard.dvorak@civilrightsdefenders.com
aBleifuss@gmail.com


/s/ James O'Connor
James O'Connor
Assistant State's Attorney
*Richard J. Daley Center*
50 W. Washington Street, Room 500
Chicago, IL 60601
312.603.6189
james.oconnor@cookcountysao.org


/s/Zachary Stillman
Zachary Stillman
Associate Attorney
DeVore Radunsky LLC
230 W Monroe, Ste 230
Chicago, IL 60606

Direct: (312) 300-4485
zstillman@devoreradunsky.com

2