## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Douglas Johnson
                    Plaintiff,

v.                                           Case No.: 1:22−cv−03718
                                             Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 19, 2024:

    MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [61], which reports that plaintiff elected not to retain an expert and defendants are still considering whether to retain an expert. The parties are also pursuing informal settlement discussions. On the Court's own motion, the expert discovery schedule is modified as follows: defendants' expert disclosures due by 10/07/2024, and defendants' experts to be deposed by 11/07/2024. A joint status report is due on 10/14/2024 to update the Court on: (a) the progress of expert discovery; (b) the status of settlement discussions; (c) a proposed schedule for dispositive motions, if applicable; and (d) any other issues the parties wish to raise with the Court. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.