IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman<br>Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

### THE PLAINTIFF'S RESPONSE IN OPPOSITION TO THE DEFENDANT'S MOTION FOR AN EXTENSION OF TIME TO DISCLOSE AN EXPERT WITNESS

Now comes the Plaintiff, by and through his counsel of DVORAK LAW OFFICES, LLC, hereby responds in opposition to the Defendant's Motion.

1. The Plaintiff has elected not to retain an expert witness. The Defendant's have known this since late August of 2024.

2. The Plaintiff had previously requested an extension on his expert disclosures because his witness had withdrawn due to a conflict (Dkt. 58).

3. The Defendant's motion indicates that they have not yet engaged any expert.

4. The Defendants have offered no good cause for the delay.

WHEREFORE, for all of the reasons stated above, the Plaintiff opposes the Defendant's Motion.

Dated: October 8, 2024

                                                    Respectfully Submitted,
                                                    /s/ Adrian Bleifuss Prados
                                                    *Counsel for the Plaintiff*

Adrian Bleifuss Prados

*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
ableifuss@gmail.com

## CERTIFICATE OF SERVICE

The undersigned an attorney, hereby certifies that on October 8, 2024, he caused the attached document to be served upon counsel of record via the Court's electronic filing system.

Dated: October 8, 2024

                                          Respectfully Submitted,
                                          /s/ Adrian Bleifuss Prados
                                          *Counsel for the Plaintiff*

Adrian Bleifuss Prados
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
ableifuss@gmail.com