# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.2
### Eastern Division

Douglas Johnson
                            Plaintiff,

v.
                                                                        Case No.: 1:22–cv–03718
                                                                               Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 9, 2024:

      MINUTE entry before the Honorable Heather K. McShain: Over plaintiff's objection [64], defendants' motion to extend expert discovery deadlines [63] is granted. Defendants' expert to be disclosed by 11/04/2024 and deposed by 12/04/2024. In light of plaintiff's representation that defendants have known since late August that he would not disclose an expert, no extensions of defendants' disclosure date will be granted in the absence of a timely filed motion that makes a particularized showing that extraordinary and unforeseeable circumstances prevented defendants from meeting the 11/04/2024 deadline. The joint status report deadline of 10/14/2024 [62] is stricken and reset to 12/11/2024. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.