UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **Douglas Johnson** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 22-cv-03718 |
| v. ) | |
| ) | Honorable Robert W. Gettleman |
| **Sheriff Thomas Dart, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**To: CM/ECF Service List**

**PLEASE TAKE NOTICE** that, pursuant to Local Rule 83.17, Assistant State's Attorney Joel Zeid, withdraws his appearance for **Sheriff Thomas Dart and Cook County** on November 12, 2024, and Rebecca J. Laue, an Assistant State's Attorney, substitutes her Appearance for said Defendants.

        **KIMBERLY M. FOXX**
        State's Attorney of Cook County

By:   /s/: *Rebecca J. Laue*
        Rebecca J. Laue
        Assistant State's Attorney
        500 Richard J. Daley Center
        Chicago, Illinois 60602
        Phone (312) 603-4327
        Fax (312) 603-3000
        Rebecca.laue@cookcountysao.org
        ARDC# 6195741

### CERTIFICATE OF SERVICE

I, Rebecca J. Laue, Assistant State's Attorney, hereby certify that on 12 November 2024 the attached Notice of Withdrawal and Substitution of Counsel within the Same Firm was served via ECF to all counsel of record.

KIMBERLY M. FOXX
State's Attorney of Cook County

By: */s/: Rebecca J. Laue*
Rebecca J. Laue
Assistant State's Attorney