IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

## JOINT STATUS REPORT

The parties by and through their attorneys, DVORAK LAW OFFICES, LLC, for the Plaintiff, and the COOK COUNTY STATE'S ATTORNEY'S OFFICE, and DeVORE RADUNSKY, LLC, for the Defendants, hereby submit the following joint status report:

1. The Plaintiff and the Defendants have all decided against retaining expert witnesses. The parties ask for no additional time for expert discovery.

2. This matter is up for status before Judge Gettleman on January 14, 2024.

3. At least one of the Defendants will be requesting a summary judgment briefing schedule at that time.

4. The parties have had informal settlement discussions and will notify the Court if they believe a settlement conference with the Magistrate Judge McShain would be constructive.

5. The parties have nothing further to report at this time.

Dated: December 11, 2024

Respectfully Submitted,
/s/ Adrian Bleifuss Prados

1

*Counsel for the Plaintiff*

Richard Dvorak
Adrian Bleifuss
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
Richard.dvorak@civilrightsdefenders.com
aBleifuss@gmail.com


/s/ Rebecca Laue
Rebecca Laue
Assistant State's Attorney
*Richard J. Daley Center*
50 W. Washington Street, Room 500
Chicago, IL 60601
312.603.6189
Rebecca.Laue@cookcountysao.org


/s/ Zachary Stillman
Zachary Stillman
Associate Attorney
DeVore Radunsky LLC
230 W Monroe, Ste 230
Chicago, IL 60606

Direct: (312) 300-4485
zstillman@devoreradunsky.com