# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.1)
### Eastern Division

Douglas Johnson
                                            Plaintiff,

v.                                                                        Case No.: 1:22–cv–03718
                                                                                Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, December 12, 2024:

      MINUTE entry before the Honorable Heather K. McShain: The Court has reviewed the parties' joint status report [69], which reports that neither side will be undertaking expert discovery and at least one of the defendants plans to ask the District Judge to set a briefing schedule for dispositive motions. The Court will leave the referral open, and the parties may contact chambers at any time (by email to Chambers_McShain@ilnd.uscourts.gov) if the parties would like the Court's assistance with settlement. Mailed notice. (pk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.