UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Douglas Johnson
                                        Plaintiff,

v.                                                                                  Case No.: 1:22−cv−03718
                                                                                 Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 23, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: Defendants' Joint Opposed Motion For Extension Of Time For Briefing Of Dispositive Motions [75] is granted. This is the **final** extension. The briefing schedule set on 3/3/2025 [74] is modified as follows: Defendants' motions for summary judgment due by 6/13/2025; plaintiff's responses due by 7/11/2025; defendants' replies due by 7/25/2025. The court will issue its ruling on CM/ECF. Emailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.