**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **DOUGLAS JOHNSON**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **22 CV 3718** |
| **COOK COUNTY SHERIFF THOMAS** | ) | |
| **DART , in his official capacity,** | ) | **Judge Robert W. Gettleman** |
| **ANTWAUN BACON, a CCDOC officer,** | ) | |
| **and COOK COUNTY, a municipal** | ) | |
| **corporation,** | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on May 19, 2025, Special Assistant Cook County State's Attorney Zachary G. Stillman withdrew their appearance for Defendant Correctional Officer Antwuan Bacon and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Jorie R. Johnson., substituted her appearance for said Defendant.

Respectfully Submitted,

DeVore Radunsky LLC

By:  */s/ Jorie R. Johnson*
Jorie R. Johnson (6325695)
Special Assistant State's Attorney
230 W Monroe St, Ste 230
Chicago, IL 60606
312-300-4479
Email: jjohnson@devoreradunsky.com

## CERTIFICATE OF SERVICE

I, the undersigned, an attorney, hereby certifies that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL** The **WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **May 19, 2025**.

*/s/Jorie R. Johnson*