**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

---

Case Title: Douglas Johnson v. Sheriff Dart, et al.     Case Number: 2022- CV-03718

An appearance is hereby filed by the undersigned as attorney for:

officer Antwaun Bacon

Attorney name (type or print): Jorie R. Johnson

Firm:   DeVore Radunsky LLC

Street address:  230 W Monroe Ste 230

City/State/Zip:  Chicago, IL 60606

Bar ID Number:   6325695              Telephone Number:   3123004479
(See item 3 in instructions)

Email Address: jjohnson@devoreradunsky.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? |   | ✓ |
| Are you a member of the court's general bar? | ✓ |   |
| Are you a member of the court's trial bar? |   | ✓ |
| Are you appearing *pro hac vice*? |   | ✓ |
| If this case reaches trial, will you act as the trial attorney? | ✓ |   |

If this is a criminal case, check your status.

☐ Retained Counsel
☐ Appointed Counsel
    If appointed counsel, are you a
    ☐ Federal Defender
    ☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on May 19, 2025

Attorney signature:   S/ Jorie R. Johnson_____
                     (Use electronic signature if the appearance form is filed electronically.)

Revised 07/19/2023