EXHIBIT 3



Copyright ©2023 Exegetics, Inc.

Search | Help | Logout

Cabinet:
GRIEVANCE

Grievance Control Number:

Grievance Code - Issue:

Inmate Number:

Inmate Booking Number:
2019-0508253

➜ Search    ➜ Clear

| Grievance Control Number | Grievance Code - Issue | Inmate Number | Inmate Booking Number |
|---|---|---|---|
| 201907831 | 151 - Laundry Personal Items | 188863 | 2019-0508253 |
| 201909525 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 201909785 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 201912028 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 201913296 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 202003438 | 006 - Corona Virus Issue DOC | 188863 | 2019-0508253 |
| 202003761 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 202004399 | 330 - Security Procedures | 188863 | 2019-0508253 |
| 202004742 | 005 - Corona Virus Issue Cermak | 188863 | 2019-0508253 |
| 202004742 | 005 - Corona Virus Issue Cermak | 18863 | 2019-0508253 |
| 202005512 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 202008918 | 332 - Security Procedures Handcuffing Restraints | 188863 | 2019-0508253 |
| 202010131 | 040 - Commissarry Refund | 18863 | 2019-0508253 |
| 202100121 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202100993 | 040 - Commissarry Refund | 1888863 | 2019-0508253 |
| 202104275 | 040 - Commissarry Refund | 4188853 | 2019-0508253 |
| 202109590 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202111367 | 330 - Security Procedures | 188863 | 2019-0508253 |
| 202111618 | 006 - Corona Virus Issue DOC | 188863 | 2019-0508253 |
| 202112167 | 300 - Recreation | 188863 | 2019-0508253 |
| 202115626 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202115387 | 334 - Security Procedures Cell Search Shakedown | 188863 | 2019-0508253 |
| 202115601 | 190 - Medical Prescription | 188863 | 2019-0508253 |

Page 1 of 1 - 23 records found                                                    1

BATES000075

1/1

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

- ☐ Emergency/Grievance
- ☒ Grievance
- ☐ Non-Compliant Grievance

- ☐ Emergency/Grievance
- ☐ CermakHealth Services
- ☐ Superintendent:
- ☐ Other:

**CONTROL #:** 2019 NOV 83 0188663

**INMATE ID #:** 0188663

**PRINT – INMATE LAST NAME:** Johnson
**PRINT – FIRST NAME:** Douglas
**LIVING UNIT (Unidad):** 3A

**DIVISION (División):** Ten

**INMATE BOOKING NUMBER:** 2019 0508253
**DATE (Fecha):** 7-29-19

15/

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**DATE OF INCIDENT (Fecha del Incidente):** 7-23-19
**TIME OF INCIDENT (Hora del incidente):** 1:00 Pm
**SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente):** LAunDry Room

On 7-23-19 Was LAunDry Day for 3A. EveryOne's name was on the List that had LaunDRy They Pic it UP And the next day the Officer came with the List And Informed Everyone that the LAunDry Was Distroyed And it Will All be RePlaced. And On 3A there T-shirt And two commissary Both towels And On Friday 7-24-19 both my T-shirt But the toble me two State Towels instead of the towels I boUht fRoh Commissary. And not fair I should get Back Everything I Payed for.

**INMATE SIGNATURE (Firma del Preso):** Douglas Johnson

**NAME and/or IDENTIFIER(S) OF ACCUSED:** Workers

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
Everyone on 3A thinks

**SIGNATURE:**
**DATE CRW/PLATOON COUNSELOR RECEIVED:**

**CRW/PLATOON COUNSELOR (Print):**
Donahue
**SIGNATURE:**
**DATE REVIEWED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**DATE (Fecha):**

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):* Johnson

INMATE FIRST NAME *(Primer Nombre):* Douglas

ID Number *(# de Identificación):* 20190508863

INMATE # : 20190508863

CONTROL NUMBER: 2019-X / C8ff31 018863

GRIEVANCE ISSUE AS DETERMINED BY CRW: 151 Laundry/ Personal Items

IMMEDIATE CRW RESPONSE *(if applicable):*

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE *(Print):* Supt Wresh

DATE RECEIVED: *(Fecha en que la respuesta fue recibida):* 7/31/19

SIGNATURE: [signature]

DN./DEPT.: DIV10

DATE: 8/27/19

CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): DIV 10 Supt

INMATE SIGNATURE *(Firma del Preso):* [signature]

THESE Items will be Replaced.

---

**INMATE'S REQUEST FOR AN APPEAL /** *Solicitud de Apelación del Preso]*

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC y tras recibir la resolución de una apelación, si no está satisfecho con el resultado, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):*

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación.)*

---

INMATE'S REQUEST FOR AN APPEAL

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Aceptación del preso aceptada por el administrador o/su designado(a)?)* Yes *(Sí)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a).)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):*

INMATE SIGNATURE *(Firma del Preso):*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*

(FCN-40-41 (AUG 16)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000077

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☐ CermakHealth Services
☒ Superintendent:
☐ Other:

*THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY*
*(Front section is to be completed by inmate services)*

CONTROL #: 2019 X 0952 5 T 6 1 8886 03
INMATE ID #:

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Johnson

PRINT - FIRST NAME *(Primer Nombre)*: Douglas

DIVISION *(División)*: Ten

LIVING UNIT *(Unidad)*: 2-A

INMATE BOOKING NUMBER *(# de Identificación del Preso)*: 20150508255

DATE *(Fecha)*: 9-6-19

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters:
- disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism, the classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a request submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grievance form must not contain offensive or harassing language.
- The grievance issue must not pertain to an open or other issue.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

**REQUIRED -**
**DATE OF INCIDENT**
*(Fecha del Incidente)*: 9-4-19

**REQUIRED -**
**TIME OF INCIDENT**
*(Hora del Incidente)*: 9:PM

**REQUIRED -**
**SPECIFIC LOCATION OF INCIDENT**
*(Lugar Específico del Incidente)*: DIV-10-2-A
Classification

on the above date and time I was made to move from
cell 2113 to cell 2109. I had a bottom bed good I told
platoon Davis this she informed me that she would
make sure I kept my bottom bed, I have a back con-
dition God am not able to walk. This I have
told the medical staff I am now having to go
up and down stairs me great pain

REQUIRED -
NAME and/or IDENTIFIER(S) of ACCUSED
*(Nombre y/o Identificación del Acusado)*:

INMATE SIGNATURE *(Firma del preso)*:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SPECIFIC NATURE THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print)*:

SIGNATURE:

DATE REVIEWED:

CRW/PLATOON COUNSELOR *(Print)*: Donelly

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED:

N-73 (NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

Case: 1:22-cv-03718 Document #: 81-3 Filed: 06/12/25 Page 6 of 73 PageID #:247



# COOK COUNTY SHERIFF'S OFFICE
### (Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
### (Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER

2019A

ID number: (Identificación): 201905 0825

INMATE #

2019050825 01888

**INMATE INFORMATION TO BE COMPLETED BY INMATE**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

**TO BE COMPLETED BY INMATE**

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE (If applicable): 170 Medical Prescription
CRW checked and inmate don't have

CRW-REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services ): a lower bunk script
Cermak

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel

SIGNATURE: Susan Shebel

DIV/DEPT: CER

DATE RECEIVED: 9.19.19

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 9.23.19

DATE REVIEWED: 9/19/19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

INMATE'S BASIS FOR THIS GRIEVANCE (provide specific information...): [handwritten] Doctor never ordered 9/17 and anterocardenol fair to HSRF submitted ... join taylor grievance 16... for inmate handbook medical device response... see medical request describe justice information reporting

SIGNATURE: [signature]

DATE: 9/18/19

**TO BE COMPLETED BY INMATE**

## INMATE'S REQUEST FOR AN APPEAL
### (Solicitud de Apelación del Preso)

THIS SECTION IS TO BE COMPLETED BY THE INMATE

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794. (De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): _____

**TO BE COMPLETED BY INMATE**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (Apelación del preso aceptado por el administrador o/su designado(a)?): Yes ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a).):

**THIS SECTION IS TO BE COMPLETED BY ADMINISTRATOR/DESIGNEE**

ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

INMATE SIGNATURE (Firma del Preso):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

(FCN-40b) ( AUG 16)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (WHITE COPY – INMATE)

## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #**

**INMATE ID #:** 2019K09785701888a2

☐ **Emergency Grievance**
☑ **Grievance**
☐ **Non-Compliant Grievance**

☑ CermakHealthServices
☐ Superintendent: _____
☐ Other: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): Johnson

**PRINT - FIRST NAME** (Primer Nombre): Douglas

**LIVING UNIT** (Unidad): 2A

**DIVISION** (División): Ten

**INMATE BOOKING NUMBER** (# de Identificación del Preso): 2019K0508853

**DATE** (Fecha): 9-11-19

**REQUIRED - DATE OF INCIDENT** (Fecha del Incidente): 9-4-19

**REQUIRED - TIME OF INCIDENT** (Hora del Incidente): 8:00 PM

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Medication

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security/risk or protective custody risk or decisions of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism (time limits exist). If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.

**REQUIRED - SUMMARY OF COMPLAINT:**

When it was Time to Get PM MEDS, The Nurse did not give me my Pain MEDication for my Back. I need surgery And I'm having problems Getting my Pain MEDication. I Haven't Had Any from WEDnesday to sunday And I'm still not Getting no Pain MEDication At night I Put it out in two yellow slips And no-one call me Down to talk about it

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): Nurse

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o preso que tengan información):

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE INMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR** (Print): AnnAlexander
**SIGNATURE:** _____

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): _____
**SIGNATURE:** _____

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 13 SEP 19

**CATEGORY/PLATOON COUNSELOR:** _____

**DATE REVIEWED:** _____

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

CONTROL NUMBER #: 2019 04

INMATE LAST NAME *(Apellido del Preso)*: Johnson

INMATE FIRST NAME *(Primer Nombre)*: Douglas

ID Number *(# de identificación)*: 2019050 8363

INMATE #: 09985

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

CRW/REFERRED THE GRIEVANCE/APPEAL TO *(Example: Superintendent, Cermak Health Services)*: Cermak

IMMEDIATE CRW RESPONSE *(if applicable)*: medical prescription

DATE REFERRED: 9, 13, 19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE *(Print)*: Susan Shebel

SIGNATURE: Susan Shebel

DN./DEPT.:

DATE:

Records reflect you did not receive a dose 8/31 & 9/1, PRN meds must be requested cannot push duplicate medication, also requested denied will refer to Queuing Management

**INMATE'S REQUEST FOR AN APPEAL**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

INMATE SIGNATURE *(Firma del Preso)*:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 10, 2, 19

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)*

**INMATE'S REQUEST FOR AN APPEAL** / *Solicitud de Apelación por el Preso!*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*    Yes *(Sí)* ☐    No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
*(Decisión o recomendación por parte del administrador o/su designado(a):)*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):*

INMATE SIGNATURE *(Firma del Preso)*:

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000081

# COOK COUNTY SHERIFF'S OFFICE
### (Oficina del Aguacil del Condado de Cook)
# INMATE GRIEVANCE FORM
### (Formulario de Queja del Preso)

☐ Grievance
☒ Non-Compliant Grievance

INMATE LAST NAME (Apellido del Preso): Johnson

PRINT - FIRST NAME (Primer Nombre): DOUGLAS

Ten

LIVING UNIT (Unidad): 2A

☒ Hermit Health Services
☐ Superintendent: _____
☐ Other: _____

INMATE BOOKING NUMBER (# de identificación del Preso): 2019-0508253

DATE (Fecha): 11-13-19

Grievance #: 2019X1000X01888-03

**REQUIRED:**
**DATE OF INCIDENT**
(Fecha del Incidente): 11-3-19

**REQUIRED:**
**TIME OR DATE OF INCIDENT**
(Hora del Incidente): PM

**REQUIRED:**
**SPECIFIC LOCATION OF INCIDENT**
(Lugar Especifico del Incidente): Medical Unit

**REQUIRED:**
**NAME and/or IDENTIFIER(S) OF ACCUSED**
(Nombre y/o identificación del Acusado): Doctor

Been Trying to see get Medical service for My Back Because I Need surgery. Since 6-11-19 I Have Threatment then About my condition And Haven't Receive Any Medical treatment I'm in A lot of Pain And Not getting Anything for it. She Have Received All Medical Records And Still Not getting Any services. Maybe I Need To Take Action

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)

Case: 1:22-cv-03710 Document #: 81-3 Filed: 06/12/23 Page 10 of 73 PageID #:251



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil Del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

INMATE LAST NAME (Apellido del Preso): **Johnson**   INMATE FIRST NAME (Primer Nombre): **Douglas**

GRIEVANCE ISSUE AS DETERMINED BY CRW: **200 Medical Treatment**

INMATE CRW RESPONSE (if applicable): 

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

CRW/PLATOON STAFF RESPONSE TO GRIEVANCE (Referred to):

CRW RESPONDING TO GRIEVANCE (Print): **Cermak**

PRINT NAME OF STAFF RESPONDING TO GRIEVANCE (Print): **Susan Shebel**

SIGNATURE: _(signature)_     SIGNATURE: _(signature)_     DIV./DEPT.:     DATE: **11/5/19**

DATE CRW RESPONSE RECEIVED (Fecha...): 

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): **11/22/19**

_(handwritten grievance text, largely illegible)_

**INMATE'S BASIS FOR AN APPEAL** (Base del preso para una apelación):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield, Illinois 62794.

(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación al Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso):

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Aceptación del preso aceptada por el administrador o/su designado(a)?)     Yes (Sí) ☐     No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):     DATE (Fecha):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):

INMATE SIGNATURE (Firma del Preso):

INMATE SERVICES DIRECTOR/DESIGNEE SIGNATURE (Administrador o/su Designado(a)):

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):

(FCN-40b) (AUG 16)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

2019 A

| CONTROL NUMBER | INMATE # |
|---|---|
| 13028 | 018886 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME (*Apellido del Preso*): | INMATE FIRST NAME (*Primer Nombre*): | ID Number (*# de Identificación*): |
|---|---|---|
| Johnson | Douglas | 20190508253 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 200 Medical Treatment

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO (*Example:* Superintendent, Cermak Health Services ): Cermak

DATE REFERRED: 11/15/19

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

[illegible]

| PERSONNEL RESPONDING TO GRIEVANCE (Print): | SIGNATURE: | DIV./DEPT. | DATE: |
|---|---|---|---|
| [illegible] | [signature] | | 11/20/19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE (*Firma del Preso*): | DATE RESPONSE WAS RECEIVED: (*Fecha en que la respuesta fue recibida*) |
|---|---|
| [signature] | 11/21/19 |

INMATE

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelacion del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

TO BE COMPLETED BY INMATE

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

DEC - 4 ...

