# EXHIBIT 4

| Status | Inmate | Bed | Start Date |
|---|---|---|---|
| Inactive | Douglas P Johnson | DIV08-3G-D5-16 | 9/20/2021 15:00 |
| Inactive | Douglas P Johnson | DIV08-2F-D2-16 | 6/26/2021 9:30 |
| Inactive | Douglas P Johnson | DIV8-3W-3213-1 | 6/15/2021 21:00 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 6/11/2021 13:30 |
| Inactive | Douglas P Johnson | DIV08-3H-D6-36 | 6/10/2021 13:30 |
| Inactive | Douglas P Johnson | DIV8-3W-Dayroom-DR | 6/9/2021 16:00 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 6/2/2021 22:30 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-38 | 4/24/2021 11:30 |
| Inactive | Douglas P Johnson | DIV08-4B-D1-34 | 4/12/2021 19:30 |
| Inactive | Douglas P Johnson | DIV8-3N-3247-1 | 4/9/2021 2:30 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 4/8/2021 14:30 |
| Inactive | Douglas P Johnson | DIV8-3N-3247-2 | 4/7/2021 17:00 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-7 | 2/18/2021 15:30 |
| Inactive | Douglas P Johnson | DIV08-3F-D4-38 | 1/29/2021 11:00 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-8 | 1/15/2021 9:00 |
| Inactive | Douglas P Johnson | DIV08-3D-D3-8_C | 1/8/2021 8:00 |
| Inactive | Douglas P Johnson | DIV08-2G-D3-8 | 5/17/2020 10:30 |
| Inactive | Douglas P Johnson | DIV08-4G-D5-27 | 4/22/2020 11:00 |
| Inactive | Douglas P Johnson | DIV8-3S-3105-1 | 4/17/2020 21:00 |
| Inactive | Douglas P Johnson | DIV08-3E-6-1 | 4/16/2020 15:30 |
| Inactive | Douglas P Johnson | DIV08-3H-D6-6 | 12/8/2019 20:05 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 12/7/2019 9:49 |
| Inactive | Douglas P Johnson | DIV10-2A-2110-1 | 9/18/2019 21:30 |
| Inactive | Douglas P Johnson | DIV10-2A-2107-2 | 9/4/2019 18:30 |
| Inactive | Douglas P Johnson | DIV10-2A-2113-1 | 5/25/2019 12:30 |
| Inactive | Douglas P Johnson | DIV10-3A-3109-2 | 5/8/2019 23:30 |

Case: 1:22-cv-03718 Document #: 81-4 Filed: 06/12/25 Page 2 of 11 PageID #:316

| End Date |
| --- |
| 12/8/2021 21:00 |
| 9/20/2021 15:00 |
| 6/26/2021 9:30 |
| 6/15/2021 19:00 |
| 6/11/2021 11:00 |
| 6/10/2021 13:00 |
| 6/9/2021 13:30 |
| 6/2/2021 22:30 |
| 4/24/2021 11:30 |
| 4/12/2021 19:00 |
| 4/8/2021 16:00 |
| 4/8/2021 14:30 |
| 4/7/2021 17:00 |
| 2/18/2021 15:30 |
| 1/29/2021 11:00 |
| 1/15/2021 9:00 |
| 1/8/2021 8:00 |
| 5/17/2020 10:30 |
| 4/22/2020 11:00 |
| 4/17/2020 19:30 |
| 4/16/2020 15:30 |
| 12/8/2019 13:33 |
| 12/7/2019 9:00 |
| 9/18/2019 21:30 |
| 9/4/2019 18:30 |
| 5/25/2019 12:30 |

