# EXHIBIT 5

inVize DA

Copyright ©2023 Exegetics, Inc.

Search | Help | Logout

| Cabinet: DISCIPLINARY REP( | CHARGE_CODE | DETAINEE_ID | DIVISION | LAST_NAME | FIRST_NAME | INFRACTION_DATE | HEARING_DATE | IR_Number | RECORD_ID | FBI# | SID# | INMATE# | VERDICT | INVALID | EXPIRED | DISCHARGED | SHIPPED | SEGDAYS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CHARGE_CODE: | 211 | 20190508253 | 08RTU | JOHNSON | DOUGLAS | 5/31/2020 | 6/2/2020 | 620715 | 534793 | | | 188863 | Guilty | | | | | 1 |

Page 1 of 1 - 1 record found

DETAINEE_ID:
20190508253

DIVISION:

LAST_NAME:

FIRST_NAME:

INFRACTION_DATE:

HEARING_DATE:

IR_Number:

RECORD_ID:

FBI#:

SID#:

INMATE#:

VERDICT:

INVALID:

EXPIRED:

DISCHARGED:

SHIPPED:

SEGDAYS:

➡ Search   ➡ Clear

# COOK COUNTY SHERIFF'S OFFICE (OFICINA DEL SHERIFF DEL CONDADO DE COOK)
## INMATE DISCIPLINARY REPORT (INFORME DISCIPLINARIO INTERNO)

| Disciplinary Report Delivered to Inmate by (Print Name): (Informe disciplinario entregado al recluso por:) | Star Number: (Numero de estrella) |
|---|---|
| Hughes, F | 16787 |

| Date Delivered: (fecha de entrega:) | Time Delivered: (Tiempo de entregar:) | Signature of Serving Staff Member: (Firma del miembro del personal que sirve:) |
|---|---|---|
| 5/31/2020 | 3:11:17 PM | /s/Hughes, F, Star #16787 |

FCN-85)(SEP 12)

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

PAGE 2 OF 2

BATES000153



# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY REPORT – FINDINGS OF FACT AND DECISION
*OFICINA DEL ALGUACIL DEL CONDADO DE Cook*
*INFORME DISCIPLINARIO INTERNO – CONCLUSIONES DE HECHO Y DE DECISIÓN*

### INMATE INFORMATION

| Inmate's Printed Name: | ID #: | Inmate's DOB: | Control Number: |
|---|---|---|---|
| JOHN DOUGLAS | 20140 60263 | | DN0302D 2020 |

Date of Hearing: June 12 2020

Inmate Requested Witnesses:
- Witness 1: ☐ Yes ☐ No — Living Unit:
- Witness 2: ☐ Yes ☐ No — Living Unit:

Inmate's Plea to Charge: ☐ Guilty ☐ Not Guilty ☑ Not Guilty

### WITNESS STATEMENT
NONE

### INMATE STATEMENT REGARDING INFRACTION
(illegible)

### ACTION BY DISCIPLINARY HEARING BOARD
Witness Signature: _____

☐ Guilty as Charged
☑ Not Guilty
☐ Invalid Report

It is the finding of the Disciplinary Hearing Board that (mark all that apply):
☐ 72 Hours Expired  ☐ 8 Days Expired  ☐ Other

### Disciplinary Hearing Board findings are based on the following:

### Inmate's Reply / Disciplinary Report
### NARRATIVE

CO11 VulVarino

DELIVERY OF FACT AND FINDINGS TO INMATE

Staff Signature: _____  Staff Name (Print): VulVarino  Date: June 12 2020

Disciplinary Hearing Board Member's Signature: _____

Date: _____ Time: _____ Division: _____ Living Unit: _____

The inmate will be provided with a copy of the Disciplinary Hearing Board's findings by: _____

WHITE – Disciplinary Hearing Board's copy
PINK – Inmate's copy after charging
YELLOW – Inmate's copy after hearing disposition

BATES000154

# COOK COUNTY SHERIFF'S OFFICE
## INMATE DISCIPLINARY REPORT
*(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*
*(INFORME DISCIPLINARIO INTERNO)*



RTU-267

| | |
|---|---|
| DIV08-2020-7070 | N/A |

| Inmate's Name (Print) / (Nombre del recluso (imprima)): | Inmate's DOB (Fecha de nacimiento): | Booking Number: | Division/Unit (División/unidad): | Inmate's Living Unit (Unidad de vida): |
|---|---|---|---|---|
| Douglas P Johnson | 7/20/1962 | 20190508253 | Division 8 RTU | In-Cell |

620715  302240X8  IL23292500  0188863

| ☐ VERBAL WARNING ☒ FORMAL CHARGE | NUMBER | Date of Infraction: | Time of Infraction: | Location of Infraction (lugar de la infracción): | Restitution Form Attached: ☐ YES ☒ NO |
|---|---|---|---|---|---|
| | 211 | 5/31/2020 | 11:57 AM | DIVISION 08 RTU | |

### CHARGE
Misuse of Medication

| | | | |
|---|---|---|---|
| ☐ Victim ☐ Witness ☐ Inmate ☐ Staff ☐ Other: _____ Participant | | | Kenneth N Carter |
| ☐ Victim ☐ Witness ☐ Inmate ☐ Staff ☐ Other: _____ Participant | ID #: | Star #: | Douglas P Johnson |
| ☐ Victim ☐ Witness ☐ Inmate ☐ Staff ☒ Other: _____ Participant | ID #: | Star #: | Burnell B Bush |
| ☐ Victim ☐ Witness ☐ Inmate ☐ Staff ☒ Other: _____ Participant | ID #: | Star #: | Charles A Davis |
| ☐ Victim ☐ Witness ☐ Inmate ☐ Staff ☐ Other: _____ | ID #: | Star #: | J Gust |

### NARRATIVE

On 31MAY20 at 11:57 Hrs., R/S Gust #3293 conducted a search on Tier 2G in Division 08 RTU. Detainee Johnson, Douglas #20190508253 (bunk # 9) had 5x Lidocaine (identified by Nurse Barajas) patches in his property which was identified by his mail.

*Attach photocopy of evidence*

| Inter-Agency Health Inquiry Submitted: ☐ YES ☒ NO | If YES, Date Submitted: | Assessment Completed: ☐ YES ☒ NO | If YES, where? ☐ DNA ☐ Medical Health ☐ Mental Health ☐ YES ☐ NO ☐ DNA | Assessment Received: ☐ YES ☐ NO ☐ DNA |
|---|---|---|---|---|
| Approved For Pre-Hearing Segregation: ☐ YES ☒ NO | | Was Verbal Warning Issued? If Yes, Were Privileges Restricted Type of Privilege and Duration of Restriction | | |
| If YES, Date/time | Location: | | | |

| Classification Unit Personnel (Print): | Title: | Star #: | Signature: | Date: |
|---|---|---|---|---|

| Reporting Personnel's Name (Print): | Star #: | Signature: | Date: |
|---|---|---|---|
| Gust, J | 3293 | /s/ Gust, J, Star # 3293 | 5/31/2020 2:54:16 PM |

| Reviewing Supervisor's Name (Print): | Star #: | Signature: | Date: |
|---|---|---|---|
| Soto, S | 686 | /s/ Soto, S, Star # 686 | 5/31/2020 4:30:24 PM |

| Watch Commander (Print): | Star #: | Signature: | Date: |
|---|---|---|---|
| Soto, S | 686 | /s/ Soto, S, Star # 686 | 5/31/2020 4:20:55 PM |

CN-85)(SEP 12)  Any information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO_DataRequest@cookcountyil.gov

BATES000155    PAGE 1 OF 2