THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Douglas Johnson, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Case No. 2022 cv 3718 |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation | ) ) ) ) ) ) | Judge Robert W. Gettleman |
| Defendants. | ) | |

### DEFENDANT OFFICER ANTWAUN BACON'S MOTION FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56

NOW COMES, Defendant OFFICER ANTWAUN BACON, by and through his Special Assistant State's Attorney's, Jason E. DeVore and Jorie R. Johnson, of DEVORE RADUNSKY LLC, to submit Defendant's Motion for Summary Judgment, Defendant's Local Rule 56.1(a)(2) Statement of Material Fact and Supporting Exhibits, and Defendant's Memorandum of Law in Support of his Motion for Summary Judgment.

        **Respectfully Submitted**,

        **EILEEN O'NEILL BURKE**
        **State's Attorney of Cook County**

By:    */s/ Jason E. DeVore*
        Jason E. DeVore
        Special Assistant States Attorney
        One of the Attorneys for Defendants

**DEVORE RADUNSKY LLC**
Jason E. DeVore (ARDC # 6242782)
Jorie R. Johnson (ARDC # 6325695)

230 W. Monroe St., Suite 230
Chicago, IL 60606
(312) 300-4479 telephone
jdevore@devoreradunsky.com
jjohnson@devoreradunsky.com

**CERTIFICATE OF SERVICE**

    I, Jorie R. Johnson, hereby certify that I have caused true and correct copies of the above and foregoing to be served on Plaintiff's counsel of record pursuant to ECF, in accordance with the rules of electronic filing of documents on this 12th day of June 2025.

                                                /s/ *Jorie R. Johnson*
                                                Jorie R. Johnson