Inmate Name: Johnson, Douglas P    Inmate #: 0188863    Booking #: 20190508253

Tuesday, August 23, 2022

11:47:48 AM

# COOK COUNTY SHERIFF'S OFFICE
## BOOKING CARD

Prisoner Type: Pre-Trial

| | | | | | |
|---|---|---|---|---|---|
| Bkg Date/Time: | 5/8/2019 6:16 PM | Hair Color: | Black | Citizen Of: | USA |
| Age: | 56 | Eye Color: | Brown | Birth Place: | USA |
| DOB: | 7/20/1962 | Height: | 5 ft 6 in | Religion: | Baptist - General |
| SSN #: | xxx-xx-6932 | Weight: | 163 | | |
| FBI #: | 302240X8 | Build: | Medium | | |
| SID #: | IL23292500 | Complex: | Dark Brown | Cell Location: | |
| IR #: | 620715 | | | | |

Arrest Address:

Home Address:              City:              State:         Zip:          Phone #:

Emergency Name: Odessa Johnson         Relationship:

| CCOMS Case | Type | Docket # | Current Bond | Last Court Date | Court ID |
|---|---|---|---|---|---|
| | | | | | |

**Johnson, Douglas P**

| Alias Full Name | Date of Birth | SSN | Associated Booking | Date | Alias Type |
|---|---|---|---|---|---|
| Johnson, Douglas P | 7/20/1962 | xxx-xx-6932 | 20220822117 | 8/22/2022 | |
| Johnson, Douglas P | 7/20/1962 | xxx-xx-6932 | 20190508253 | 5/8/2019 | |
| Johnson, Douglas P | 7/20/1962 | xxx-xx-6932 | 20170106170 | 1/6/2017 | |
| Johnson, Douglas P | 7/20/1962 | | 20090015410 | 10/8/2014 | |

Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only.
For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@ccsheriff.org