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)* 11/24/19

INMATE'S BASIS FOR AN APPEAL: (*Base del preso para una apelación*):
I DisAgree. She knew My ConDisHion Since 6-11-19. She knows I Need Surgery on My Back I CAll to make sure she Got My MeDical Records. Last time I seen her WAS in september Stil no tretment Just Like MY HAnd Now The Pain is Going up to My Elbow No Service!

TO BE COMPLETED BY INMATE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (*Sí*) ☐ No ☒
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**Inmate Serv. Copy**

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (*Decision o recomendación por parte del administrador o/su designado(a)*):
was reassessed by medical provider, pain management was adjusted according to findings referral to neurosurgery was ...

| INMATE SERVICES DIRECTOR/DESIGNEE (*Administrador o/su Designado(a)*): | SIGNATURE (*Firma del Administrador o/su Designado(a):*): | DATE (*Fecha*): |
|---|---|---|
| Anne Dineen | [signature] | 12/04/19 |

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

INMATE

| INMATE SIGNATURE (*Firma del Preso*): | DATE APPEAL RESPONSE WAS RECEIVED: (*Fecha en que la respuesta fue recibida*) |
|---|---|
| Douglas Johnson | 12/6/19 |

INMATE

(FCN-40b) ( AUG 16) (WHITE COPY – INMATE SERVICES) (YELLOW COPY – C.R.W.) (PINK COPY – INMATE)

BAYES000084

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☐ eTerm Health Services
☐ Superintendent:
☐ Other: _____

CONTROL # 2019132 96   01888 63

**PRINT – INMATE LAST NAME** *(Apellido del Preso):* Douglas Johnson
**Inmate #:** 01888 63
**PRINT – FIRST NAME** *(Primer Nombre):* Douglas

**DIVISION** *(División):* 8 RTU 3
**LIVING UNIT** *(Unidad):* 3 H

**CODE:** 200

**INMATE BOOKING NUMBER** *(# de Identificación del Preso):* 201905081653
**DATE** *(Fecha):* 12-18-19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**The grieved issue must not be one of the following non-grievable matters:**
- The grievance hearing officer.
- The grieved issue occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism in time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a request for information.
- The grieved issue must not be a request submission of a grievance which that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grievance form must not contain more than one issue.
- The grievance form must not pertain to pending litigated concerns such as writ of habeas corpus, pending lawsuits, or matters in criminal proceeding, etc.

**REQUIRED – DATE OF INCIDENT** *(Fecha del Incidente):* 12-7-19
**REQUIRED – TIME OF INCIDENT** *(Hora del Incidente):* 5:30 AM
**REQUIRED – SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* Div 10 3H Cell 10 (MED) call

ON 12-7-19 At 5:30 Am sometime DAY I was in A lot of pain when I stood up My legs CIVIL PS And I Fell down And I couldn't hold my weight Leg, My cellmate Call The officer And Ask Him what Happen And He seed I had to wait until I first shift was there for About 3 Hrs. And End up going to The cell tell Treatment for My Back since I Inform the Doctor on 12-11-19 cell mate Terell other

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT** *(Nombre del personal o preso que tengan información):* Cell mate Terell other

**INMATE SIGNATURE** *(Firma del Preso):* Douglas Johnson

**CRW/PLATOON COUNSELOR** *(Print):* W. Scales
**SIGNATURE:** W. Scales
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 12/16/19

**SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print):* W. Scales
**SIGNATURE:** W. Scales
**DATE REVIEWED:** 12/16/19

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

INMATE LAST NAME (Apellido del Preso): **Johnson**

INMATE FIRST NAME (Primer Nombre): **Douglas**

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

IDOC #: **2019**

CCDOC #: **2019080883S3**

IDENTIFICATION #: **1018863**

IMMEDIATE CRW RESPONSE (if applicable):

GRIEVANCE ISSUE AS DETERMINED BY CRW: **200 - Medical Treatment**

CRW/(REFERRED THIS GRIEVANCE TO): (Exempt Superintendent, Cermak Health Services):
**Cermak Health Services**

RESPONSE BY PERSONNEL HANDLING REFERRAL:
Personal affected your have been receiving on-going...
care-management in place.

PERSONNEL RESPONDING TO GRIEVANCE (Print): **Susie Strebel**

SIGNATURE: **Susie Strebel**

DIV./DEPT.:

DATE REFERRED: **12/11/19**

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): **1/6/20**

INMATE SIGNATURE (Firma del Preso): **Douglas Johnson**

INMATE'S REQUEST FOR AN APPEAL

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): **1/6/20**

I HAVE RECEIVED MEDICATION but I feel that that I am in NEED of other going to the Hospital And as of Now I'm still Not getting a Medical Treatment And Not getting Right - No standards were met. Receiving No proper care by multidisripting Teddy.

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptado por el administrador o/su designado(a)?)
Yes (Sí) ☐     No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación de parte del administrador o/su designado(a)):

INMATE SERVICES DIRECTOR/DESIGNEE/SIGNATURE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): **1/6/20**

BATES000086

61330



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**THIS SECTION TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !**
*(Para ser llenado solo por el personal de Inmate Services !)*

| CONTROL # | INMATE ID # |
|---|---|
| 20K03438 | 0188863 |

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☐ CermakHealth Services
☐ Superintendent:
☑ Other: DSC ADMIN

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Johnson

**PRINT - FIRST NAME** *(Primer Nombre):* Douglas

**INMATE BOOKING NUMBER** *(# de identificación del Preso):* 2019 0508257

**DIVISION** *(División):* ERTU

**LIVING UNIT** *(Unidad):* 3H

**DATE** *(Fecha):* 3-25-26

### Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation on inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary/hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
Inclue acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo limite. Si usted cree que existe una excepción, hable o vea a un trabajador de Rehabilitación Correccional.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not contain offensive or harassing language.
The grievance issue must not contain more than one issue.

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**REQUIRED -** DATE OF INCIDENT *(Fecha del Incidente):* 3-25-26

**REQUIRED -** TIME OF INCIDENT *(Hora del Incidente):* 10:00am 11:00

**REQUIRED -** SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* Living Unit 3H

On 3-25-20 SGT Hicks came in Living Unit 3H to inform
Everyone About what's going on concerning The Virous.
Staff Test Positive for The Virous And Also some New
inmates Tested Positive, And They Are not Taking safty
Measurements in Keeping us safe It is Impossible To stay
six feet Away from Eachother And we Have No Mask To
Protect us from Anything Thats Contagious. So we Are All
Concern About our Health They Act Like we Have It

**INMATE SIGNATURE** *(Firma del Preso):* Douglas Johnson

**REQUIRED -** NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o identificación del Acusado):* SGT HICKS

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Johnson
**PRINT - FIRST NAME** *(Primer Nombre):* Douglas
DATE *(fecha):* 3-25-26

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):* Inmates Everyone

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF: USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): L Hamilton
SIGNATURE: 
DATE REVIEWED:

CRW/PLATOON COUNSELOR (Print): Behavier
SIGNATURE: 
DATE CRW/PLATOON COUNSELOR RECEIVED: 4-20-20

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelacion)*

CONTROL NUMBER: 2019050B453 0188863

INMATE #

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):* Benson

INMATE FIRST NAME *(Primer Nombre):* Douglas

ID Number *(# de Identificación):* 2019050B453

DIV/DEPT: 08/RTU

DATE: 4/8/20

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 4/30/20

DATE REFERRED: 4/8/20

CRW/REFERRED THIS GRIEVANCE TO *( Example: Superintendent, Cermak Health Services ):* DOC ADMIN

IMMEDIATE CRW RESPONSE (If applicable): DOC-CY ISSUE DOC

INMATE GRIEVANCE ISSUE AS DETERMINED BY CRW: DOC-CY ISSUE DOC

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

CRW/REFERRED THIS GRIEVANCE TO: DOC ADMIN - 18

all appeals Will Die done made

PERSONNEL RESPONDING TO GRIEVANCE (Print): Doe Via CONV a Doc Cmp

SIGNATURE: CB

DATE: 4/8/20

**THIS SECTION IS TO BE COMPLETED BY INMATE**

INMATE SIGNATURE *(Firma del Preso):* CB

**INMATE'S REQUEST FOR AN APPEAL: ( Solicitud de Apelacion del Preso)**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso:)*

INMATE SIGNATURE *(Firma del Preso):*

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)* Yes *(Si)* ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
*(Decision o recomendación por parte del administrador o/su designado(a):)*

SIGNATURE *(Firma del Administrador o/su Designado(a):)*

DATE *(Fecha):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

**THIS SECTION IS TO BE COMPLETED BY INMATE**

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000088

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE / SERVICES STAFF ONLY !**

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☒ Cermak Health Services
☐ Superintendent:
☐ Other:

| CONTROL # | | INMATE ID # |
|---|---|---|
| 2020 3761 | | 01 88863 |
| *(Para ser llenado sólo por el personal de Inmate Services !)* | | |

**PRINT – INMATE LAST NAME** *(Apellido del preso)*: **Johnson**

**DIVISION** *(Division)*: **2** **00**

**PRINT – FIRST NAME** *(Primer Nombre)*: **Douglas**

**LIVING UNIT** *(Unidad)*: **314**

**INMATE BOOKING NUMBER** *(Número de identificación del preso)*: **20190508258**

**DATE** *(Fecha)*: **4-7-20**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate's security risk or protective custody/inmate, or decision of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limits apply. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain more than one issue.
The grievance form must not contain offensive or harassing language.
The grievance issue must not pertain to tort or all related concerns such as wrongful arrest, medical staff at hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, no se consideran queja formales: Clasificación del preso incluyendo designación del preso: Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyeurismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener más de un asunto.
La solicitud de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados/presos de hospitales/penitencias, etc.

**DATE OF INCIDENT** *(Fecha del incidente)*: The Past 30 Days

**TIME OF INCIDENT** *(Hora) del incidente)*: On AM P.M

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del incidente)*: House Butt

For The Past 30 Days On AM P.M We Are Not Getting Any HEALTH care services. It's Been 30 Days since we Been seen By A Doctor can't get Any Information from the nurse we still have MEDical problems we have MEDication that expired And need seen By Anyone. I HAD Three Appointments Resche schedule And I HAD'T Surgery I need this unit Deligent care About Anyone DON'T know What Kind of MEDical staff this is

**INMATE SIGNATURE** *(Firma del preso)*: Douglas Johnson

**NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*: Monroe

**20 APR 23 AM 10:**

---

**(Nombre de persona(s) agresivas que tengan información)**:

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**

**PRINT – INMATE / DIRECTOR / DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**NAME OF SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
Williams

**SIGNATURE:**
Williams

**DATE REVIEWED:**
4.11.20

**CRW/PLATOON COUNSELOR (Print):**

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECEIVED:**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:**

**DATE REVIEWED:**

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| | |
|---|---|
| INMATE LAST NAME (Apellido del Preso): Johnson | INMATE FIRST NAME (Primer Nombre): Douglas |
| | ID Number (# de Identificación): 2019 0500 8253 |

CONTROL NUMBER: 2020037161

INMATE #: 0188863

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 900 — Medical Treatment

DATE REFERRED: 4/22/20

**IMMEDIATE CRW RESPONSE (if applicable):**

**CRW REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): Cermak

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Mr. Johnson, you have remained at the same housing since December 2019. Your medications have been administered to you as ordered by nursing services. You did not have to request any refills. Pain

1 of 3

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Anna Jimenez

SIGNATURE: ___

DN/DEPT.: ___

DATE RECEIVED: 4/22/20

**INMATE SIGNATURE** (Firma del Preso): MW Ot Covid 19 No Cm

SIGNATURE: ___

DN/DEPT.: ___

DATE: 04/03/20

**DATE RESPONSE WAS RECEIVED:** 5/7/20



**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):

**INMATE'S REQUEST FOR AN APPEAL:** (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida):

20 APR 23 AM 10: 03

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptada por el administrador o/su designado(a)):  Yes (Sí) ☐  No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION** (Decisión o recomendación por parte del administrador o/su designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):

DATE (Fecha):

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION** (Decisión o recomendación):

INMATE SIGNATURE (Firma del Preso):

(FCN-72) (NOV 17)

**(WHITE COPY — INMATE SERVICES)**  **(YELLOW COPY — C.R.W.)**  **(PINK COPY — INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso / Apelación)

CONTROL NUMBER: 03761 | 018868 K5

INMATE #

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación):

DATE REFERRED: 04, 00, 00

IMMEDIATE CRW RESPONSE (if applicable):

GRIEVANCE ISSUE AS DETERMINED BY CRW:

CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):
Cermak, Hr.     2013

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print):
Anna Juehor

SIGNATURE:

DIV / LIV:

DATE: 04, 23, 20

management has been in place. Nursing services at your location are available 24/7. You have been seen by doctors as scheduled. You have up coming Primary care appointment. neurosurgery

INMATE SIGNATURE (Firma del Preso):

Will Off County @ Poz Cn

**INMATE'S REQUEST FOR AN APPEAL**

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 5, 7, 20

**INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso.)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

2020 MAY 3 AM 10:05

INMATE SIGNATURE (Firma del Preso):

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Sí) ☐   No ☐
(Apelación del preso aceptada por el administrador o/su designado(a)?)

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a).)

SIGNATURE (Firma del Administrador o/su Designado(a)): DATE (Fecha):

INMATE SERVICES DIRECTOR/DESIGNEE (Print):

SIGNATURE (Firma del Administrador o/su Designado(a)): DATE (Fecha):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

**(FCN-72) (NOV 17)**     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

BATES000092



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/Apelación)*

CONTROL NUMBER: 0276/ 0188863

INMATE #: 2020

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):* Johnson

INMATE FIRST NAME *(Primer Nombre):* Douglas

ID Number *(# de Identificación):* 2019 05 08 203

**GRW/REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):* Cermak

IMMEDIATE CRW RESPONSE *(If applicable):*

GRIEVANCE ISSUE AS DETERMINED BY CRW: 200

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

appointment. MRI was already done on 03.30.20 +
provider reviewed results + your records from UIC.
You have been closely monitored. Your x-rays also have
been stable. I hope you will get better soon.