| Inmate | Booking | Movement Date | From |
|---|---|---|---|
| Douglas P Johnson | 20190508253 | 12/8/2021 22:02 | |
| Douglas P Johnson | 20190508253 | 10/25/2021 13:01 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/25/2021 11:46 | In-Cell |
| Douglas P Johnson | 20190508253 | 10/18/2021 11:08 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/18/2021 10:37 | In-Cell |
| Douglas P Johnson | 20190508253 | 7/23/2021 11:27 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/23/2021 10:52 | In-Cell |
| Douglas P Johnson | 20190508253 | 7/2/2021 13:04 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/2/2021 9:06 | In-Cell |
| Douglas P Johnson | 20190508253 | 6/22/2021 11:14 | In-Transit |
| Douglas P Johnson | 20190508253 | 6/22/2021 9:23 | In-Cell |
| Douglas P Johnson | 20190508253 | 6/15/2021 21:51 | Mount Sinai Hospital |
| Douglas P Johnson | 20190508253 | 6/11/2021 14:20 | In-Cell |
| Douglas P Johnson | 20190508253 | 6/9/2021 18:49 | Mount Sinai Hospital |
| Douglas P Johnson | 20190508253 | 6/3/2021 14:52 | In-Transit |
| Douglas P Johnson | 20190508253 | 6/2/2021 20:30 | In-Cell |
| Douglas P Johnson | 20190508253 | 6/1/2021 15:50 | In-Transit |
| Douglas P Johnson | 20190508253 | 6/1/2021 14:43 | In-Cell |
| Douglas P Johnson | 20190508253 | 5/22/2021 16:10 | In-Transit |
| Douglas P Johnson | 20190508253 | 5/22/2021 15:13 | In-Cell |
| Douglas P Johnson | 20190508253 | 5/21/2021 16:30 | In-Transit |
| Douglas P Johnson | 20190508253 | 5/21/2021 15:30 | In-Cell |
| Douglas P Johnson | 20190508253 | 5/9/2021 16:10 | In-Transit |
| Douglas P Johnson | 20190508253 | 5/9/2021 15:10 | In-Cell |
| Douglas P Johnson | 20190508253 | 5/6/2021 19:16 | In-Transit |
| Douglas P Johnson | 20190508253 | 5/6/2021 18:25 | In-Cell |
| Douglas P Johnson | 20190508253 | 5/6/2021 14:11 | In-Transit |
| Douglas P Johnson | 20190508253 | 5/6/2021 8:06 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/23/2021 13:02 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/23/2021 8:52 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/15/2021 19:52 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/15/2021 17:46 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/12/2021 22:18 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/12/2021 18:38 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/11/2021 17:40 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/11/2021 16:01 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/9/2021 5:31 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/9/2021 0:09 | DOCCMKADMISSION |
| Douglas P Johnson | 20190508253 | 4/8/2021 21:45 | Stroger Hospital |
| Douglas P Johnson | 20190508253 | 4/8/2021 15:35 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/8/2021 8:37 | In-Cell |
| Douglas P Johnson | 20190508253 | 4/8/2021 8:30 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/7/2021 19:59 | DOCCMKADMISSION |
| Douglas P Johnson | 20190508253 | 4/7/2021 11:32 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/7/2021 5:50 | In-Transit |
| Douglas P Johnson | 20190508253 | 4/7/2021 4:43 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/29/2021 15:53 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/29/2021 14:47 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/26/2021 21:39 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/26/2021 4:59 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/24/2021 11:15 | In-Transit |

| | | | |
|---|---|---|---|
| Douglas P Johnson | 20190508253 | 3/24/2021 10:15 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/24/2021 8:30 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/24/2021 8:05 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/24/2021 0:25 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/23/2021 11:28 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/18/2021 18:10 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/18/2021 8:15 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/17/2021 11:10 | DOCD4GYMCOURTS |
| Douglas P Johnson | 20190508253 | 3/17/2021 9:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/17/2021 8:26 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/8/2021 13:15 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/8/2021 13:11 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/8/2021 12:41 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/8/2021 7:24 | In-Cell |
| Douglas P Johnson | 20190508253 | 2/26/2021 7:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 2/26/2021 6:35 | In-Cell |
| Douglas P Johnson | 20190508253 | 2/18/2021 17:27 | In-Transit |
| Douglas P Johnson | 20190508253 | 2/18/2021 14:49 | In-Cell |
| Douglas P Johnson | 20190508253 | 1/28/2021 11:59 | In-Transit |
| Douglas P Johnson | 20190508253 | 1/28/2021 8:59 | In-Cell |
| Douglas P Johnson | 20190508253 | 1/21/2021 19:38 | In-Transit |
| Douglas P Johnson | 20190508253 | 1/21/2021 11:10 | In-Cell |
| Douglas P Johnson | 20190508253 | 12/9/2020 13:45 | In-Transit |
| Douglas P Johnson | 20190508253 | 12/9/2020 9:25 | In-Cell |
| Douglas P Johnson | 20190508253 | 11/27/2020 14:39 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/27/2020 12:30 | In-Cell |
| Douglas P Johnson | 20190508253 | 11/27/2020 8:02 | In-Cell |
| Douglas P Johnson | 20190508253 | 11/27/2020 7:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/11/2020 13:30 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/11/2020 12:15 | In-Cell |
| Douglas P Johnson | 20190508253 | 11/10/2020 17:07 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/10/2020 10:30 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/10/2020 9:50 | In-Cell |
| Douglas P Johnson | 20190508253 | 10/30/2020 10:44 | DOCD4GYMCOURTS |
| Douglas P Johnson | 20190508253 | 10/30/2020 9:11 | In-Cell |
| Douglas P Johnson | 20190508253 | 10/30/2020 9:09 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/21/2020 12:56 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/21/2020 7:24 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/21/2020 7:18 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/28/2020 12:04 | In-Transit |
| Douglas P Johnson | 20190508253 | 9/28/2020 8:55 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/20/2020 18:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 9/20/2020 16:32 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/9/2020 18:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 9/9/2020 17:37 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/9/2020 17:37 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/30/2020 15:21 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/30/2020 14:31 | In-Cell |
| Douglas P Johnson | 20190508253 | 8/19/2020 17:33 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/19/2020 17:23 | In-Cell |
| Douglas P Johnson | 20190508253 | 8/19/2020 17:22 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/19/2020 8:28 | In-Cell |