PERSONNEL RESPONDING TO GRIEVANCE *(Print):* Tiwebor

SIGNATURE: *(illegible)*

DR/DEPT: ____

DATE REFERRED: 04, 02, 20

DATE: 04 03, 20

3 of 3

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso.)*

**INMATE'S REQUEST FOR AN APPEAL** */ Solicitud de Apelación del preso*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response to the appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)* 5, 7, 20

INMATE SIGNATURE *(Firma del Preso):* John Doe Cov Q Poor Cay

2020 APR 24 AM 10:09

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a)?)*   Yes *(Si)* ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida.)*

DATE *(Fecha):*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su designado(a)?):*

INMATE SIGNATURE *(Firma del Preso):*

(FCN-72) (NOV 17)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – C.R.W.)**   **(PINK COPY – INMATE)**

BATES000093



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación): 2019 05 05 23

CONTROL NUMBER: 2020 0183863

INMATE #: 03761

GRIEVANCE ISSUE AS DETERMINED BY CRW: 200

DATE REFERRED: 3 4 3 04 24 20

**IMMEDIATE CRW RESPONSE (If applicable):** 200

RESPONSE BY PERSONNEL HANDLING REFERRAL

appointment MRI was already done on 03.30.20 provider reviewed results, your records from UIC have been closely monitored. Today vital signs have been stable. I hope you will get better soon.

SIGNATURE:

DIV/DEPT:

DATE: 04.07.20

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 04.07.20

CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Cermak

PERSONNEL RESPONDING TO GRIEVANCE (Print): Hans Zweller H

INMATE SIGNATURE (Firma del Preso): Deliv Via COVID 19

**INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso): 5.18.20

I DISAGREE BECAUSE THE MRI I had Done was My Prostate And I HAVE HAD My Treatment for My Back went to Strole to see the Pain Doctor p.m. ther 3 hours just for the Doctor To CALL The Officer AND TELL Him that she wasn't going To see me A To the otho has All Paperwork

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): 5.18.20

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (Apelación del preso aceptada por el administrador o su designado(a).)   Yes (Sí) ☐   No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o su designado(a).)

Response stands

SIGNATURE (Administrador o su Designado(a).):

DATE APPEAL RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 05/13/2020

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o su Designado(a).): Hollenbeck

DATE (Fecha): 05/13/2020

Response stands

**Inmate Serv. Copy**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de los quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

Deliv Via COVID19

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   DATE SENT TO INMATE

Inmate Serv. Copy

# COOK COUNTY SHERIFF'S OFFICE

*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM

*(Formulario de Queja del Preso)*

**CONTROL #** MXX04394

**INMATE ID #** 0188863

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

- ☐ Emergency Grievance
- ☑ Grievance
- ☐ Non-Compliant Grievance

**INMATE BOOKING NUMBER** *(#e Ident/ificación del Preso)* 2019050052

☑ CermakHealth Services
☐ Superintendent:
☐ Other:

**DATE/(Fecha):** 4-24-20

| PRINT - INMATE LAST NAME *(Apellido del Preso):* | PRINT - FIRST NAME *(Primer Nombre):* |
|---|---|
| Johnson | Douglas |

| DIVISION *(División):* | LIVING UNIT *(Unidad):* |
|---|---|
| 8RTU | 4G |
| Code 330 | |

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust all remedies.**

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the Inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism at the time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal within 15 calendar days.

The grieved issue must not contain offensive or harassing language.

The grievance issue must only pertain to one issue.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarias a menos que la acusación sea de acceso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable con a un Trabajador de Rehabilitación Correccional incluye acusaciones de acceso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable con a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibido no someter una apelación sobre la decisión dada en los últimos 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante.

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asunto no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* | REQUIRED - TIME OF INCIDENT *(Hora del Incidente):* | REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* |
|---|---|---|
| 4-17-20 | 8:00 PM | 8H Noers |

I was taken from my living unit Friday the 8:00 PM And put in segregation because 4 Correct Doctor say I Need to be Tested I Told Her That There was Nothing wrong with Me, He Sent Me to Cermac Hospital For Five days. And Now they Got Me somewhere Els where There Are 23 other Inmates And In [illegible] Mseering My Life This is Not Right And I Am Every Concern About My Health And My Life Inmates Are Dieing !!!

| REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado):* | INMATE SIGNATURE: *(Firma del Preso):* |
|---|---|
| Noers staff | Douglas Johnson |

**DATE/(Fecha):** 4-24-20

| CRW/PLATOON COUNSELOR *(Print):* | SIGNATURE: | STAR #: | DATE/(Fecha): |
|---|---|---|---|
| | | | |

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: *(Nombre de personal o presos que tengan información):* | INMATE SIGNATURE: *(Firma del Preso):* | DATE/(Fecha): |
|---|---|---|
| Every one on 4G | Douglas Johnson | |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES. AN EGOING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

| SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):* | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| | | 05-01-20 |

| | DATE REVIEWED: | DATE CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| | 05-8-20 | 05-01-20 |

**(FCN-73)(NOV 17)**  **(WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso / Apelación)

CONTROL NUMBER: 2020X 04399 01.8X863

INMATE # 01.8X863

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (#de identificación): 2019 0508253

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330- Security Procedures

IMMEDIATE CRW RESPONSE (If applicable):

DATE REFERRED: 05.06.20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

CRW / REFERRED THIS GRIEVANCE TO_ ( Example: Superintendent, Cermak Health Services ): 88 RN 340/

Inmate grievance was being followed as it relates to COVID 19.

PERSONNEL RESPONDING TO GRIEVANCE (Print): H Yu

SIGNATURE: H Yu

DIV./DEPT.: 08/MOD

DATE: 5.8.20

INMATE SIGNATURE (Firma del Preso): Dgn. via COVID 19 Pro. Chns.

DATE RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida): 5.18.2020

### INMATE'S REQUEST FOR AN APPEAL: (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:) / /

INMATE SIGNATURE (Firma del Preso):

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (Sí) ☐ No ☐
(Aceptación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE REFERRED THIS APPEAL TO:

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a):)

SIGNATURE (Firma del Administrador o/su designado(a):)

DATE (Fecha):

INMATE SERVICES DIRECTOR/DESIGNEE: (Administrador o/su Designado(a):)

SIGNATURE (Firma del Administrador o/su Designado(a):)

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

INMATE SIGNATURE (Firma del Preso):

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000096



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Aguacil del Condado de Cook)

**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☑ Cermak Health Services
☐ Superintendent:
☐ Other:

**PRINT - INMATE LAST NAME** (Apellido del Preso):
Johnson

DIVISION (División):
8 RTU

Code 330

**PRINT - FIRST NAME** (Primer Nombre):
Douglas

LIVING UNIT (Unidad):
4 G

INMATE BOOKING NUMBER (# de Identificación del Preso):
2019050057

DATE (Fecha):
4-24-20

---

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

REQUIRED -
DATE OF INCIDENT
(Fecha del Incidente):
4-17-20

REQUIRED -
TIME OF INCIDENT
(Hora del Incidente):
8:00 PM

REQUIRED -
SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente):
4G's Showers/Bath

I Was Taken from my Living unit Friday at 8:00 PM
And Put in IsolaTion Because A CoreAt Doctors said I
Need To Be TesTed. I Told Her That There was NoThing
Wrown with Me, He sent me To cermak HealTh for five
Days, And Now They Let me Go somewhere Els were There
Are 25 oTher INmates And IN DuRiNg DRY screening My Life
This is Not RighT And I Am Every concern AbouT my
HealTh And my Life. INmates Are Dieing!!!

REQUIRED -
NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado):
Every one on 4G NoverS STAFF

INMATE SIGNATURE (Firma del Preso):
Douglas Johnson

---

CRW/PLATOON COUNSELOR (Print):
D. Phillips

SIGNATURE:
[signature]

DATE/TIME/WID:
05-01-20

SUPERINTENDENT/DIRECTOR/ASSIGNEE (Print):
[signature]

SIGNATURE:
[signature]

DATE/TIME/WID:
5-8-20

NAME OF STAFF/INMATE HAVING INFORMATION REGARDING THIS COMPLAINT:

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Aguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): | CR #: |
|---|---|---|---|
| Johnson | Douglas | 2019 0508253 | 01-8803 |

| GRIEVANCE ISSUE AS DETERMINED BY CRW (Print): |
|---|
| 380 - Security & Procedures |

| NAME OF CRW RESPONSE (If applicable): |
|---|

| CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): | | DATE REFERRED: |
|---|---|---|
| | | 05/06/20 |

| RESPONSE BY PERSONNEL HANDLING REFERRAL |
|---|
| PERSONNEL RESPONDING TO GRIEVANCE (Print): |

Identify Procedure are being followed as it relates to Covid 19

| SIGNATURE: | DIV./DEPT.: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|---|
| | | 05/18/2020 |

| INMATE'S REQUEST FOR AN APPEAL |
|---|

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso.)

Deny via Covid 19 Pro Cons.

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el inmate haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

| ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? | Yes (Si) ☐ | No ☐ |
|---|---|---|
| (Aprobación del preso aceptada por el administrador o/su Designado(a)?) | | |

| ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a).) |
|---|

| SIGNATURE (Firma del Administrador o/su Designado(a).): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|

| INMATE SIGNATURE (Firma del Preso): |
|---|

**(FCN-72) (NOV 17)**     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – C.R.W.)**     **(PINK COPY – INMATE)**

BATES000098



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Formulario de Queja del Preso / Apelación)

**CONTROL NUMBER:** 04399 01 8 8863

**INMATE LAST NAME (Apellido del Preso):** Dawson

**INMATE FIRST NAME (Primer Nombre):** Nolas

**ID Number (# de Identificación):** 2019 0508253

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330 - Security Procedures

**IMMEDIATE CRW RESPONSE (if applicable):**

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

**CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):**

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

**DN/DEPT.:**

**DATE:**

**DATE REFERRED:** 05/06/20

**PERSONNEL RESPONDING TO GRIEVANCE (Print):**

**SIGNATURE:**

**DATE RESPONSE WAS RECEIVED:** (Fechen que la respuesta fue recibida) 5/18/2020

**INMATE'S REQUEST FOR AN APPEAL** ( Solicitud de Apelación del Preso)

I Disagree Because the one you need to write does not sit and Could understand resporce. To I was 03 34 the unit was on. They bought in 3 new Inmates All 3 were sick And That Made Everyone sick the whole thing was improper like

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso) 5/18/20

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**INMATE'S SIGNATURE (Firma del Preso):**

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
(Apelación del preso aceptado por el administrador o/su designado(a)?)  Yes (Si) ☐  No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a)):

ORIGINAL RESPONSE STANDS

**INMATE SERVICES DIRECTOR/DESIGNEE (Print):**

**SIGNATURE (Firma del Administrador o/su Designado(a)):**

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida) 5/21/20

**DATE (Fecha):** 5/28/20

**INMATE SERVICES SIGNATURE (Firma del Preso):** Dawson David

**DATE:**

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (PINK COPY – INMATE)

Case: 1:22-cv-03718 Document #: 81-3 Filed: 06/12/25 Page 27 of 73 PageID #:268

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

| | |
|---|---|
| **PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Johnson | **PRINT - FIRST NAME** *(Primer Nombre)*: Douglas |
| **DIVISION** *(División)*: 8RTU | **LIVING UNIT** *(Unidad)*: 4G |

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

**CONTROL #:** 2022 01742 018 8863

**INMATE BOOKING NUMBER** *(# de Identificación del Preso)*: 20190588353

**DATE** *(Fecha)*: 4-17-19

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following (non-grievable matters): inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary Hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism.
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within the 15 calendar days.
The grievance form must not contain more than one issue.
The grieved issue and summary must not contain offensive language or harassing language.
The grievance form must not pertain to non-billable/and content.

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El resumen de la queja tiene que satisfacer todo el criterio listado en éste para poder obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

**PRINT - INMATE SIGNATURE AND SUMMARY OF COMPLAINT:**

I was Hospitalize to Cermac 3 South Because the Doctor say that I tested Positive for Covid 19. I was there 5 Days then ther took me to on 4 G we were Everyone is Postive for Covid 19. The county Jail Had Concultation to Repart for this Problem. We Had No Mask or Sanetizer for 8 weeks From March to 8 weeks In April. No one seen A Doctor During that time I the other Health Problems. And I feel that My Health No One is Listing Us and I feel that My Life is in Danger Everyone on 4 G All Inmates

**INMATE SIGNATURE, if applicable** *(Firma del Preso)*: [signature]

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o Identificación del Acusado)*: Covid-19 Nurse Doctor

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente)*: 4-17-20

**REQUIRED - TIME OF INCIDENT** *(Hora del Incidente)*: 8:1 PM

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*: Down the Hall 3E

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Everyone on 4 G All Inmates

**CRW/PLATOON COUNSELOR** *(Print)*: Sun Lenore Mbili

**SIGNATURE:** [signature]

**DATE** *(Fecha)*: 5-4-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print)*:

**SIGNATURE:**

**DATE REVIEWED:**

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR COPY)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Douglas

**ID Number** *(# de Identificación):* 2019 0508853

**CONTROL NUMBER:** 2020 X1742 018 8863

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CCW Maltese Issue Cermak

**INMATE/DATE CRW RESPONSE (If applicable):** DOS - CV

**CRW/ REFERRED THIS GRIEVANCE TO** *(Superintendent, Cermak Health Services):*
Dispensary Inmate advise to walk Regularly Liviolinehum on a regular
Cermak

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shebel

**SIGNATURE:** Susan Shebel

**CRW/DEPT:**

**DATE REFERRED:** 5/12/2020

Clinical provider advised the patient that the medical
care you have been provided was appropriate, exercise does not
address hearing concerns.

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

**INMATE'S SIGNATURE** *(Firma del Preso):* Dev Via COVID 19- Dec Chrog

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que le respuesta fue recibida)* 6/7/2020

**INMATE'S REQUEST FOR AN APPEAL:** *(Solicitud de apelación del Preso):*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):*

**INMATE SIGNATURE** *(Firma del Preso):*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*  Yes (Si) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):*

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrator o/su Designado(a)):**

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

**INMATE SERVICES DIRECTOR/DESIGNEE'S SIGNATURE** *(Firma del Presa).*

(FCN-72) (NOV 17)   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY** – C.R.W.)   **(PINK COPY – INMATE)**

BATES000101



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

CONTROL #: XXXX 04742 | 0188863

INMATE BOOKING/REG NUMBER: 20190508X53
DATE (Fecha): 4-19-17

PRINT – INMATE LAST NAME: Johnson
PRINT – FIRST NAME: Douglas
DIVISION: 8RTU
LIVING UNIT: 4G

☑ Cermak Health Services
☐ Superintendent
☐ Other

DATE OF INCIDENT: 4-19-20
TIME OF INCIDENT: 8:12 PM
SPECIFIC LOCATION OF INCIDENT: Down The Hall 3F

### GRIEVANCE / SUMMARY OF COMPLAINT

I was Hospitalize to Cermak 3 South Because The Doctor said That I tested Positive for Covid-19. Then I was Transfered Then They took Me On 4G where Everyones Positive for Covid-19. The County Jail had enough to do Repate for this Problem We Had no Mask or Sanitizer for Weeks from about 3 to 4 weeks In April No one seen A Doctor During That time I Little other Health Problems And I feel They My Health No one is Takeing To us And I feel They My Life is in Danger.