| Douglas P Johnson | 20190508253 | 8/18/2020 7:53 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/18/2020 7:08 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/18/2020 7:00 | In-Cell |
| Douglas P Johnson | 20190508253 | 8/11/2020 11:22 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/11/2020 8:00 | In-Cell |
| Douglas P Johnson | 20190508253 | 7/23/2020 10:27 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/23/2020 9:05 | In-Cell |
| Douglas P Johnson | 20190508253 | 7/3/2020 20:57 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/3/2020 19:01 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/3/2020 18:23 | In-Cell |
| Douglas P Johnson | 20190508253 | 6/29/2020 22:03 | In-Transit |
| Douglas P Johnson | 20190508253 | 6/29/2020 21:47 | In-Transit |
| Douglas P Johnson | 20190508253 | 6/29/2020 21:47 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/30/2020 21:46 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/30/2020 13:48 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/30/2020 13:48 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/30/2020 13:48 | In-Cell |
| Douglas P Johnson | 20190508253 | 3/13/2020 12:39 | DOCD8RCDCSP2 |
| Douglas P Johnson | 20190508253 | 3/13/2020 7:21 | In-Transit |
| Douglas P Johnson | 20190508253 | 3/13/2020 4:52 | In-Cell |
| Douglas P Johnson | 20190508253 | 1/30/2020 11:09 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 1/30/2020 8:08 | In-Transit |
| Douglas P Johnson | 20190508253 | 1/30/2020 5:42 | In-Cell |
| Douglas P Johnson | 20190508253 | 1/30/2020 5:20 | In-Transit |
| Douglas P Johnson | 20190508253 | 1/30/2020 4:37 | In-Cell |
| Douglas P Johnson | 20190508253 | 1/28/2020 13:19 | In-Transit |
| Douglas P Johnson | 20190508253 | 1/28/2020 7:58 | In-Cell |
| Douglas P Johnson | 20190508253 | 12/10/2019 7:00 | In-Cell |
| Douglas P Johnson | 20190508253 | 12/10/2019 7:00 | In-Transit |
| Douglas P Johnson | 20190508253 | 12/8/2019 21:59 | DOCCMKADMISSION |
| Douglas P Johnson | 20190508253 | 12/8/2019 9:31 | Stroger Hospital |
| Douglas P Johnson | 20190508253 | 12/7/2019 14:36 | In-Cell |
| Douglas P Johnson | 20190508253 | 11/20/2019 13:31 | DOCD10-INTAKE |
| Douglas P Johnson | 20190508253 | 11/20/2019 12:24 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 11/20/2019 8:13 | In-Transit |
| Douglas P Johnson | 20190508253 | 11/20/2019 7:02 | In-Cell |
| Douglas P Johnson | 20190508253 | 10/30/2019 13:55 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 10/30/2019 7:07 | In-Cell |
| Douglas P Johnson | 20190508253 | 10/30/2019 6:05 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/22/2019 13:16 | In-Transit |
| Douglas P Johnson | 20190508253 | 10/22/2019 8:31 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/24/2019 13:57 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 9/24/2019 7:04 | In-Cell |
| Douglas P Johnson | 20190508253 | 9/24/2019 6:27 | In-Transit |
| Douglas P Johnson | 20190508253 | 8/27/2019 12:12 | DOCD10-INTAKE |
| Douglas P Johnson | 20190508253 | 8/27/2019 11:01 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 8/27/2019 7:00 | In-Cell |
| Douglas P Johnson | 20190508253 | 8/27/2019 6:10 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/11/2019 12:04 | DOCD10-INTAKE |
| Douglas P Johnson | 20190508253 | 7/11/2019 11:55 | DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 7/11/2019 7:54 | In-Transit |
| Douglas P Johnson | 20190508253 | 7/11/2019 7:07 | In-Cell |