REQUIRED – INMATE SIGNATURE: Douglas Johnson
REQUIRED – NAME and/or ID NUMBER(S) OF ACCUSED: Nurses Doctor Covid-19

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Sun Gendes
SIGNATURE: [signature]
DATE REVIEWED: 5-4-20

CRW/PLATOON COUNSELOR (Print): Sun Gendes
SIGNATURE: [signature]
DATE REVIEWED: 5-4-20

WHITE COPY – INMATE SERVICES | YELLOW COPY – CRW/PLATOON COUNSELOR | PINK COPY – INMATE

BATES000102



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

**CONTROL #:** 2020XX717U2 018 8863

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES/PERSONNEL ONLY**

**INMATE LAST NAME** (Apellido del Preso): Johnson

**INMATE FIRST NAME** (Primer Nombre): Douglas

**ID # / Number (# de Identificación del):** 2019 0800 8843

**INMATE'S/CRW RESPONSE** (Si aplicable):

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CEws Not Following Proper Immediately Notified Division

**INMATE/CRW RESPONSE** (Si aplicable): Dispensary Inmate advise to work Regardly Withdrawal on a separate Cermak

**CRW / REFERRED THIS GRIEVANCE TO** (Mándelo Departamento): Cermak Health Services

**DATE REFERRED:** 5-18-2020

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

**PERSONNEL RESPONDING TO GRIEVANCE** (Print): Susan Shebel

**SIGNATURE:** Susan Shebel Rn

**DIV/DEPT.:** Z

**DATE:** 5-18-2020

Grievance provided in a reasonable period to the patient. The medical ... you do not have the proper dosage appropriate. Cannot document evidence showing dizziness

**(INMATE) SIGNATURE** (Firma del Preso): Div Vid COVID 19 - Per Chry

**SIGNATURE:** Div Vid Per

**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida): 6/4/2020

**INMATE'S REQUEST FOR AN APPEAL**

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso): 6/9/2020

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. Lo apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
(¿Aceptación del preso aceptada por el administrador o/su designado(a)?)

Yes (Sí) ☐  No ☑

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a))
Response & review

**INMATE SIGNATURE** (Firma del Preso): Anna Rivera

**SIGNATURE** (Firma del Administrador o/su Designado(a)): Anna Rivera

**DATE** (Fecha): 6/18/2020

**INMATE SERVICES DIRECTOR/DESIGNEE** (Director o/su Designado): Anna Rivera

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 6/18/2020

Cabinet: GRIEVANCES, Page Id 2460797
Scanned Tuesday June 9, 2020 at 1:59 PM by Pharris2 on DocdSinmasesre0
Printed Thursday June 18, 2020 at 2:31 PM by LMena from DOCDSINMATESV13

**(WHITE COPY – INMATE SERVICES)**  **(YELLOW COPY – C.R.W.)**  **(PINK COPY – INMATE)**

BATES000103



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): JOHNSON

**INMATE FIRST NAME** (Primer Nombre): DOUGLAS

**ID Number** (# de Identificación): 2019 0505 8353

**CONTROL NUMBER**

**INMATE #**: 2019 XXXX2 018 8603

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CV - ISSUE CERMAK

**IMMEDIATE CRW RESPONSE (if applicable):** CRW MANAGER Immediately Notified Division

DISPENSING Tylenol to work Regarding Lila and injury on a Sept

CRW/REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): CERMAK

**DATE REFERRED:** 5/17 (2020)

### RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DIV/DEPT.:

DATE:

### INMATE'S REQUEST FOR AN APPEAL: (Solicitud de Apelación del Preso)

**INMATE SIGNATURE** (Firma del Preso): Dev. Via COVID 19 - Pod Chq

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 6/9/2020

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso): 6/16/20

In Appealing This Request I Can't See It Or Understand It Please Print

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptado por el administrador o/su designado(a)?)

Yes (Sí) ☐   No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a)):

Response Services

**SIGNATURE** (Firma del Administrador o/su Designado(a)): [signature]   Dev. Via COVID 19 Pod Chq

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador/ o/su Designado(a)): Ana Jimenez

**INMATE SIGNATURE** (Firma del Preso): [signature]

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador/ o/su Designado(a)): Ana Jimenez   Dev. Via COVID 19 Pod Chq

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que el respuesta fue recibida): Delgado 6/18/20

JUN 19 AM

(FCN-72) (NOV 17)

**(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – C.R.W.)**   **(PINK COPY – INMATE)**

BATES000104

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)



**CONTROL #** 05518

**INMATE ID #** 0188863

*THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY*
( Para ser llenado solo por el personal de Inmate Services )

☒ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☒ Cermak Health Services
☐ Superintendent:
☐ Other:

**PRINT - INMATE LAST NAME** (Apellido del Preso): Johnson

**PRINT - FIRST NAME** (Primer Nombre): Douglas

**INMATE BOOKING NUMBER** (#de Identificación del Preso): 2019 0609 5253

**DATE** (Fecha): 5-13-20

**DIVISION** (División): 8RTU

**LIVING UNIT** (Unidad): 4G

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following: non-grievable matters, classification, disciplinary hearings/hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar day.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grievance issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

(Spanish guidelines text)

**REQUIRED - DATE OF INCIDENT**
(Fecha del Incidente): 5-13-20

**REQUIRED - TIME OF INCIDENT**
(Hora del Incidente): 8:15 AM Around

**REQUIRED - SPECIFIC LOCATION OF INCIDENT**
(Lugar Específico del Incidente): Nurses Booth DEERING-HOUSE

**SUMMARY OF COMPLAINT:**

5-13-20 @ 8:15 AM NURSE BOOTH DEERING-HOUSE ON WEDSDAY 5-13-20 ARAOUND 8:15 AM AN NURSE FROM HOUSE CAME TO PASS OUT MED. CATION SHES VERY RUD AND VERY UNPROFESSIONAL for THE THIRD TIME SHE IS TRYING TO GIVE ME THE RONG MEDICATION A FEW THAT SHES TRYING TO PUT MY HEALTH IN DANGER BECAUSE SHE DID NOT WANT TO GIVE ME MY MEDICATION SAYING THAT I'M DONALD JOHNSON AND SHE KEEP TRYING TO GIVE ME HIS MEDICATION AND WHEN I REFUSE SHE START CALLIN ME A CRIMINAL AND A DRUG ADDICT MAKES NO SINCE UNPROFESSIONAL (CERTAIN FIELDS THAT WORKING OFFER HEALTH ...)

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED**
(Nombre y/o Identificación del Acusado):

---

(FCN-73)(NOV 17)

**NAME/D STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre de la persona o presos que tengan información):

**SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR** (Print): Swamy

**SIGNATURE:** Swamy

**DATE/REVIEWED:** 5-13-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):

**SIGNATURE:**

**DATE/REVIEWED:**

**REQUIRED - DATE CRW/PLATOON COUNSELOR RECEIVED:**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

| CONTROL NUMBER | |
|---|---|
| 2020 055 13 | 01BBB63 |
| | INMATE # |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME:** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Joshua

**ID Number** *(# de Identificación):* 2019 0505853

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

**IMMEDIATE CRW RESPONSE** *(if applicable):* N/A.

**CRW / REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):*

Cermak

**PERSONNEL RESPONDING TO GRIEVANCE** *(Print):* Sara Shebel

**DATE REFERRED:** 5 19 20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Record reflects you received medical as protocol Cannot assess/diagnose allegation. You are advised to remain professional at all times. Will write to Nursing Management for review.

**SIGNATURE:** Sara Shebel

**DN/DEPT.:**

**DATE:** 6 / 26 / 20

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 07/02/20

**Deliv. via COVID 19**

---

### INMATE'S REQUEST FOR AN APPEAL / *Solicitud de Apelación del Preso)*

· To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de los quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):* / /

---

### THIS SECTION TO BE COMPLETED BY INMATE SERVICES

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*   Yes (Si) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**INMATE SERVICES DIRECTOR/DESIGNEE'S SIGNATURE** *(Apelación del preso aceptada por el administrador o/su designado(a)?):*

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE** *(Fecha):* / /



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

| CONTROL # | INMATE ID # |
|---|---|
| 2C-2C O551R | 018086 3 |

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

**PRINT – INMATE LAST NAME** *(Apellido del Preso):*
Johnson

**DIVISION** *(División):*
RTU

**PRINT – FIRST NAME** *(Primer Nombre):*
Douglas

**LIVING UNIT** *(Unidad):*
4G

**INMATE BOOKING NUMBER** *(Número de identificación del Preso):*
2019 0208257

**DATE** *(Fecha):*
5-13-20

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**REQUIRED – DATE OF INCIDENT**
*(Fecha del incidente)*
5-13-20

**REQUIRED – TIME OF INCIDENT**
*(Hora del incidente)*
6:15 AM AROUND

**REQUIRED – SPECIFIC LOCATION OF INCIDENT**
*(Lugar Específico del Incidente)*
DEERING-HOUSE

**REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED**
*(Nombre y/o Identificación del Acusado)*
NURSE BOOTH

On wednesday 5-13-20 around 6:15 AM nurses house came to pass out medication she's very Rud and very unprofessional. For the third time she's trying to give me the wrong medication a few that she's trying to put my health in danger because she did not want to give me my medication saying that I'm donald johnson and she keep trying to give me his medication and when I refuse she start calling me a criminal and a drug addict makes no sense unprofessional

**INMATE SIGNATURE** *(Firma del Preso):*
_signature_

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o preso que tenga información respecto a esta queja):*
Keith Fields And workingofficer House Dar Rahmon

**SUPERINTENDENT / DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):**
Swang

**SIGNATURE:**
_signature_

**DATE CRW/PLATOON COUNSELOR RECEIVED:**
5-13-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE (PRINT):**
Swang

**SIGNATURE:**
_signature_

**DATE REVIEWED:**
5-13-20

Cabinet GRIEVANCES, Page 10 246/7880
Scanned Thursday July 2, 2020 at 8:48 AM by CWilson3 on Docd5crwx1976_Crw2
Printed Wednesday July 8, 2020 at 6:51 AM by CWilson3 from DOCD5CRWX1976 – CRW/PLATOON COUNSELOR)

BATES000(INMATE)



## COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE / APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: 055.13  01BBB63

INMATE # : 01BBB63

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME: Johnson
INMATE FIRST NAME: Davis III
ID Number: 2019 0508853
Date: 2020

IMMEDIATE CRW RESPONSE (If applicable): 180 Medical Division DIV.

CRW/ REFERRED THIS GRIEVANCE TO: 8 Attwicic

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print): Siao Shebel

DIV./DEPT.:

DATE: 4/26/20

DATE REFERRED: 5/19/20

DATE RESPONSE WAS RECEIVED: 07/02/20

**INMATE'S REQUEST FOR AN APPEAL**

Deliv. via COVID 19

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes ☐   No ☐



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

| CONTROL NUMBER | INMATE # |
|---|---|
| 05513 | 0188863 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación): 2016 0505353

Year: 2020

IMMEDIATE CRW RESPONSE (If applicable): plus

GRIEVANCE ISSUE AS DETERMINED BY CRW: I.C. Medical (Healthcare)

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DIV./DEPT.:

DATE:

DATE RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida) 07.02.20

DATE REFERRED: 5/19/20

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)
THIS SECTION IS TO BE COMPLETED BY INMATE!

**Deliv. via COVID 19**

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso) 7/6/20

I Disagreed with your Response Because its Not the Truth Its Dangerous and Unprofessional for they to try to give me someone Else Medication the officer seen that it was Not mines if I Didn't know My Medication I would Have Taken it.

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

### THIS SECTION IS TO BE COMPLETED BY INMATE!
**Deliv. via COVID 19**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su Designado(a)?)

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a).)
Response attached

Yes (Si) ☐    No ☐

| THIS SECTION IS TO BE COMPLETED BY INMATE! | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|---|
| | | 08/18/20 |

**Inmate Serv. Copy**

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):
Susan Shebel

INMATE SIGNATURE (Firma del Preso):
Susan Shebel

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a).)
Response attached

**Deliv. via COVID 19**

| THIS SECTION IS TO BE COMPLETED BY INMATE! | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|---|
| | | 8/13/20 |

**Inmate Copy**

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000109



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

CONTROL #

| 2020 | 089 18 | 01888 03 |

INMATE ID #

| ☐ Cermak Health Services |
| ☒ Superintendent: |
| ☐ Other: |

PRINT - INMATE LAST NAME (Apellido del Preso):  **Johnson**

PRINT - FIRST NAME (Primer Nombre):  **Douglas**

INMATE BOOKING NUMBER (# de Identificación del Preso):  **2019050825 3**

DIVISION (División):  **8RTU**

LIVING UNIT (Unidad):  **2 G**

DATE (Fecha):  **7-19-20**

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet a set criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

REQUIRED -
DATE OF INCIDENT
(Fecha del Incidente):  **7-19-20**

REQUIRED -
TIME OF INCIDENT
(Hora del Incidente):  **3:30 and 4:00 pm**

REQUIRED -
SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente):  **8RTU 2G Oct-Side Day Room Living Unit**

REQUIRED -
NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado):  **Officer BACON**

**Inmates - officer And Sargent Lt Rental Douglas Johnson**

ON SUNDAY visiting Day I was call for My Visit. I went out The Door waiting was Officer Bacon He see That I was on A Cane. I told Him I Don't Get cuffed up Because of The Cane He said That I would Be cuffed up To DAY. I Had A Hard Time walking And The cuffs was Digging Down in My foot And I was swesting There And on The way Back I told Him that The cuffs Hurting And I was in A lot of Pain He stop I ask Sgt R_____ Put Down on feet Both or one He said No. I was short of Breth turned Around And kept walking. I was swesting so Bad The Hack was wet

INMATE SIGNATURE (firma del Preso):  **Douglas Johnson**

DATE (Fecha del Preso):  **7-19-20**

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:  **07/20/20**

CRW/PLATOON COUNSELOR (Print):  **Julia**

SIGNATURE:  **Julia**

DATE/CRW/PLATOON COUNSELOR RECEIVED:  **07/20/20**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

(FCN-73) (NOV 17)    (WHITE COPY - INMATE SERVICES)    (YELLOW COPY - CRW/PLATOON COUNSELOR)  (PINK COPY - INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso / Apelación)*

| CONTROL NUMBER | 0188803 |
|---|---|
| INMATE # | 0188803 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME *(Apellido del Preso):* Johnson

INMATE FIRST NAME *(Primer Nombre):* Douglas

ID Number *(# de Identificación):* 20190508853

2020 08918

IMMEDIATE CRW RESPONSE *(if applicable):* n/a

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330 Security Procedure handcuff

GRIEVANCE REFERRED TO *( Example: Superintendent, Cermak Health Services ):*

INMATE REFERRED THIS GRIEVANCE TO *(Example: Superintendent, Cermak Health Services ):* 08-074

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Staff follows Procedure safety of inmate & security.