| Douglas P Johnson | 20190508253 | 6/19/2019 21:06 In-Transit |
| Douglas P Johnson | 20190508253 | 6/19/2019 8:33 In-Cell |
| Douglas P Johnson | 20190508253 | 6/5/2019 13:42 DOCD10-INTAKE |
| Douglas P Johnson | 20190508253 | 6/5/2019 11:14 DOCCCBRIDGESCNR |
| Douglas P Johnson | 20190508253 | 6/5/2019 7:08 In-Cell |
| Douglas P Johnson | 20190508253 | 6/5/2019 7:04 In-Transit |
| Douglas P Johnson | 20190508253 | 5/9/2019 4:52 DOCD10-INTAKE |
| Douglas P Johnson | 20190508253 | 5/9/2019 0:15 |

| To | Movement Reason | Movement Status |
|---|---|---|
| DOCD5INLCK | Additional Phone Time | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation - Professional | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Clinic | Pending |
| In-Cell | In Cell | Pending |
| Mount Sinai Hospital | Housing | Pending |
| In-Cell | In Cell | Pending |
| Mount Sinai Hospital | Housing | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Recreation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | DIV8 Transfer Out | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | In Cell | Pending |
| DOCCMKADMISSION | Cermak | Pending |
| Stroger Hospital | Housing | Pending |
| In-Transit | Cermak | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| DOCCMKADMISSION | Clinic | Pending |
| In-Transit | Fantus | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |

| | | |
|---|---|---|
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| DOCD4GYMCOURTS | Court Appearance | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | In Cell | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Recreation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | DIV08RTU Transfer Out | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Recreation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Fantus | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| DOCD4GYMCOURTS | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Clinic | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Recreation | Pending |
| In-Transit | Recreation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | In Cell | Pending |
| In-Cell | Additional Phone Time | Pending |
| In-Transit | Fantus | Pending |

| In-Cell | In Cell | Pending |
|---|---|---|
| In-Transit | Fantus | Pending |
| In-Transit | Fantus | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Cermak | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Visitation | Pending |
| In-Transit | Visitation | Pending |
| In-Cell | In Cell | Pending |
| In-Cell | Medical | Pending |
| In-Transit | Medical | Pending |
| In-Transit | In Cell | Pending |
| In-Cell | In Cell | Pending |
| DOCD8RCDCSP2 | Clinic | Pending |
| In-Transit | Clinic | Pending |
| In-Cell | In Cell | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | Court Appearance | Pending |
| In-Transit | In Cell | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Clinic | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Cell | In Cell | Pending |
| DOCCMKADMISSION | Clinic | Pending |
| Stroger Hospital | Housing | Pending |
| In-Cell | In Cell | Pending |
| DOCD10-INTAKE | Court Return | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Transit | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Clinic | Pending |
| In-Cell | In Cell | Pending |
| In-Transit | Court Appearance | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| DOCD10-INTAKE | Court Return | Pending |
| In-Transit | Court Appearance | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| DOCD10-INTAKE | Court Return | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Transit | Court Appearance | Pending |

| In-Cell | Clinic | Pending |
|---|---|---|
| In-Transit | Clinic | Pending |
| In-Cell | In Cell | Pending |
| DOCD10-INTAKE | Court Return | Pending |
| In-Transit | Court Appearance | Pending |
| DOCCCBRIDGESCNR | Court Appearance | Pending |
| In-Cell | In Cell | Pending |
| DOCD10-INTAKE | DIV10 Transfer In | Pending |