INMATE SIGNATURE *(Firma del Preso):*

PERSONNEL RESPONDING TO GRIEVANCE *(Print):*

SIGNATURE #

Detv Via COVID19

DIV/DEPT: 8

DATE: 7-24-20

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 7-31-2020

DATE REFERRED: 07/21/20

### INMATE'S REQUEST FOR AN APPEAL *( Solicitud de Apelación del Preso)*
### THIS SECTION IS TO BE COMPLETED BY INMATE

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso)*

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación.)*

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you may submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

INMATE SIGNATURE *(Firma del Preso):*

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

Yes (Sí) ☐     No ☐

### THIS SECTION IS TO BE COMPLETED BY INMATE

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a).)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):*   /   /

INMATE SIGNATURE *(Firma del Preso):*

SIGNATURE *(Firma de Inmate Services)*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*   /   /

FCN-40b( ) (AUG 16)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (WHITE COPY – INMATE)

DATE:   /   /

INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 08918

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):*

INMATE FIRST NAME *(Primer Nombre):*

ID Number *(# de Identificación):*

DATE *(Fecha):* 2020

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

WAS THIS GRIEVANCE REFERRED TO ( Example: Superintendent, Cermak Health Services ):

DATE REFERRED:

IMMEDIATE CRW RESPONSE *(If applicable):*

---

PERSONNEL RESPONDING TO GRIEVANCE (Print):

PERSONNEL RESPONDING TO GRIEVANCE *(firma del Preso):*

SIGNATURE:

DIV./DEPT:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 7/31/2020

---

**THIS SECTION IS TO BE COMPLETED BY INMATE**

Delv Via COVID19

**INMATE'S REQUEST FOR AN APPEAL** *( Solicitud de Apelación del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):* 8/18/20

INMATE'S BASIS FOR AN APPEAL: *(Base del preso para una apelación):*

---

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?*    Yes *(Si)* ☐    No *(No)* ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a)):*

SIGNATURE *(Firma del Administrador o/su designado(a)):*

DATE APPEAL RESPONSE WAS RECEIVED: *(fecha en que la respuesta fue recibida)* 8/21/20

---

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a)):*

INMATE SERVICES DIRECTOR/DESIGNEE *(Firma del Preso):*

SIGNATURE *(Firma del Administrador o/su designado(a)):*

DATE *(fecha):* 8/18/20

---

INMATE SIGNATURE *(Firma del Preso):*

(FCN-40b) ( AUG 16)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

Delv Via COVID19

**Inmate Serv. Copy**

BATES 000411



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

CONTROL #
2020 X 10131 018863

INMATE ID #

PRINT - INMATE LAST NAME (Apellido del Preso): JOHNSON

PRINT - FIRST NAME (Primer Nombre): DOUGLAS

DIVISION (División): 8 RTU

LIVING UNIT (Unidad): 040

☐ Cermak Health Services
☐ Superintendent:
☑ Other: _____

INMATE BOOKING NUMBER (# de Identificación del Preso)
2019050953

DATE (Fecha): 8-8-20

### Your grieved issue must meet all criteria listed below. In order to be assigned or control #, to be appealed and/or to exhaust remedies.

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

REQUIRED - DATE OF INCIDENT (Fecha del Incidente): 7-28-20

REQUIRED - TIME OF INCIDENT (Hora del Incidente): 9:00pm/9:00am 2 G DAY room between

REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): SOCIAL Worker

Been trying to get my refund for my B6 Thermal 1563. 5.95 and villa Rd cookies 30.20 1.85 order Date 5-19-20. No Response pop its Been Two months I Talk to the supervisor on-8-8-20 and she said that it up to the social workers to make sure that I get my refund.

### NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):
Officer Reefes Supervisor

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado):
Douglas Johnson

INMATE SIGNATURE: (if Inmate/Preso): Douglas Johnson

DATE CRW/PLATOON COUNSELOR RECEIVED: 8-10-20

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Mitchell

SIGNATURE: Jwarg

DATE CRW/PLATOON COUNSELOR (Print):
SIGNATURE: Jwarg
DATE REVIEWED:

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)

# Order Detail

Page 1 of 1

Print this Page
Order # 10416/335

Render

Order Date 5/19/2020

Customer 285233

Officer    COMISARY
Order Form    UNASSIGNED ORDER FORM

2019050825 - JOHNSON, DOUGLAS J*

| Item Alias | Item Description | Quantity | Price | Tax | Amount |
|---|---|---|---|---|---|
| 2000 | S S KFFFE COFFEE | 15 | 0.37 | 0.12 | 5.67 |
| 6100 | POTATO CHIPS | 3 | 0.93 | 0.06 | 2.85 |
| 6105 | BBQ POTATO CHIPS | 5 | 0.93 | 0.10 | 1.75 |
| 2087 | NON DAIRY CREAMER 100% | 1 | 1.19 | 0.03 | 1.22 |
| 4155 | SIXTAR FREE WILD FRUIT 1 7 | 1 | 0.87 | 0.09 | 0.96 |
| 2623 | BK REGUL AR SUMMER SAUSAGE | 2 | 1.89 | 0.09 | 3.87 |
| 2070 | S S HOT COCOA | 7 | 0.45 | 0.07 | 3.22 |
| 6757 | HORMEL SPAM SINGT E | 1 | 1.75 | 0.04 | 1.79 |
| 2796 | DC BEEF BARBACOA | 1 | 4.75 | 0.1. | 4.86 |
| 6826 | FRESH C'C'CH 1 1 NA 4 23 OZ | 2 | 2.65 | 0.12 | 5.42 |
| 6195 | PREMIUM CHICKEN FRFLAS! | 1 | 5.13 | 0.12 | 5.25 |
| 4152 | DEBUT A1T STARS 3 750Z | 1 | 1.1 | 0.11 | 1.22 |
| 0424 | MOISTURIZING SOAP S OZ | 1 | 1.07 | 0.11 | 1.18 |
| 6262 | MAYONNAISE 12PK | 1 | 1.25 | 0.03 | 1.28 |
| 2035 | SALT 10PK | 2 | 0.25 | 0.01 | 0.51 |
| 0217 | 10PK TOTION | 1 | 2.25 | 0.23 | 2.48 |
| 2871 | TOTO LIQUR TORTILLAS | 1 | 1.15 | 0.03 | 1.18 |
| 3139 | (SLEEVE) SAL LINE CRACKERS | 1 | 0.61 | 0.01 | 0.62 |
| 6501 | PICKIF (MILD) | 1 | .50 | 0.03 | 1.53 |
| 6018 | TEXAS BEEF RAMEN SOUP | 9 | 0.90 | 0.02 | 0.92 |
| 2295 | LSCHT SEASNP BEEN CHCKR1 S | 1 | 4.75 | 0.1 | 4.86 |
| 2050 | AL1 VNI1 A CRM COOKIES 6OZ | 1 | 1.35 | 0.03 | .38 |
| 5554 | FC MAKERAL HOT CHILI SAUC | 1 | 2.60 | 0.06 | 2.66 |
| 0107 | PJT DRIVE DEODORANT | 1 | 3.03 | 0.33 | 3.36 |
| 1361 | XLRG THERMAT BOTTOMS | 1 | 5.45 | 3.61 | 5.56 |

Total Amount   69.60

Refund Detail

Page 1 of 1

Print this Page

Order # 10316735

| Resident | 20190508283 - JOHNSON, DOUGLAS F* | Order Date 5/19/2020 |
|---|---|---|
| Customer | 247273 | |
| Officer | COMISARY | |
| Order Form | UNASSIGNED ORDER FORM | |

| Item Alias | Refund Date | Quantity | Amount Officer | Return Reason | Reason Description |
|---|---|---|---|---|---|
| 1563 | 5/26/2020 | 1 | 6.56 COMISARY | Short | |
| 3030 | 5/26/2020 | 1 | 1.38 COMISARY | Short | |

Total Amount 7.94

https://ccookwebquery.keefegp.com/KCNQueryWebReporting/PopupRefundDetailBATES00001/2/2020

BATES000001/2



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| | |
|---|---|
| INMATE LAST NAME: (Apellido del Preso) | Johnson |
| INMATE FIRST NAME: (Primer Nombre) | Dallas |
| ID Number: (# de Identificación) | 20190508013 |
| CONTROL NUMBER | BALL |
| INMATE #: | 0188963 |

| | |
|---|---|
| Date: (Fecha) | 2020 10 13 |

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE: (Respuesta)

Review of Payments made to Account Shows a Refund for $15.03 (5.95) + 30.30 (1.35) refund date is 9/26/20

CRW / REFERRED THIS GRIEVANCE TO: ( Estándar Superintendente, Cermak Health Services ):

| | DIV/DEPT: | DATE REFERRED: |
|---|---|---|
| Hayatt | 15 ADMIN | 8/13 2020 |

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print):

Responding crew review Inmates trust Account. It appears that the funds were Refunded to Inmates Account on 9/26/2020, 15.03 (5.95) + 30.30 (1.35)

| DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) | DATE: |
|---|---|
| 8/14/20 | 8/13/2020 |

INMATE SIGNATURE (Firma del Preso)

**INMATE'S REQUEST FOR AN APPEAL** ( Solicitud de Apelación del Preso )

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso.)

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL:**
(Apelación del preso aceptada por el administrador o/su designado(a).)  Yes (Sí) ☐    No ☐

| | |
|---|---|
| INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a).) | |
| SIGNATURE (Firma del Administrador o/su De-signado(a).) | DATE (Fecha) |

| | |
|---|---|
| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a).) | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida.) |
| INMATE SIGNATURE (Firma del Preso) | |

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000116



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

CONTROL #: 2020 0121

INMATE BOOKING NUMBER (# de Identificación del Preso): 2020 0505 253

CRW/PLATOON COUNSELOR (Print): Oneal

DATE CRW/PLATOON COUNSELOR RECEIVED: 1/5/21

INMATE ID #: 0188863

PRINT INMATE LAST NAME (Apellido del Preso): Johnson

PRINT FIRST NAME (Primer Nombre): Dullias

DIVISION (División): E-RTU

LIVING UNIT (Unidad): 26

☑ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

INMATE RECEIPT # (# de Recibo del Preso):
☐ CERMAK HEALTH SERVICES
☐ Superintendent:
☑ Other: Commissary vendor

DATE (Fecha): 1-3-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

DATE OF INCIDENT (Fecha del incidente): 12-23-20

TIME OF INCIDENT (Hora del incidente): 10:00 & 11:00 am

SPECIFIC LOCATION OF INCIDENT (Lugar Específico del incidente): Day Room 26

Premier Commissary

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado): CO-DOC

CO-DOC

SUMMARY OF COMPLAINT:

I Haven't Receive a full orders since The start of your New Com Pny. How could you Take my money off my Trust Fund And Did'nt Have The items But You Charge me for all This It Has Been going on since The Beginning They Tell you That I That's Two weeks To get out money Back And Every week It's The same So The items Are not In I should I shoudn't Be charged But you do it Every week It I like In Being Charged + I Would Likely full Amount Back In my Account

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

Everyone on 26

INMATE SIGNATURE (Firma del Preso): Dullias Johnson

DATE (Fecha):

"SUPERINTENDENT/DIRECTOR/DESIGNEE MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING:1. STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES." IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

0188863 : Johnson, Douglas
Location: DIV8 RTU 4C D2
Cook County, IL

12/29/2020

232

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 2098 | Moisturizing Bar Soap 5oz | -1 | 1.07 | -1.07 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7033 | Squeeze Cheddar Cheese (V) | -2 | 1.02 | -2.04 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7096 | Chicken Breast Pouch 4.5oz | -2 | 5.13 | -10.26 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7117 | Velveeta Mac & Cheese 3oz (K)(V) | -1 | 1.80 | -1.80 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7127 | Beef Stew Pouch 11.25 | -1 | 3.69 | -3.69 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7141 | Pork Rinds Hot & Spicy | -1 | 1.90 | -1.90 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7160 | Carmela Ready Cuts | -1 | 3.59 | -3.59 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7169 | Chocolate Mini Donuts 6ct (V) | -1 | 1.49 | -1.49 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7187 | Microwave Popcorn EXTRA BUTTER | -1 | 1.15 | -1.15 |
|      | Credit from 12/23/2020 REF: 205 | | | |
| 7309 | Saline Cracker Sleeve | -1 | 0.61 | -0.61 |
|      | Credit from 12/23/2020 REF: 205 | | | |

| | | |
|---|---|---|
| | Subtotal: | -$27.60 |
| | Taxes: | -$0.70 |
| | Total: | -$28.30 |

Balance After:    $215.78

Sign: _____

BATES000118



## COOK COUNTY SHERIFF'S OFFICE
(Office Del Alguacil del Condado de Cook)
### INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación): 20190508863

CONTROL NUMBER: SMFFD

INMATE #: 20190508863

GRIEVANCE ISSUE AS DETERMINED BY CRW: OTC - Commissary refund

IMMEDIATE CRW RESPONSE (if applicable):

CRW/RESERVED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Commissary vendor

DATE REFERRED: 1·6·21

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print): PBI

SIGNATURE: X

DIV/DEPT: COMMISSARY

DATE: 1/21/21

REFUND ISSUED

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): JAN 27 2021

**INMATE'S REQUEST FOR AN APPEAL** ( Solicitud de Apelación del Preso )

INMATE SIGNATURE (Firma del Preso): Delv Via COVID19

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL: (Aplicación del preso aceptada por el administrador o/su designado(a)?) Yes (sí) ☐ No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o/su designado(a))

SIGNATURE (Firma del Administrador o/su Designado(a) )

DATE (Fecha):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/Su Designado(a))

SIGNATURE (Firma del preso)

DATE (Fecha):

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000119



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: 2021 0 0943

INMATE ID #: 0488863

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent
☒ Other: _Commissary Vendor_

PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Douglas**

INMATE BOOKING NUMBER (# de Identificación del Preso): 2019050 8253

LIVING UNIT (Unidad): 8RTU

DIVISION (División): Douglas 4C

DATE (Fecha): 1-16-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must satisfy all criteria listed below in order to be the assigned a control #, to be appealed and/or to exhaust remedies.
- The grieved issue is not one of the following, non-grievable matters: Inmate classification, decisions of the adjustment board or decisions of the protective custody review unit, decisions of the inmate disciplinary hearing officer.
- The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism (time limit exists). If you believe an exception applies, please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue is not a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you choose not to appeal the response within 15 calendar days.
- The grievance form must not contain offensive or harassing language.
- The grievance issue must not pertain to only one issue.

DATE OF INCIDENT (Fecha del Incidente): 1-14-21

TIME OF INCIDENT (Hora del Incidente): 11:45 am

SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): Div-8 (made order on) 4-030 1-14-21 New Commissary

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado): TOM DART

**SUMMARY OF COMPLAINT:**

Today I got my commissary bag and my receipt that I ordered that on 1-14-21 $101.79 was taken off my account for my commissary order. After looking at my Receipt I noticed that my commissary list only had $25.41 worth of food on the list but I was charged $101.79 This is not fair or right that these New commissary can take money off my account and not give me what I ordered for the last 3 weeks I've been going through shuffl like this. I want my money return to my account this A.S.A.P PLEASE THANK YOU

INMATE SIGNATURE (Firma del Preso): Douglas Johnson

---

DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): Su
SIGNATURE: Suy
DATE/CRW/PLATOON COUNSELOR RECEIVED: 1-14-21

NAME OF STAFF OR INMATE HAVING INFORMATION REGARDING THIS COMPLAINT:

CRW/PLATOON COUNSELOR (Print):
SIGNATURE:
DATE REVIEWED:



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 2021
**INMATE ID #:** 04 975 | 0188062

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant/Grievance

☐ CermakHealth Services
☐ Superintendent:
☐ Other: Commissary Vendor

**PRINT - INMATE LAST NAME** (Apellido del Preso): Johnson
**DIVISION** (División): SPTC

**PRINT - FIRST NAME** (Primer Nombre): Douglas
**LIVING UNIT** (Unidad): 4C

**INMATE BOOKING NUMBER** (# de identificación del Preso): 201056853
**DATE** (Fecha): 3-17-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

DATE OF INCIDENT (Fecha del incidente): 3-14-21
TIME OF INCIDENT (Hora del incidente): 12:00 PM
SPECIFIC LOCATION OF INCIDENT (Lugar Específico del incidente): 4C

On 3-14-21 I received my commissary bag receipt and I had six items that I was never given charge for and I didn't given me. and I lack of the total and I was told the bag and received on the worker, he said he was going to report it. But you haven't. The original receipt but you send me a fake receipt with items that I didn't receive. His criminal that you take money that isn't what I never received. I receive the other original receipt that shows all the items I received. I hope you can do something about this of I'm being having to take to my attorney about this matter.

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson
**DATE** (Fecha): 3-17-21

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado): Commissary DOC Premier

**CRW/PLATOON COUNSELOR** (Print): Serrano
**SIGNATURE:** Surey
**DATE:** 3/9/21

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-73)(NOV 17)

(WHITE COPY - INMATE SERVICES)   (YELLOW COPY - CRW/PLATOON COUNSELOR)   (PINK COPY - INMATE)

Quality Assured By: 0616

0188863    Johnson, Douglas      **Blue**

Location    DIV8 RTU - 3D - D3      **Receipt #71056**

Cook County, IL      01/14/2021      Invoice : 388:cookIL-402

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 6050 | 1 | Kool Off SF Fruit punch drink mix 10pk (K)(V)(V+) (SF Kool Off Ponche de Frutas 10pk (K)(V)(V+)) | 2.39 | 2.39 |
| 6051 | 1 | Kool Off SF Lemonade Drink mix 10pk (K)(V)(V+) (SF Kool Off Limonada 10pk (K)(V)(V+)) | 2.39 | 2.39 |
| 5044 | 1 | Old Fashioned Lemonade Disks 10oz (V)(V+) (Disco de Limonada) | 2.99 | 2.99 |
| 5024 | 1 | Butterscotch Disks (S)(V)(V+) (Butterscotch Disc S)(V)(V+)) | 1.79 | 1.79 |
| 5007 | 1 | Now & Later 3.5oz (S)(V)(V+) (Now & Later 3.5oz (S)(V)(V+)) | 1.89 | 1.89 |
| 5038 | 1 | Starlite Mints (S)(V)(V+) (Starlite Mints (S)(V)(V+)) | 1.65 | 1.65 |
| 7105 | 0 | Salt Packets -10ct (K)(V)(V+) (Paquete de Sal 10ct (K)(V)(V+))   Spending Limit. 1 not filled | 0.75 | 0.00 |
| 6002 | 2 | Creamer packets 10pk (K)(V) (Paquete del Crema 10ct (K)(V)) | 1.19 | 2.38 |
| 7141 | 0 | Pork Rinds Hot & Spicy (Corteza de Cerdo Caliente)   Spending Limit 1 not filled | 1.90 | 0.00 |
| 7064 | 0 | Frito Lay Fritos Chili Cheese 1.5oz (V) (Fritos Queso de Chili 1.5oz (V))   Spending Limit 2 not filled | 1.10 | 0.00 |
| 7062 | 0 | Frito Lay Doritos Nacho Cheese 1.5oz (V) (Doritos Queso de Nacho 1.5oz (V))   Spending Limit. 3 not filled | 1.10 | 0.00 |
| 7081 | 0 | Frito Lay Doritos Cool Ranch 1.5oz (V) (Doritos Ranch Refresco 1.5oz (V))   Spending Limit 2 not filled | 1.10 | 0.00 |
| 7022 | 0 | Frito Lay Cheetos (V) (Frito Lay Cheetos (V))   Spending Limit : 3 not filled | 1.10 | 0.00 |
| 7081 | 0 | Salsitas Tortilla Chip (K)(V)(V+) (Salsitas Papitas de Tortilla (K)(V)(V+))   Spending Limit 3 not filled | 1.10 | 0.00 |
| 7073 | 0 | Frito Lay BBQ 1.5oz (K)(V)(V+) (Papitas de Barbacoa 1.5oz (K)(V)(V+))   Spending Limit. 3 not filled | 1.10 | 0.00 |
| 7016 | 0 | Cheez Its (K)(V) (Cheez Its (K)(V))   Spending Limit : 2 not filled | 0.99 | 0.00 |
| 7169 | 0 | Chocolate Mini Donuts 6ct (V) (Donuts en Miniatura de Chocolate 6ct (V))   Spending Limit 1 not filled | 1.49 | 0.00 |
| 1093 | 2 | Ankle Socks (Calcetines de Tobillo) | 1.29 | 2.58 |

Quality Assured By: 0616

# Blue

## Receipt #71056

0188863    Johnson, Douglas

Location    DIV8 RTU - 3D - D3

Cook County, IL

01/14/2021

Invoice 386 cookIL-402

| Code | Qty | Product | Price | Ext |
|---|---|---|---|---|
| 7309 | 1 | Saltine Cracker Sleeve | 0.61 | 0.61 |
| 4181 | 1 | Stamps 10ct Booklet | 5.50 | 5.50 |
| 4010 | 4 | Med-First Ibuprofen (generic Advil) 2ct (Med-First Ibuprofeno (Advil genérico) 2ct) | 0.46 | 1.84 |

76

Paid Online    Sub Total $98.78   TAX $3.01   Total $101.71

76 Items

Start Balance    $225.29

Delivered By:   1011

Resident Paid

Date:   1/16/21

End Balance    $225.29

Resident:

7/20/6 2

BATES000123

Page 3 of 3

0188863 : Johnson, Douglas

Location: DIV8 RTU 4C D2

Cook County, IL

1/18/2021

451

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 5024 | Butterscotch Disks (S)(V)(V+) | -1 | 1.79 | -1.79 |
|      | Credit from 1/14/2021 REF: 402 | | | |
| 5044 | Old Fashioned Lemonade Disks 10oz | -1 | 2.99 | -2.99 |
|      | (V)(V+) | | | |
|      | Credit from 1/14/2021 REF: 402 | | | |

|  |  |  |
|--|--|--|
|  | Subtotal: | -$4.78 |
|  | Taxes: | -$0.11 |
|  | Total: | -$4.89 |

Balance After:        $230.18

Sign:

BATES000124



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: 2014 0475

INMATE I.D. #: 018843

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(Núe Identificación)*: |
|---|---|---|
| Johnson | Douglas | 2014 050 8383 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 040 Commissary Vector Refund

INMATE CRW RESPONSE *(If applicable)*: n/a

CRW/REFERRED THIS GRIEVANCE TO *( Example Superintendent, Cermak Health Services )*: Commissary Vendor

### RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE *(Print)*: SEE Attachments for order

SIGNATURE: [signature]

DIV./DEPT.: 4011

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: 1-14-21

DATE REFERRED: 3/26/21

INMATE'S SIGNATURE *(Firma del Preso)*: [signature]

---

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

Delv Via COVID19

DIV./DEPT. COMMISSARY

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: APR 02 2021

DATE: 3/26/21

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso)*: _____

---

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendacion por parte del administrador o/su designado(a).)*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL: *(Aplicación del preso aceptada por el administrador o/su designado(a)?)*    Yes (Sí) ☐    No ☐

SIGNATURE *(Firma del Administrador o/su designado(a))*: _____

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*: / /

---

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*: _____

SIGNATURE *(Firma del Administrador o/su designado(a))*: _____

DATE *(Fecha)*: / /

INMATE SIGNATURE *(Firma del Preso)*: _____

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID # / Inv # (# de Identificación): |
|---|---|---|
| Johnson | Doishas | SWANISAN |

CRW/ REFERRED THIS GRIEVANCE TO: *(Example: Superintendent, Cermak Health Service )*:

Commissary used on

GRIEVANCE ISSUE AS DETERMINED BY CRW:

CHS Commissary, Venter refund

INMATE CRW RESPONSE (if applicable):

N/A

SEE attachments for 1-14-21
order

PERSONNEL RESPONDING TO GRIEVANCE (Print):

#011

RESPONSE BY PERSONNEL HANDLING REFERRAL

INMATE SIGNATURE (Firma del Preso):

Delv Via COVID19

INMATE'S REQUEST FOR AN APPEAL

DATE RESPONSE WAS RECEIVED: APR 02 2021

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de que el recibo haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso)*: 04/12/21

I received the receipt and I'm sending it back to you. I can tell you above me the balance after 1-14-21 that I received, so I would like to get my balance for in order if not I will be calling my attorney

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?   Yes [ ]   No [X]

Original review has been conducted. A second review has been conducted.

INMATE SIGNATURE (Firma del Preso):

#45697

Delv Via COVID19

DATE APPEAL RESPONSE WAS RECEIVED: APR 28 2021

DATE (Fecha): 4.21.21

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED UPON COMPLAINT/GRIEVANCE ENTRY

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

CONTROL #: 2019095900 01888G3

INMATE ID #:

INMATE BOOKING NUMBER: 2019095900 8263

**INMATE LAST NAME** (Apellido del Preso): Johnson

**FIRST NAME** (Primer Nombre): Douglas

**PART.** (Div): RTU

**LIVING UNIT** (Unidad): 2F

DIVISION (División):

DATE (Fecha): 7-16-21

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one for the Emergency non-grievable matters, listed as classification including designation of an inmate as security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism crime limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain more than one issue.

The grievance form must not contain any non-grievable language.

The grievance issue must not pertain to non-jail related concerns, federal matters, or medical/mental health concerns.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no es ninguno de los siguientes temas, que no se consideran quejas formales: clasificación (el preso incluyendo designación del preso, tal como el riesgo de seguridad o su protección), o las decisiones del oficial de audiencia disciplinaria para los presos.

El asunto de la queja tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso o voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si cree que una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted escoja no someter una apelación sobre a la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo no amenazante.

La queja o el asunto de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales, etc.

**DATE OF INCIDENT** (Fecha del Incidente): 7-3-21

**TIME OF INCIDENT** (Hora del Incidente): Around 12:00pm

**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): Day Room

The grieved issue: On 7-1-21 Premier took roll call and some change from my trust fund and when commissary came 7-3-21 I didn't recieve my order. Been checking up my trust fund Balance and you haven't credit it Back. I talk with someone from premier and I gave her my information. I a fine out why I haven't recieved it I haven't heard nothing. Back from her. I just checked my balance to day 7-15-21 an my yes I haven't recieved it so I would like for you to return it my fund.

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

**NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): CCDOC Premier

CRW/PLATOON COUNSELOR (Print): D. Wilson

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Officer And Workers

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:

SIGNATURE:

DATE CRW/PLATOON COUNSELOR RECEIVED: 7-16-21

DATE REVIEWED:

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)
BATES 000012



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2021
09590 0188823

**INMATE #:** 2021

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso)*: Johnson

**INMATE FIRST NAME** *(Primer Nombre)*: Donovan

**ID Number** *(# de Identificación)*: 20200500823

**INMATE LAST NAME** *(Apellido del Preso)*: 40 Compliance des

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Compliance Voashia

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

SEE attachments for Refund

**IMMEDIATE CRW RESPONSE** *(Si aplicable)*:

**DATE REFERRED:** 7/19/21

**PERSONNEL RESPONDING TO GRIEVANCE** *(Print)*:

**SIGNATURE:**

**DIV./DEPT.:** COMSRC

**DATE:** 7/27/21

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 7/29/21

**INMATE SIGNATURE** *(Firma del Preso)*: Delw via Covid 19

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso.)*

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

Yes (Si) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a).)*

**SIGNATURE** *(Firma del Administrador o/su Designado(a).)*

**DATE** *(Fecha)*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a).)*

**INMATE SIGNATURE** *(Firma del Preso)*

**DATE** *(Fecha)*

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000128

0188863 : Johnson, Douglas

Location: DIV8 RTU 2F D2

Cook County, IL

7/27/2021

2477

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 1016 | Boxer Shorts XL <br> Credit from 7/1/2021 REF: 2124 | -1 | 3.50 | -3.50 |
| 1093 | Ankle Socks <br> Credit from 7/1/2021 REF: 2124 | -2 | 1.29 | -2.58 |
| 2042 | Good Sense Cough Drops Bag <br> Credit from 7/1/2021 REF: 2124 | -1 | 1.59 | -1.59 |
| 2051 | Deodorant Stick Clear 1.6oz <br> Credit from 7/1/2021 REF: 2124 | -1 | 1.49 | -1.49 |
| 2099 | Cocoa Butter Bar Soap 5oz <br> Credit from 7/1/2021 REF: 2124 | -1 | 1.42 | -1.42 |
| 4011 | Med-Frist Acetaminophen (generic Tylenol) 2ct <br> Credit from 7/1/2021 REF: 2124 | -5 | 0.46 | -2.30 |
| 5024 | Butterscotch Disks (S)(V)(V+) <br> Credit from 7/1/2021 REF: 2124 | -1 | 1.79 | -1.79 |
| 5038 | Starlite Mints (S)(V)(V+) <br> Credit from 7/1/2021 REF: 2124 | -1 | 1.65 | -1.65 |
| 5044 | Old Fashioned Lemonade Disks 10oz (V)(V+) <br> Credit from 7/1/2021 REF: 2124 | -1 | 2.99 | -2.99 |
| 6000 | Nescafe Tasters Choice Single (K)(V)(V+) <br> Credit from 7/1/2021 REF: 2124 | -25 | 0.49 | -12.25 |
| 6001 | Sweet Sprinkles Sweet and low 10 ct (K)(V)(V+) <br> Credit from 7/1/2021 REF: 2124 | -2 | 0.69 | -1.38 |
| 6002 | Creamer packets 10pk (K)(V) <br> Credit from 7/1/2021 REF: 2124 | -2 | 1.19 | -2.38 |
| 7022 | Frito Lay Cheetos (V) <br> Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7033 | Squeeze Cheddar Cheese (V) <br> Credit from 7/1/2021 REF: 2124 | -2 | 1.02 | -2.04 |
| 7039 | Lil Dutch Vanilla Wafers 11oz (V) <br> Credit from 7/1/2021 REF: 2124 | -1 | 2.25 | -2.25 |
| 7043 | Chicken of the Sea Tuna In Water 7oz (K) <br> Credit from 7/1/2021 REF: 2124 | -1 | 5.99 | -5.99 |
| 7061 | Frito Lay Doritos Cool Ranch 1.5oz (V) <br> Credit from 7/1/2021 REF: 2124 | -2 | 1.10 | -2.20 |
| 7062 | Frito Lay Doritos Nacho Cheese 1.5oz (V) <br> Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7064 | Frito Lay Fritos Chili Cheese 1.5oz (V) <br> Credit from 7/1/2021 REF: 2124 | -2 | 1.10 | -2.20 |
| 7070 | Sheboygan Beef Summer Sausage 5oz <br> Credit from 7/1/2021 REF: 2124 | -2 | 3.99 | -7.98 |

BATES000129

0188863 : Johnson, Douglas

Location: DIV8 RTU 2F D2

Cook County, IL.                                    7/27/2021                    2477

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 7073 | Frito Lay BBQ 1.5oz (K)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7081 | Salsitas Tortilla Chip (K)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7096 | Chicken Breast Pouch 4.5oz<br>Credit from 7/1/2021 REF: 2124 | -2 | 5.13 | -10.26 |
| 7107 | Americana Mayo PC (K)(V)<br>Credit from 7/1/2021 REF: 2124 | -12 | 0.11 | -1.32 |
| 7127 | Beef Stew Pouch 11.25<br>Credit from 7/1/2021 REF: 2124 | -1 | 3.69 | -3.69 |
| 7128 | Brushy Creek Lasagna Pouch 11.25oz<br>Credit from 7/1/2021 REF: 2124 | -1 | 3.99 | -3.99 |
| 7232 | Tuna Chipotle Seasoned 3.53oz<br>Credit from 7/1/2021 REF: 2124 | -1 | 3.49 | -3.49 |
| 7237 | Summer Sausage Hot & Spicy 5oz<br>Credit from 7/1/2021 REF: 2124 | -1 | 3.99 | -3.99 |
| 7309 | Saltine Cracker Sleeve<br>Credit from 7/1/2021 REF: 2124 | -1 | 0.61 | -0.61 |

Subtotal: -$98.53
Taxes: -$3.23
Total: -$101.76

Balance After:          $934.26

Sign: _____

BATES000130



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

☐ Cermak Health Services
☐ superintendent
☐ Other: ___

CONTROL #
2 0 2 1 X 1 3 6 7 0 1 8 2 2 6 3

INMATE ID #

**PRINT – INMATE LAST NAME** *(Apellido del Preso):*
Johnson

**PRINT – FIRST NAME** *(Primer Nombre):*
Douglas

INMATE BOOKING NUMBER *(# de Identificación del Preso)*
2019 0050 8253

**DIVISION** *(División):*
RTU

**LIVING UNIT** *(Unidad):*
2F

DATE *(fecha):*
8-22-21

---

**Your grievance issue must meet all criteria listed below. In order to be assigned a control #, to be appealed and/or to be escalated remedies.**

- The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or chronic custody inmate, or decisions of the inmate disciplinary hearings officer.
- The grieved issue must have occurred within the last 15 calendar days; unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- allegation of sexual assault, sexual harassment, sexual abuse or voyeurism, sexual abuse or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grievance must not contain offensive or harassing language.
- The grievance form must not pertain to non-jail related concerns or more than one issue.

*(Spanish translation block)*

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**REQUIRED – DATE OF INCIDENT**
*(Fecha del Incidente):*
8-20-21

**REQUIRED – TIME OF INCIDENT**
*(Hora del Incidente):*
7:00 of 8:00 PM

**REQUIRED – SPECIFIC LOCATION OF INCIDENT**
*(Lugar Específico del Incidente):*
RTU 2F living unit

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o preso que tengan información):*
The whole unit 2F

**REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED**
*(Nombre y/o Identificación del Acusado):*
Staff 6-9 RTU

On 8-20-21 between 7:00 and 8:00 PM there was some thing wrong with an inmate. The officers Call Responded Can in And Took him out And They Took out the Micro Wave for No Reson There Was No smoke Any one smoking And They Didn't Find Any while burning so There was No Reson for Them to Take it it was Not Right And No legitimate Reson for it. They Need to Fire A Better of Professional way of Deal in with This Matter Because there Are Alot of Inmates thats Not Involved

**INMATE SIGNATURE:** *(Firma del Preso):*
Douglas Johnson

---

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
D. Wilson

**SIGNATURE:**
D. W

**DATE REVIEWED:**
8.23.21

**CRW/PLATOON COUNSELOR (Print):**

**SIGNATURE:**

**DATE CRW/PLATOON COUNSELOR RECEIVED:**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER (Número de identificación): 2021 08886 3

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): | INMATE #: |
|---|---|---|---|
| Johnson | Donylajo | 20200508253 | 41367 088863 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330 Security Presoonzoo

IMMEDIATE CRW RESPONSE (If applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( Division/Superintendent, Cermak Health Services ): RTU

DATE REFERRED: 8/24/21

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print):

The established policy Disclosures are to be learned from tiers for any various reasons including suspected drug use, complaints, physical abuse and tier non-compliance - amongst others. Disclosures are also shared between living units. Disclosures can be learned at any time at the discretion of staff.

SIGNATURE:

SIGNATURE (Firma del Preso): Donylajo Johnson

DN/ DEPT.: 08 RTU

DATE: 8/25/21

**INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

I Disagree Dont make since They rather harves various things But that Inmate other Inmate in he Dont suspect etc. Belike Request To Remove

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): 9/2/21

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptada por el administrador o/su Designado(a)?)    Yes (Sí) ☐    No (No) ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a))

Original Request to Send

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (fecha): 9/3/21

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): SEP 07 2021

INMATE SIGNATURE (Firma del preso):

INMATE SERVICES DIRECTOR/ DESIGNEE (Admin o/su Designado(a)): J. Miller

**Delv Via COVID19**

INMATE SIGNATURE (Firma del Preso): Donylajo Johnson

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 9/2/21

INMATE'S REQUEST FOR AN APPEAL (Solicitud de la apelación del preso):

BATES000132

disable

**COOK COUNTY SHERIFF'S O**
*(Oficina del Alguacil del Condado de Co...*

**INMATE GRIEVANCE FORM**
*(Formulario de Queja del Preso)*

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY
*(Para ser llenado solo por el personal de Inmate Services.)*

CONTROL # : 2021 11018 0180003

INMATE ID #

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☒ Superintendent:
☐ Other:

*(If the grievance includes an appeal, please see a CRW (Correctional Rehabilitation Worker).)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Johnson

PRINT - FIRST NAME *(Primer Nombre):* Douglas

INMATE BOOKING NUMBER *(# de Identificación del Preso)* 20190508253

DIVISION *(División):* 8-RTU

LIVING UNIT *(Unidad):* 2E

DATE *(Fecha):* 8-29-21

---

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security/risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an appeal, please see a CRW.

The grieved issue must not be a request for an appointment, sexual abuse or voyeurism time limits exist. If you believe an exception applies please see a CRW.

The grieved issue must not be a request submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance form must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff couturing hospitals, etc.

---

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o a agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del inmate as a security/risk or protective custody inmate, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de asalto sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y a la cual ya le fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y usted recibió una respuesta y usted escogió no someter una apelación sobre la decisión dada en los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante.

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

---

DATE OF INCIDENT *(Fecha del Incidente)* 8-29-21

TIME OF INCIDENT *(Hora del Incidente)* 04/7

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)* Day Room

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tenga información):*

It Has Been 45 DAys since We HAD Any HEAD sAnitizer AnD Not
Getting The Proper Cleaning supplies To Clean The DAy Room or the
Bath Room its Not GooD for our Health. Then you take The microwave
for no reson At All for it To Be taken Away. I Now we Have
sick officers working The Tier And unvaccinated Possible
COVET-19

---

REQUIRED - INMATE SIGNATURE: *(Firma del Preso)* [signature] Douglas Johnson

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)* Officers

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre del personal o presos que tenga información):* EVERY ONE ON 2E

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR *(Print):* Johnson

SIGNATURE: [signature]

DATE/TIME CRW/PLATOON COUNSELOR RECEIVED: 8/30/21

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):*

SIGNATURE:

DATE REVIEWED:

---

(FCN-73)(NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – CRW/PLATOON COUNSELOR)     (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

| CONTROL NUMBER | INMATE # |
|---|---|
| 11618 | 018893 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | | ID Number (# de Identificación): |
|---|---|---|---|
| Johnson | Douglas | 2021 | 2019 0508353 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: OOL DOC COVID

IMMEDIATE CRW RESPONSE (if applicable): DIA

CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

DATE REFERRED: 8/31/21

### RESPONSE BY PERSONNEL HANDLING REFERRAL

8ns4

CHOMBERS TO CLOAN ALO PASSED OUT DAILY + THROUO
MICCOVINA AN COMMON AREA TOOBS NOT IN COMPLIANCE
EVERYONE IS SCREENED FROM TOOBS NOT IN COMPLIANCE
HAND SANITIZER DELIVERD BEFORE SUPERISE PER DUTY
LT MEAP

PERSONNEL RESPONDING TO GRIEVANCE (Print): LT MEAP

SIGNATURE: _____

DIV/DEPT: 08/02

DATE: 9/3/21

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 09.03.2021

INMATE'S SIGNATURE (Firma del Preso): Douglas Johnson

### INMATE'S REQUEST FOR AN APPEAL: ( Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): __/__/__

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☐

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

INMATE SERVICES DIRECTOR/DESIGNEE (Print):

INMATE SERVICES DIRECTOR/DESIGNEE SIGNATURE (Firma del Administrador o/su Designado(a)): DATE (Fecha): __/__/__

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): __/__/__

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): __/__/__

INMATE SIGNATURE (Firma del Preso):

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000134



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☑ Grievance
☐ Non-Compliant Grievance

| CONTROL # | INMATE ID # |
|---|---|
| 2021520627 | 0288803 |

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY** (Para ser llenado sólo por el personal de Inmate Services.)

☐ Cermak Health Services
☐ Superintendent:
☑ Other: _RTU_

PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Douglas**

INMATE BOOKING NUMBER (# de Identificación del Preso): **2019120589 53**

DATE (Fecha): **9-5-21**

DIVISION (División): **8-RTU**

LIVING UNIT (Unidad): **Douglas**

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**
The grieved issue is not one of the following non-grievable matters: name classification including designation of inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism (no time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue is not one that includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism at any time.
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grievance form must not contain more than one issue.
The grievance form must not contain offensive language.
The grievance issue must not pertain to non-jail related concerns such as with probation agencies, judicial matters, or medical staff at outside hospitals, etc.

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que aplica una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y usted escogió no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solicitud de la queja no puede contener lenguaje ofensivo o amenazante.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

REQUIRED - DATE OF INCIDENT (Fecha del Incidente): **8-20-21**

REQUIRED - TIME OF INCIDENT (Hora del Incidente): **2:30pm**

REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): **Div.8 RTU. 2F**

REQUIRED - NAME and/or IDENTIFIER(S) of ACCUSED (Nombre y/o Identificación del Acusado):

Dear Director Please be Informed That I would like to address my deep concern In regards to the removal of the Micro-wave which is highly needed in the above Mentioned Dorm which I was not responsible for it being taken and Would appreciate The return of it as soon as possible. Thank You.

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

**The Whole 2F**

INMATE SIGNATURE (Firma del Preso): **Douglas Johnson**

SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

**D. Davison**

SIGNATURE: **D. Davison**

DATE REVIEWED: **9.8.2**

CRW/PLATOON COUNSELOR (Print):

**D. Davison**

SIGNATURE: **D. Davison**

DATE/CRW/PLATOON COUNSELOR RECEIVED: **9.8.2**

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: 2021 0188863

**INMATE INFORMATION TO BE COMPLETED BY INMATE/SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación): 2019-0508253

INMATE #: W1800

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE (If applicable): 300 Retaliation

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print): RTU O&M

The MICROWAVE is not a right, microwave privledges can be revoked due to non-compliance.

DATE REFERRED: 1/14/21

SIGNATURE: [signature]

DIV/DEPT: RTU

DATE: 1/28/21

INMATE SIGNATURE (Firma del Preso): L. Guck

Declined to sign 105a-30

**INMATE'S REQUEST FOR AN APPEAL** ( Solicitud de Apelación del Preso)

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 9/28/21

SIGNATURE: [signature]

DIV/DEPT: RTU

DATE: 1/28/21

**Inmate Serv. Copy**

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso:)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptada por el administrador o/su designado(a)?)   Yes (Si) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a))

ADMINISTRATOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):

DATE APPEAL RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida)

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000136



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #: 2021 156026 0188163

INMATE ID #: 040

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY
*(Para ser llenada sólo por el personal de Inmate Services.)*

☐ Cermak Health Services
☐ Superintendent:
☑ Other: Commissary Counselor

PRINT - INMATE LAST NAME *(Apellido del Preso):*  X Johnson

PRINT - FIRST NAME *(Primer Nombre):*  Douglas

DIVISION *(División):*  8-RTU

LIVING UNIT *(Unidad):*  36

INMATE BOOKING NUMBER *(Número de Identificación del Preso):*  2019050 5853

DATE *(Fecha):*  11-15-21

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: medical issues, classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue is not of a sexual assault, sexual harassment, sexual abuse or voyeurism nature. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must be a request submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response.
The grievance form must not contain more than one issue.
The grievance form must not pertain to non-jail related concerns as with an entire, judicial matters, or outside staff at outside hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de su queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para el preso.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, voyerismo, o abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (CRW).
El asunto de la queja no puede ser una repetición de una queja presentada en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida la cual ha recibido una respuesta y usted recibida no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
La solicitud de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como precauciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

DATE OF INCIDENT *(Fecha del Incidente):*  11-4-21

TIME OF INCIDENT *(Hora del Incidente):*  9:oc Am

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):*  Div 8 RTU-36

NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado):*  Commissary

On 11-4-21 Commissary took $79.20 out of my first Fund and on 11-6-21 when Commissary Came They DiDN't Have My order. I Talk to the Supervisor Told Me He was Going to give My BaG and Bring it Back He DiDN't come Back and it's Been Two weeks and I Still Haven't Recivo My Refund yet I Recive My first Fund Balance to day and Its Not There This is Becoming A Big Problem Because How could You take Money for An order AND Don't Deliver It Can I Please Have My Refund.

NAME OF STAFF OR INMATE (HAVING INFORMATION REGARDING THIS COMPLAINT):
*(Nombre del personal o preso que tengan información):*  Commissary Supervisor & Unit

INMATE SIGNATURE *(Firma del Preso):*  Douglas Johnson

DATE CRW / PLATOON COUNSELOR RECEIVED: 11-17-21

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES, IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

NAME OF CRW / PLATOON COUNSELOR (Print):  S Davis

SIGNATURE:  SD

DATE:  11-17-21

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):  

SIGNATURE:  

DATE REVIEWED:  

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL

| | | CONTROL NUMBER | |
|---|---|---|---|
| INMATE LAST NAME (Apellido del Preso): Johnson | INMATE FIRST NAME (Primer Nombre): Douglas | 2021 | INMATE # |
| | ID Number (# de Identificación): 20190508253 | 51626 | 0188613 |

IMMEDIATE CRW RESPONSE (if applicable): O40-Commissary Refund

GRIEVANCE ISSUE AS DETERMINED BY CRW: SEE All Attachments

CRW/ REFERRED THIS GRIEVANCE TO ( Cermak, Superintendent, Cermak Health Services ): Commission Vendor

DATE REFERRED: 11 · 18 · 24

### RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print): SEE All Attachments

SIGNATURE:

DIV./DEPT.: COMISARY

DATE: 11.30.24

DATE RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida)
18.18.24

INMATE SIGNATURE (Firma del Preso): Douglas Johnson

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso.)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE SIGNATURE (Firma del Preso):

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su designado(a)?)

Yes (Sí) ☐     No ☐

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)
DATE (Fecha):

### ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

| INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY | | | |
|---|---|---|---|
| INMATE LAST NAME (Apellido del Preso): JOHNSON | INMATE FIRST NAME (Primer Nombre): Douglas | ID Number (# de Identificación): 20190505253 | CONTROL NUMBER |
| GRIEVANCE ISSUE AS DETERMINED BY CRW: | | | |
| IMMEDIATE CRW RESPONSE (If applicable): | | | |
| CRW/ REFERRED THIS GRIEVANCE TO: ( Example: Superintendent, Cermak Health Services ): Commissary Vendor | DATE REFERRED: 11/18/21 | | |

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

| PERSONNEL RESPONDING TO GRIEVANCE (Print): See All Attachments | DIV/DEPT: Commissary | DATE: 11/30/21 |
|---|---|---|
| SIGNATURE: | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 12/13/21 | |

**THIS SECTION IS TO BE COMPLETED BY INMATE**

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**INMATE'S REQUEST FOR AN APPEAL / THIS SECTION IS TO BE COMPLETED BY INMATE**

First of all the Commissary worker Didn't call my Name. And Second this is not my signiture. This is how I write my Name. And last look at the birth Date 5-5-98 that's my Birth Date Not criminal my birth Date is 9-30-69 Now will you Please Refund me credit is owed for amount of $79.30

**INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):

DATE OF INMATE'S REQUEST FOR AN APPEAL: 12/13/21

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (Apelación del preso aceptada por el administrador o/su designado(a)?)  Yes (Sí) ☑   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):

credit issued for amount of $79.30

| SIGNATURE (Firma del Administrador o/su Designado(a)): Y.U.ce | DATE/APPEAL RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 8/2/22 |
|---|---|

| INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)): Via.ce | SIGNATURE (Firma del Administrador o/su Designado(a)): Y.U.ce | DATE (fecha): 8/2/22 |
|---|---|---|

INMATE SIGNATURE (Firma del Preso):

Delv Via COVID19

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

S. Davis   DEC 07 2021

BATES000139



## COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

### INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
■ Grievance
☐ Non-Compliant Grievance

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY!
☐ CermakHealthServices
☐ Superintendent: Div 8 RTU Staff
☐ Other: ___

| CONTROL # | INMATE ID # |
|---|---|
| 2021/5387 | 018803 |

| | | 334 |
|---|---|---|

PRINT - INMATE LAST NAME *(Apellido del Preso):*  Johnson
PRINT - FIRST NAME *(Primer Nombre):*  Douglas

DIVISION *(División):*  8 RTU-8B

INMATE BOOKING NUMBER *(# de identificación del Preso):*  20190508253

LIVING UNIT *(Unidad):*  3G

DATE *(Fecha):*  11-8-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

*Your grieved issue must meet all criteria listed below in order to be assigned a control # to be appealed and/or to exhaust remedies.*

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as security risk or protective custody status, or decisions of the Inmate disciplinary hearing board, etc.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism at the time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days

The grievance form must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

The grievance issue must not pertain to non-jail related concerns such as arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

*El asunto de la queja que se satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.*

El asunto de la queja no puede ser ninguno de las siguientes temas, que no se consideran quejas formales: Clasificación del oficial de asunto as a security risk or protective custody status. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, abuso sexual o voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibido y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibió la decisión dada en los 15 días calendarios.

La solicitud de la queja no puede contener más de un asunto.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

DATE OF INCIDENT *(Fecha del Incidente)*  11-8-21

REQUIRED - TIME OF INCIDENT *(Hora del Incidente)*  BETWEEN 7 AND 8:30 AM

REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)*  Day Room

REQUIRED - NAME and/or IDENTIFIERS OF ACCUSED *(Nombre y/o Identificación del Acusado)*  Sgt Breningth St, Rankes and Officers

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
*(Nombre de personal o presos que tengan información):*
Officers AND Whole Unit

On 11-11-21 Around 6 or 7:30 Officers Sent us to Rock After we Returned we go Notice That They Shook us Down and took the Residence Razors and Microwave we Are About it And the SGT RobergNight the didn't Like Some Guys Attitude and He walked either the Door so we All Came in the Dayroom Asked to Talk tec Him we told Him That wasn't A Good Reason to Take The Items Everyone one of us talking when St Breningth Came in and Sed Everyone get one on one it Got Camp Back but one Inmate didn't so they Refusea told Him Down and Cuffed Him The St Breingth the touth his Maan Spread Refuse and threstene The kit in my face Officer AND whole Unit

INMATE SIGNATURE: *(Firma del Preso):*  Douglas Johnson

DATE: *(Fecha):*  11-8-21

SUPERINTENDENT / DIRECTOR / DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE 'S OR A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): ___
SIGNATURE: ___
DATE REVIEWED: ___

CRW/PLATOON COUNSELOR (Print): SONS
SIGNATURE: [signature]
DATE/CRW/PLATOON COUNSELOR RECEIVED: 11-15-21

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)(BATCH COPY – INMATE)

BATES000141

Page Two

Douglas Johnson 2019C508253 RTU Div 3G
AND Hands All over And The Thing Is I DiD what was Requested
By St Reginght I was Sitting on My Bunk And I Got Brad
First My face AND HanDS was Burning AnD It was Starting
Set off My ASNMA I'm on ACANE And I All most fell
Trying to @ Get Away from It but It Got on Me Anyway
Dony That It's Right for officers To Come In And Do This,
If Theres no Comunication You Can't Resolve Anything.
My T-Shirts were Destoryed Everything on My Desk was
On RKPd Then 9th Rorkes Took The Sheet of The Ground AnD
STarted Wipping The Desk Necking Everything Down
messing up Everything And It was Just very UnProfessional.
Knew Theres A Better way To HanDAl This
Matter But I since Like They DiDn't Care
Then I was sent To MeD, cAl To Be checked
Out AnD was Turned Down AnD was Told To
Go Get some Air, At This Point Seein Like Nobody
cared



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso / Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| | | CONTROL NUMBER | INMATE # |
|---|---|---|---|
| **INMATE LAST NAME** (Apellido del Preso): Johnson | **INMATE FIRST NAME** (Primer Nombre): Douglas | ID Number (Identificación): 2019050853 | 15871 | 20180803 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 334-Security Procedures(Cell search/Shakedown

**IMMEDIATE CRW RESPONSE (if applicable):** Div X CCH Supt

**CRW / REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): Div X CCH Supt

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** C Abbott

Staff will be reminded to remain professional at all times and de-escalate situations to avoid the use of O.C. spray

| SIGNATURE: C Abbott | DIV./DEPT.: Div | DATE: 11/30/2021 |
|---|---|---|

| STAFF SIGNATURE (Firma del Preso): | | DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) |
|---|---|---|
| | | 12/13/21 |

---

**INMATE'S REQUEST FOR AN APPEAL:** (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso): ___/___/___

**INMATE SIGNATURE** (Firma del Preso): _____

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
(Apelación del preso aceptado por el administrador o/su designado(a)?)     Yes (Sí) ☐     No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a))

| INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): | SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|---|

**INMATE SIGNATURE** (Firma del Preso): _____     DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

---

(FCN-72) (NOV 17)     (WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

BATES000142



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY!
(¡Para ser llenado sólo por el personal de Inmate Services !)

- ☐ Emergency Grievance
- ■ Grievance
- ☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

CONTROL #: 2021/5/2/0//0//8863

INMATE ID #: 190

PRINT - INMATE LAST NAME: Johnson

PRINT - FIRST NAME: Douglas

INMATE BOOKING NUMBER: 2018082553

DIVISION: 8 RTU

LIVING UNIT: 3 G

DATE: 11-19-21

REQUIRED - DATE OF INCIDENT: 11-14-21

REQUIRED - TIME OF INCIDENT: 8'00AM

REQUIRED - SPECIFIC LOCATION OF INCIDENT: MEDICAL Booth

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

This morning at 8;am Nurse Came To give a inmate his PRN medication and when I ask Her for my XPRN Pain medication She told me She's not going To give It and Walked out The Doctor Prescribe It for every six Hour and act Like First Problem And There's only one Nurse That Short It could Be Done Everyone Els act Like It's A Problem. I think I Should Get My medication The way It's Prescribed Because I'm IN A Lot of Pain

INMATE SIGNATURE: Nicholas Schwartz

NAME and/or IDENTIFIER(S) OF ACCUSED: Nurse Charles and others

DATE: 21 NOV 2021

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
Other Inmate and Officer

SUPERINTENDENT/DIRECTOR/DESIGNEE: S Davis

DATE/CRW/PLATOON COUNSELOR SIGNATURE:

DATE REVIEWED: 11-17-21

CRW/PLATOON COUNSELOR (Print): S Davis

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

(FCN-73)(NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**CONTROL NUMBER**
2021 X18886 3

**INMATE #**

### INMATE INFORMATION TO BE COMPLETED BY INMATE/SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (Número de Identificación): |
|---|---|---|
| SamiSon | Douglas | 2019 0508253 |

**IMMEDIATE CRW RESPONSE (If applicable):** 190-medical prescription

**GRIEVANCE ISSUE AS DETERMINED BY CRW:**

**CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services):** Cermak Health Services

**DATE REFERRED:** 11/18/21

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Dear Mr. Johnson, thank you for bringing your concerns to our attention. Cannot find / disclose allegation. Received medical order about 0935 medication to received as PER/met as directed will refer to Nurse Practitioner. D. De acuerdo 12/8/21

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shirley

**SIGNATURE:** Susan Shirley

**DIV/DEPT:** 0

**DATE:** 12/3/21

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 12/14/21

### THIS SECTION IS TO BE COMPLETED BY INMATE!

**INMATE SIGNATURE (Firma del Preso):** Mailed to resident

## INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso!)
THIS SECTION IS TO BE COMPLETED BY INMATE!

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el inmate haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):
___/___/___

**INMATE SIGNATURE (Firma del Preso):**

### THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES!

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL
(Apelación del preso aceptado por el administrador o/su designado(a)?)    Yes (Sí) ☐    No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a)!)

| SIGNATURE (Firma del administrador o/su designado(a)): | DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): |
|---|---|
| | ___/___/___ |

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):**

**INMATE SERVICES DIRECTOR/DESIGNEE'S SIGNATURE (Firma del Administrador o/su Designado(a)):**

**DATE (Fecha):**

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000144

CCDOC — Inmate Services
2700 S California Ave
Chicago, IL 60608
Re: 2021 X 15601

Johnson Douglas
2919 W Filmore
Chicago IL 60612

BATES000145

# 2021x 15601

## I.I.C Name: Johnson, Douglas

### Date Mailed: 12 / 14 / 2021

**Attached to this document is the response to your grievance.**

\* If you find the response acceptable and/or do not wish to exhaust your administrative remedies with the C.C.D.O.C, no further action is required.

\* If you are unsatisfied with the response and/or you wish to exhaust your administrative remedies with the C.C.D.O.C, please complete the APPEAL SECTION and return it to the address provided below. The C.C.D.O.C. must receive your appeal within 15 calendar days of the post/marked envelope containing your response. You are required to submit a photocopy of the post/marked envelope along with your appeal statement. Failure to provide the photocopy with the appeal statement within 15 calendar days of the documented post/marked date, it will result in an automatic "denied" of your appeal.

\* Please be reminded that it is YOUR responsibility to ensure that the C.C.D.O.C. is in-receipt of your appeal.

C.C.D.O.C. I.I.C Services Dept. : 773-674-2836

*CCDOC – I.I.C Services*
*2700 S California Ave.*
*Chicago, IL 60608*

BATES000146