

Copyright ©2023 Exegetics, Inc.

**Cabinet:**
GRIEVANCE ∨

**Grievance Control Number:**

**Grievance Code - Issue:**

**Inmate Number:**

**Inmate Booking Number:**
2019-0508253

**Search**    **Clear**

| Grievance Control Number | Grievance Code - Issue | Inmate Number | Inmate Booking Number |
|---|---|---|---|
| 201907831 | 151 - Laundry Personal Items | 188863 | 2019-0508253 |
| 201909525 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 201909785 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 201912028 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 201913296 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 202003438 | 006 - Corona Virus Issue DOC | 188863 | 2019-0508253 |
| 202003761 | 200 - Medical Treatment | 188863 | 2019-0508253 |
| 202004399 | 330 - Security Procedures | 188863 | 2019-0508253 |
| 202004742 | 005 - Corona Virus Issue Cermak | 188863 | 2019-0508253 |
| 202004742 | 005 - Corona Virus Issue Cermak | 18863 | 2019-0508253 |
| 202005512 | 190 - Medical Prescription | 188863 | 2019-0508253 |
| 202008918 | 332 - Security Procedures Handcuffing Restraints | 188863 | 2019-0508253 |
| 202010131 | 040 - Commissarry Refund | 18863 | 2019-0508253 |
| 202100121 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202100993 | 040 - Commissarry Refund | 1888863 | 2019-0508253 |
| 202104275 | 040 - Commissarry Refund | 4188863 | 2019-0508253 |
| 202109590 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202111367 | 330 - Security Procedures | 188863 | 2019-0508253 |
| 202111618 | 006 - Corona Virus Issue DOC | 188863 | 2019-0508253 |
| 202112167 | 300 - Recreation | 188863 | 2019-0508253 |
| 202115626 | 040 - Commissarry Refund | 188863 | 2019-0508253 |
| 202115387 | 334 - Security Procedures Cell Search Shakedown | 188863 | 2019-0508253 |
| 202115601 | 190 - Medical Prescription | 188863 | 2019-0508253 |

Page 1 of 1 - 23 records found                                                    1

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency/Grievance
☒ Grievance
☐ Non-Compliant Grievance

☐ Emergency
☒ Grievance
☐ Non-Compliant Grievance

CONTROL #: 2019 N0N83
INMATE ID #: 0188663

PRINT - INMATE LAST NAME *(Apellido del Preso):* Johnson
PRINT - FIRST NAME *(Primer Nombre):* Douglas

DIVISION *(División):* Ten
LIVING UNIT *(Unidad):* 2A

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

INMATE BOOKING NUMBER *(# de Identificación del Preso):* 2019 0506253
DATE *(Fecha):* 7-29-19

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente):* 7-28-19
REQUIRED - TIME OF INCIDENT *(Horad del Incidente):* 1:00 pm
REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* Laundry Room

On 7-28-19 I was Laundry Day for 2A. Everyones items was on the list that had laundry. They pick it up and the next day the office came with the list and informed everyone that the laundry was distroied and it will all be replaced had on 2A only once 1 shirt and two commissary both towels. And on friday 7-26-19 I got my 1 shirt but the entire me two state towels instead of the towels I bought everything I bought for state not for it. I should get back everything I payed for.

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado):* workers

INMATE SIGNATURE *(Firma del Preso):* Douglas Johnson

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: Everyone on 2A think

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW ALL GRIEVANCES. A. USING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SENSITIVE NATURE, THE SUPERINTENDENT MUST INITIATE INDIVIDUAL ACTION.

COMPLIANCE COUNSELOR *(Print):*
SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):*

SIGNATURE:
SIGNATURE:

DATE CRW/PTO RECEIVED:
DATE REVIEWED:

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

(FCN-73)(NOV 17)   (WHITE COPY - INMATE SERVICES)   (YELLOW COPY - CRW/PLATOON COUNSELOR)   (PINK COPY - INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Johnson | Douglas | CONTROL NUMBER |

ID Number: 20190508863

CONTROL NUMBER: 2019 A

INMATE #: 2019050886 3

**DATE RECEIVED:** (Fecha en que la requesta fue recibida): 7/31/19

CRW/REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): CRW / 151 Laundry/personal items

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

IMMEDIATE CRW RESPONSE (if applicable):

GRIEVANCE ISSUE as DETERMINED BY CRW:

PERSONNEL RESPONDING TO GRIEVANCE (Print): SUPT WRISTH

These Items will be Replaced.

INMATE SIGNATURE (Firma del Preso):

SIGNATURE: [signature]

DN/DEPT.: Div 10

DATE: 8/27/19

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 8/28/19

**INMATE'S REQUEST FOR AN APPEAL / Solicitud de Apelación del Preso**

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
  (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.
  (De manera independiente del procedimiento del CCDOC y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** 10/1/19

INMATE SIGNATURE (Firma del Preso): [signature] Douglas Johnson

INMATE'S BASIS FOR AN APPEAL: (Base del preso para una apelación):

THese Items Will be Replaced.

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Aceptación del preso aceptada por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a)):

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la requesta fue recibida):

INMATE SIGNATURE (Firma del Preso):

(FCN-40B-1 (AUG 16)

(WHITE COPY - INMATE SERVICES)   (YELLOW COPY - C.R.W.)   (PINK COPY - INMATE)

BATES000077

**COOK COUNTY SHERIFF'S OFFICE**
(Oficina del Alguacil del Condado de Cook)
**INMATE GRIEVANCE FORM**
(Formulario de Queja del Preso)

CONTROL #: 2019X095251618886/03

INMATE ID #

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

THIS SECTION TO BE COMPLETED BY INMATE (ESTA SECCIÓN LA COMPLETARÁ EL PRESO)

☒ Cermak Health Services
☐ Superintendent:
☐ Other:

PRINT - INMATE LAST NAME (Apellido del Preso): Johnson
PRINT - FIRST NAME (Primer Nombre): Douglas
LIVING UNIT (Unidad): 2-A
DIVISION (División): Ten

INMATE BOOKING NUMBER (# de Identificación del Preso): 20150508255
DATE (Fecha): 9-6-19

DATE OF INCIDENT (Fecha del Incidente): 9-4-19
TIME OF INCIDENT (Hora del Incidente): 9:pm
SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): Div-10-2-A

**GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT**

**DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA**

on the above date and time I was made to move from
cell 2113 to cell 2109. I had a bottom bed and I told
P10 Ranger DAVIS this she informed me that she would
make sure I kept my bottom bed. I have a back con-
dition and am not able to walk. This I have
told the medical staff I am now having to go
up and down stairs causes me great pain

REQUIRED - NAME and/or IDENTIFIER(S) of ACCUSED (Nombre y/o Identificación del Acusado): classification

NAME(S) OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:

CRW/PLATOON COUNSELOR (Print): Donnelly
SIGNATURE:

"N-73)(NOV 17)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER** 2019
0505 0188

**INMATE #**

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Douglas

**ID Number** *(# de Identificación):* 2019 0505 08253

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE *(If applicable):* 190 medical Prescription a lower bunk script checked and inmate don't have

CRW-REFERRED THIS GRIEVANCE TO *( Example: Superintendent, Cermak Health Services ):* Cermak

PERSONNEL RESPONDING TO GRIEVANCE *(Print):* Susan Shebel

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Douglas were never ordered a/17 and return another bottom bunk DHSRF submitted to Julie's Sonora. he pt. Inmate Handbook medical should request per inmate Medical request process to justice referral form entry.

SIGNATURE: Susan Shebel RN

DIV./DEPT.:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* 9/23/19

DATE SIGNED: 9/19/19

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*
**THIS SECTION IS TO BE COMPLETED BY INMATE**

To exhaust administrative remedies, grievance appeals must be filed in all circumstances in order to exhaust administrative remedies. An appeal must be filed within 15 calendar days of the date the inmate received the response.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

INMATE'S BASIS FOR AN APPEAL:

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):*

Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.

*(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

---

### THIS SECTION IS TO BE COMPLETED BY INMATE

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Apelación del preso aceptado por el administrador o/su designado(a)?)*  Yes ☐  No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

**THIS SECTION IS TO BE COMPLETED BY INMATE**

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**INMATE SERVICES DIRECTOR/DESIGNEE'S** *(Administrador o/su Designado(a)):*

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):*

DATE *(Fecha):*

**INMATE SIGNATURE** *(Firma del Preso):*

**INMATE SIGNATURE** *(Firma del Preso):*

(FCN-40b) ( AUG 15)

(WHITE COPY – INMATE SERVICES)  (YELLOW COPY – C.R.W.)  (WHITE COPY – INMATE)

DATE: *(Fecha):*

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**CONTROL #:** 2019 X 09785 TO 1 888 02

**INMATE ID #:**

*THIS SECTION IS TO BE COMPLETED BY CCDOC / CCSPD / CERMAK HEALTH SERVICES STAFF ONLY*

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☑ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

*(Please refer to the Inmate Orientation Handbook for the definition of an "Inmate Services" or "Non-Compliant Grievance" request)*

**PRINT - INMATE LAST NAME** (Apellido del Preso):
Johnson

**PRINT - FIRST NAME** (Primer Nombre):
Douglas

**DIVISION** (División):
Ten

**LIVING UNIT** (Unidad):
2A

**INMATE BOOKING NUMBER** (# de Identificación del Preso):
2019 050 8253

**DATE** (Fecha):
9-11-19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody, or decisions of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you choose not to appeal the response within 15 calendar days.

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

*The grievance issue must not pertain to non-all related concerns such as credit for records, judicial matters, remedies that the court staff or outside hospitals, etc.*

### DIRECTRICES PARA AGRAVIOS / RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación de inmate as a security/risk o de protective custody, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso. O voyerismo. Si la queja incluyendo las acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y la apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y usted recibida no someter una apelación sobre la respuesta recibida dentro de los 15 días calendarios.

El asunto de la queja no puede contener lenguaje ofensivo o amenazante.

La solicitud de la queja no puede contener más de un asunto.

*El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.*

**REQUIRED - DATE OF INCIDENT**
(Fecha del Incidente): 9-4-19

**REQUIRED - TIME OF INCIDENT**
(Hora del Incidente): 8:00 PM

**REQUIRED - SPECIFIC LOCATION OF INCIDENT**
(Lugar Específico del Incidente): Medication

When it was time to Get PM Meds, The Nurse did not give me my Pain Medication for my Back I need surgery And I'm having problems getting my PM Medication, it also Hurt And they from weding Day to sunday And I'm still not getting no Pain Medication At Night I Cry out in two Yellow slip And no-one call me down to talk About it

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED**
(Nombre y/o Identificación del Acusado): Nurse

**INMATE SIGNATURE** (Firma del Preso):
[signature]

[stamp: 18 SEP 13]

### NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE ADEQUATE ACTION.**

**CRW/PLATOON COUNSELOR** (Print):
R. Taylor

**SIGNATURE:**
[signature]

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print):

**SIGNATURE:**
[signature]

**INMATE SIGNATURE** (Firma del Preso):
[signature]

**DATE CRW/PLATOON COUNSELOR RECEIVED:**
9/18/19

**CATEGORY/PLATOON COUNSELOR:**

**DATE REVIEWED:**

(FCN-73) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| | |
|---|---|
| INMATE LAST NAME *(Apellido del Preso)*: Johnson | INMATE FIRST NAME *(Primer Nombre)*: Douglas |
| CONTROL NUMBER #: 2019 Y | ID Number *(# de Identificación)*: 2019050 8253 | INMATE #: 2018862 |

GRIEVANCE ISSUE AS DETERMINED BY CRW/: **90 medical prescription**

CRW / REFERRED TO: ( *Example: Superintendent, Cermak Health Services* ): **Cermak**

IMMEDIATE CRW RESPONSE *(If applicable)*:

DATE REFERRED: 9.13.19

---

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Record reflects patient did not receive a dose 8/31 + 9/1. PRN meds
must be requested/prompted. Medications requested /
denied will often go to Queuing/Management.

PERSONNEL RESPONDING TO THE GRIEVANCE: (Print): **Susan Shebel**

SIGNATURE: *Susan Shebel*

DIV./DEPT.: **10**

DATE: 10/1/19

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 10.1.19

---

**INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso:)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

INMATE SIGNATURE *(Firma del Preso)*:

DATE OF INMATE'S REQUEST FOR AN APPEAL:

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**  Yes (Sí) ☐   No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a):)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*:

SIGNATURE *(Firma del Administrador o/su Designado(a))*:

DATE *(Fecha)*:

INMATE SERVICES DIRECTOR/DESIGNEE'S SIGNATURE:

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que se recibió)*

INMATE SIGNATURE *(Firma del Preso)*:

---

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW)   (PINK COPY – INMATE)

BATES000081

Case 1:20-cv-06519 Document #: 45-2 Filed: 05/12/25 Page 8 of 72 PageID #:561

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Non-Compliant Grievance

☑ CERMAK Health Services
☑ Superintendent: _____
☐ Other: _____

INMATE LAST NAME (Apellido del Preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Ten**

PRINT - FIRST NAME (Primer Nombre): **Douglas**

LIVING UNIT (Unidad): **2-A**

INMATE BOOKING NUMBER (# de identificación del detenido):
**2019 0508253**

DATE (Fecha): **11-13-19**

2019X10000188803

REQUIRED - DATE OF INCIDENT (Fecha del incidente): **11-3-19**

REQUIRED - TIME OR INCIDENT (Hora del incidente): **PM**

REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del incidente): **Medical Unit**

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o identificación del Acusado): **Doctor**

**Been Trying to see Get Medical service for My Back because I Need surgery since 6-11-19 I Have this in my Hand From My condition and Havn't Recieve Any Medical Treatment. Im in A lot of Pain And Not Getting Anything for it she take Recieved All Medical Records And still Not getting Any services Maybe I Need to take Action**

TIME: **AM 11:00**

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

(C-SDMNV 17)

INMATE SIGNATURE/SIGNATURA OF INMATE FILING THIS COMPLAINT:

INMATE SIGNATURE (Firma del Preso): _signature_

CRW/PLATOON COUNSELOR SIGNATURE: _signature_

DATE: 11/19/19



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**INMATE LAST NAME** (Apellido del Preso): Johnson

**FIRST NAME** (Primer Nombre): Douglas

**INMATE BOOKING NUMBER** (# de identificación del preso): 20190708083

**GRIEVANCE REFERRED TO** (Queja referida a): Cermak

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Medical / Treatment

**INMATE CRW RESPONSE** (if applicable):

**RESPONSE BY PERSONNEL HANDLING REFERRAL:**

Receiving on going care. Treatment of orders for managing pain, and management in place. You have been seen to primary care clinic and sick call clinics further

**DATE RESPONSE WAS RECEIVED** (Fecha en que la respuesta fue recibida):

**NAME OF CRW** (Nombre del CRW): Cermak

**PERSONNEL RESPONDING TO GRIEVANCE** (Print): Susan Shebel

**SIGNATURE** (Firma del Preso):

**DIV/DEPT.:**

**DATE:** 11/22/19

---

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):

**INMATE'S BASIS FOR AN APPEAL** (Base del preso para una apelación):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filled in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

Independent of the CCDOC procedure and after receiving an appeal decision. If you are dissatisfied with the outcome, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.

(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)

---

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Aceptación del preso aceptada por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**SIGNATURE** (Firma del Administrador o/su Designado(a)):

**DATE** (Fecha):

---

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a)):

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida):

---

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**SIGNATURE** (Firma del Administrador o/su Designado(a)):

**DATE** (Fecha):

**INMATE SIGNATURE** (Firma del Preso):

(FCN-40(b) ( AUG 16)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)

**COOK COUNTY SHERIFF'S OFFICE**
*(Oficina Del Alguacil del Condado de Cook)*

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER

INMATE #

ID Number *(# de Identificación):*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):*

INMATE FIRST NAME *(Primer Nombre):*

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE (if applicable):

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

DIV./DEPT.

DATE:

SIGNATURE:

PERSONNEL RESPONDING TO GRIEVANCE (Print):

DATE REFERRED:

DATE RESPONSE WAS RECEIVED: *(Fecha en que se respuesta fue recibida)*

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

INMATE SIGNATURE *(Firma del Preso):*

**INMATE'S REQUEST FOR AN APPEAL**

*THIS SECTION IS TO BE COMPLETED BY INMATE*
*(Solicitud de Apelación del Preso)*

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. *(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de la que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*
- Independent of the CCDOC procedure and after receiving an appeal decision, you must submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794. *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el resultado, debe enviar la queja de la apelación a Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**INMATE'S BASIS FOR AN APPEAL:** *(Base de presente para una apelación)*

This grate she knew by her condition since 1-11-19 she knows I need surgery on my back. I call to make sure she got my medical records last time I seen her was in september still no treatment. Just like my hand now the pain is going up to my Elbow no service.

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):* 11/1/19

INMATE SIGNATURE *(Firma del Preso):*

**THIS SECTION IS TO BE COMPLETED BY INMATE**

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a))* Yes *(Sí)* ☐ No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

Was reassessed for medical provider 11/08/19
management, was adjusted according to pain level referral to neurosurgery was acknowledged.

SIGNATURE *(Firma del Administrador o/su Designado(a)):*

DATE *(Fecha):* 12/04/19

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

INMATE SIGNATURE *(Firma del Preso):*

DATE *(Fecha):* 12/04/19

Inmate Serv. Copy

(FCN-40D) L (AUG 16)

[WHITE COPY – INMATE SERVICES]     [YELLOW COPY – C.R.W.]     DATE *(PRINT COPY – INMATE)*



# COOK COUNTY SHERIFF'S OFFICE
### (Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE FORM
### (Formulario de Queja del Preso)

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☐ eTerak Health Services
☐ Superintendent:
☐ Other:

CONTROL # 2019132996   01888 62

PRINT - INMATE LAST NAME *(Apellido del Preso)*: Douglas Johnson
Inmate #: 01888 63
PRINT - FIRST NAME *(Primer Nombre)*: Douglas

CODE: 200

DIVISION *(División)*: 8 RTU 3
LIVING UNIT *(Unidad)*: 3-H
DATE *(Fecha)*: 12-18-19

INMATE BOOKING NUMBER: *(# de Identificación del Preso)*: 2019050 8253
INMATE/DOB *(Fecha del Preso)*: 12-18-19

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.

The grievance has occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism, in time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a report of sexual assault, sexual abuse or voyeurism, or an appeal that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grievance form must not contain more than one issue.
The grievance form must not contain offensive or harassing language.
The grievance form must not pertain to non-jail related concerns such as interstate transfers, transfers to a different facility, etc.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

REQUIRED - DATE OF INCIDENT *(Fecha del Incidente)*: 12-7-19

REQUIRED - TIME OF INCIDENT *(Hora del Incidente)*: 5:30 AM

REQUIRED - SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente)*: Div 10 8H Cell 10

NAME OR IDENTIFIERS) HAVING INFORMATION REGARDING THIS COMPLAINT *(Nombre y/o personas que tengan información)*:
On 12-7-19 At 5:30 AM in my sleep, I got up to take a piss And when I stood up My legs civil Ps And I fell Down And I couldn't help my self Legs, My cellmate call The officer And Medi cal Humble on And He seed I had to wait Until I first stafft That to Lay there for About 2 Hrs And End up going to The Hospital. This is what happen Because I haan't Recive Any Med cal treatment for my Back since I inform the Doctor on 12-11-19 Cell mate terri laboret

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado)*: Medi cal

INMATE SIGNATURE *(Firma del Preso)*: Douglas Johnson

DEC 11 2019

NAME/PRINTED *(Nombre del personal que procesa que tengan información)*:
CRW/PLATOON COUNSELOR (Print): W. Scales
SIGNATURE: W. Scales
DATE/CRW/PLATOON COUNSELOR RECEIVED: 12/16/19

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): W. Scales
SIGNATURE: W. Scales
DATE/REVIEWED: 12/16/19



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): John son

INMATE FIRST NAME (Primer Nombre): Douglas

IDOC # /Booking #: 2019 0808353

CERMAK #: 10108863

IMMEDIATE CRW RESPONSE (If applicable):

GRIEVANCE ISSUE AS DETERMINED BY CRW: 200 - Medical Treatment

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Cermak Health Services

PERSONNEL RESPONDING TO GRIEVANCE (Print): Susan Shebel

SIGNATURE: Susan Shebel

DIV/DEPT.: 61 330

DATE: 12/17/19

DATE REFERRED: 12/17/19

RESPONSE BY PERSONNEL HANDLING REFERRAL:

Person unfilled your have been receiving on going case management in place.

INMATE SIGNATURE (Firma del Preso): Douglas Johnson

INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso).

I HEREBY REQUEST MEDICATION I HAVE RECEIVED that it was in INGLY After going to the Hospital and as of Now I'm still Not getting a MEDICAL TREATMENT And Not getting RIGHT to care standards were met, Receiving no proper care by medical personnel feel I Am no suing.

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso). 1/6/20

To exhaust administrative remedies, grievance appeal must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 1/6/20

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL:
(Apelación del preso aceptado por el administrador o/su designado(a))

ADMINISTRATOR/DESIGNEE'S DECISION or RECOMMENDATION (Decisión o recomendación de parte del administrador o/su designado(a)):

Was appeal response was granted?  Yes ☐   No ☒

SIGNATURE (Firma del Administrador o/su Designado(a)): DATE (Fecha):

INMATE SERVICES DIRECTOR o/DESIGNEE (Administrador o/su Designado(a))

DATE APPEAL RESPONSE WAS RECEIVED (Fecha de respuesta de apelación recibida): 1/6/20

INMATE SIGNATURE (Firma del Preso): Douglas Johnson

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000086



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**CONTROL #** 20K03438   0188863

**INMATE ID #**

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY!**
*( ¡Para ser llenado solo por el personal de Inmate Services !)*

☐ Cermak Health Services
☐ Superintendent:
☒ Other: DOC ADMIN - 18

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Johnson

**PRINT - FIRST NAME** *(Primer Nombre):* Douglas

**INMATE BOOKING NUMBER** *(# de Identificación del Preso):* 2019 0508257

**DIVISION** *(División):* ERTU

**LIVING UNIT** *(Unidad):* 34

**DATE** *(Fecha):* 3-25-26

**DATE OF INCIDENT**
*(Fecha del Incidente):* 3-25-26

**TIME OF INCIDENT**
*(Hora del Incidente):* 10:00 Am Ish

**SPECIFIC LOCATION OF INCIDENT**
*(Lugar Específico del Incidente):* Living Unit - 34

### Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary/hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not contain offensive or harassing language.
The grievance form must not contain more than one issue.
The grievance issue must not pertain to non-grievable matters such as with a security, judicial matters, remedies at court or health hospitals, etc.

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que se trate de acoso sexual, sexual hostigamiento, sexual abuso o voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un trabajador de Rehabilitación Correccional.
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja recibida y la cual ya le recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibió ya la cual ya ha recibo una respuesta y usted recibida su decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de en hospitales periféricos, etc.

On 3-25-20 Sgt Hicks Came in Living unit 34 To inform
Everyone about What's going an Concerning the Viraws,
Staff Test Positive For The viRaws And Also some New
InMates Tested Positive, And They Are Not Taking SAFTY
Meshearments in Keeping us safe it is impossible To stay
six feet Away from EACH other And we Have Ive MASK To
Protect us from Anything Thats Conraging it. so we Are All
Concern About our Health They Act Like we Have it

**REQUIRED - NAME and/or IDENTIFIER(S) of ACCUSED**
*(Nombre y/o Identificación del Acusado):* Sgt Hicks

**INMATE SIGNATURE:** *(Firma del Preso):* Douglas Johnson

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):* Inmates Everyone

**SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**NAME OF STAFF** *(Print):* E. Hamilton

**SIGNATURE** *(Firma del Empleado):*

**DATE** *(Fecha):* 4-20-20

**CRW/PLATOON COUNSELOR** *(Print):*

**SIGNATURE:**

**DATE** *(Fecha):* 4-7-20

**DATE CRW/PLATOON COUNSELOR RECEIVED:**

**(FCN-73)(NOV 17)**     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – CRW/PLATOON COUNSELOR)(PINK COPY – INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER**

2020X
034138 0188863

**INMATE #**

**TO BE COMPLETED BY INMATE**

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME *(Apellido del Preso):* Ramsey

INMATE FIRST NAME *(Primer Nombre):* Douglas

ID Number *(# de Identificación):* 20190508853

INMATE GRIEVANCE RESPONSE/APPEAL FORM

IMMEDIATE CRW RESPONSE *(if applicable):* DOC-CY Issue DOC

CRW/REFERRED THIS GRIEVANCE TO *( Example: Superintendent, Cermak Health Services ):*

DOC AD MIN - 18

all aprowed the one one annex record

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE *(Print):* Doll Vis Couls D Dol Cms

SIGNATURE

DIV/DEPT 08/RTC

DATE 4/18/20

DATE RESPONSE WAS RECEIVED: *(fecha en que la respuesta fue recibida)* 4/30/20

DATE REFERRED: 4/18/20

**THIS SECTION IS TO BE COMPLETED BY INMATE**

## INMATE'S REQUEST FOR AN APPEAL

INMATE SIGNATURE *(Firma del Preso):*

DATE OF INMATE'S REQUEST FOR AN APPEAL:

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?

*(Apelación del preso aceptada por el administrador o/su designado(a)?)*  Yes *(Si)* ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
*(Decisión o recomendación por parte del administrador o/su designado(a):)*

SIGNATURE *(Firma del Administrador o/su Designado(a):)*

DATE *(Fecha):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a)):*

INMATE SIGNATURE *(Firma del Preso):*

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000088

BATES000088

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

‼ THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ‼
(¡Para ser llenado sólo por el personal de Servicios de Inmate Services!)

| CONTROL # | INMATE ID # |
|---|---|
| 2020 3761 | 01 88863 |

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☒ CermakHealthServices
☐ Superintendent:
☐ Other: _____

PRINT - INMATE LAST NAME (Apellido del preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Douglas**

INMATE BOOKING NUMBER (Residente/Cárcel del preso): **2019050825 8**

DIVISION (División): **SRTU**

LIVING UNIT (Unidad): **200**

**SRTU** — **3H**

DATE (Fecha): **4-7-20**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decision of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism no time limit applies. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain more than one issue.
The grievance form must not contain harassing language.
The grievance issue must not pertain to an on-call related concern such as with arresting agencies, judicial matters or medical staff at outlying hospitals, etc.

REQUIRED -
DATE OF INCIDENT
(Fecha del incidente): **The Past 30 Days**

REQUIRED -
TIME OF INCIDENT
(Hora del incidente): **Am an P.m**

REQUIRED -
SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente): **House Butt**

The Past 30 Days Am An P.M Am An P.m Nurse We are Not Getting Any HEALTH Care Services. It Been 30 Days Since We Been Seen By A Doctor. can't Get Any Informations from The Nurse. We are still HAVE MEDical problems. We HAVE MEDication that Expired AND NEED Then ReFilled. I'm IN A Lot of Pain IN My BACK AND I NEED SurGery. I HAD Three Appointments ReSchedule AND I HAVN'T Seen Anyone This Unit Deliberent care About Anyone DON'T (KNOW) What Kind of MEDical staff This is

20 APR 23 AM 10:03

REQUIRED -
NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado): **AM An P.m NUrSe**

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todos los criterios detallados más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de los siguientes temas, asuntos no considerados en quejas formales: Clasificación del preso incluyendo designación del preso. Tal como el riesgo de seguridad o la custodia protectora del preso, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo limite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted recibida un respuesta y usted escogió no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante
El asunto de la queja no puede ser no relacionadas con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados de las oficinas de hospitales periféricos, etc.

INMATE SIGNATURE: (Firma del Preso): **Douglas Johnson**

FCN-731(NOV 17)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre de personas o agentes que tengan información acerca de esta queja.)

**Livingstion SH**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): **Williams**

SIGNATURE:

DATE (Fecha):

DATE GRIEVANCE RECEIVED: **4.16.20**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): **Williams**

SIGNATURE:

DATE REVIEWED: **4.16.20**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| | | |
|---|---|---|
| **INMATE LAST NAME** (Apellido Del Preso): Johnson | **INMATE FIRST NAME** (Primer Nombre): Douglas | **CONTROL NUMBER**: 2020037161 |
| **ID Number** (# de Identificació): 2019050 88253 | | **INMATE #**: 0188863 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 900 - Medical Treatment

**IMMEDIATE CRW RESPONSE** (if applicable):

**IMMEDIATE CRW RESPONSE TO GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): Cermak

**DATE REFERRED:** 4/22/20

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

1 of 3

Mr. Johnson, you have remained at the same housing since December 2019. Your medications have been administered to you as ordered by nursing services. You did not have to request any refills. Pain

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Anne Diseñor

**SIGNATURE:** [signature]

**DN/DEPT.**: 

**DATE:** 04/03/20



**INMATE SIGNATURE** (Firma del Preso): [signature] MW Vet Covid 19 Res Cm

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

**DATE RESPONSE WAS RECEIVED:** 5/7/20

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

20 APR 23 AM 10: 03

**INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso)

Yes (Sí) ☐    No ☐

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptada por el administrador o/su designado(a)):

**SIGNATURE** (Firma del Administrador o/su Designado(a)):

**DATE** (Fecha):

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida)

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION** (Decisión o recomendación por parte del administrador o/su designado(a)):

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION** (Decisión o recomendación...):

**INMATE SIGNATURE** (Firma del Preso):

(FCN-72) (NOV 17)

**(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – C.R.W.)**    **(PINK COPY – INMATE)**

BATES000091



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

CONTROL NUMBER: 2012 03761 018882

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME *(Apellido del Preso):* | INMATE FIRST NAME *(Primer Nombre):* | ID Number *(# de Identificación):* |
|---|---|---|
| Johnson | Douglas | |

INMATE # 018882

DATE REFERRED: 04.00.20

GRIEVANCE ISSUE AS DETERMINED BY CRW:

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Cermak H

IMMEDIATE CRW RESPONSE (If applicable):

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Div/Liv: 2 0/3

Management has been in place. Nursing services at your location are available 24/7. You have been seen by doctors as scheduled. You have up-coming Primary care appointment neurosurgery —

PERSONNEL RESPONDING TO GRIEVANCE (Print): Anna Junior

SIGNATURE: Anna Junior

DATE: 04.23.20

**INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso.)*

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)* 5.7.20

INMATE SIGNATURE *(Firma del Preso):*

Will OA Couz la Boz a

DATE OF INMATE'S REQUEST FOR AN APPEAL:

**INMATE'S REQUEST FOR AN APPEAL** */ Solicitud de Apelacion del Preso/*

2020 MAY -7 AM 10:05

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**   Yes *(Sí)* ☐   No ☐
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

ADMINISTRATOR/DESIGNEE/ *(Administrador o/su Designado(a)):*

SIGNATURE: *(firma del Administrador o/su designado(a)):*

DATE: *(Fecha):*

INMATE SERVICES DIRECTOR/DESIGNEE SIGNATURE *(Firma del Presa):*

INMATE SIGNATURE *(Firma del Preso):*

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

BATES000092



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

**CONTROL NUMBER:** 02761

**INMATE #:** 0188863

| INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY | |
|---|---|
| **INMATE LAST NAME** *(Apellido del Preso)*: Johnson | **INMATE FIRST NAME** *(Primer Nombre)*: Douglas |
| **ID Number** *(# de Identificación)*: 2019 05 08 203 | |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 200

**IMMEDIATE CRW RESPONSE (if applicable):** 200

**CRW/REFERRED THIS GRIEVANCE TO** [ *Example: Superintendent, Cermak Health Services* ]: Cermak

---

### RESPONSE BY PERSONNEL HANDLING REFERRAL

appointment MRI was already done on 03.30.20 +
provider reviewed results & your records from UIC.
you have been closely monitored. Your vitals signs have
been stable. I hope you will get better soon.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Cermak

**SIGNATURE:** [signature]

**DR/DEPT.:** 3 of 3

**DATE REFERRED:** 04/02/20

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida):* 5/7/20

**DATE:** 04/02/20

---

### INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso.)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE SIGNATURE** *(Firma del Preso)*: Johnson

**DATE OF INMATE'S REQUEST FOR AN APPEAL:**

---

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*   Yes (Sí) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

**SIGNATURE** *(Firma del Administrador o/su Designado(a))*:

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que se recibió la respuesta.):*

**DATE** *(Fecha)*:

---

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a))*:

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

**INMATE SIGNATURE** *(Firma del Preso)*:

**SIGNATURE** *(Firma del Administrador o/su Designado(a))*:

**DATE** *(Fecha)*:

---

(FCN-72) (NOV 17)

**(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – C.R.W.)**   **(PINK COPY – INMATE)**

BATES000093



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Douglas

**ID Number** *(# de Identificación):* 2019 05 05 23

**CONTROL NUMBER / INMATE #:** 2020 01 83863

03761

**CRW / REFERRED THIS GRIEVANCE TO** *( Example: Superintendent, Cermak Health Services ):*

**IMMEDIATE CRW RESPONSE (if applicable):** 200

**DATE REFERRED:** 04/04/20

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

your MRI was already done on 03.30.20
appointment provider reviewed results, your records from UIC
have been closely monitored. Steady vital signs have
been stable. I hope you will get better soon.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Haris Ahmer

**SIGNATURE:**

**DIV/DEPT.:** 3 of 3

**DATE:** 04/04/20

**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibido):* 5 7 20

**INMATE SIGNATURE** *(Firma del preso):* Delli Ule COVID 19 Via Copy

---

**INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):* 5-18-20

I DISAGREE BECAUSE The MRI I had Done was My Prostate And I HAVEN'T Had Any Treatment for My BACK Went to Strong tie to see the Pain Doctor another 3 hours just for the Doctor To CALL the officer AND Tell him That she was not Going To see me At To her HAS All Paper work

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de los quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE SIGNATURE** *(Firma del preso):* Delli Ule COVID 19 Via Copy

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*  Yes (Sí) ☐  No ☑

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte el administrador o/su designado(a).)*

Response Granted

**DATE APPEAL RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibido):* 05/13/2020

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):* 05/18/20

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* Kelli enriello

**INMATE SIGNATURE** *(Firma del preso):* Kelli enriello

**Deliv Via COVID19**

**Inmate Serv. Copy**

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY
*(Para ser "llenada" sólo por el personal del Servicio para Presos)*

| CONTROL # | | |
|---|---|---|
| | | |

**INMATE BOOKING NUMBER** *(# de identificación del Preso)*: **2019050053**

**INMATE ID #**: **0188663**

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☐ Emergency Review Medical
☐ Criminal Activity
☐ PREA

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: **Johnson**

**PRINT - FIRST NAME** *(Primer Nombre)*: **Douglas**

**DIVISION** *(División)*: **8 RTU**

**LIVING UNIT** *(Unidad)*: **4 G**

☐ Mental Health Services
☒ Superintendent:
☐ Other:

**DATE/BOOKING NUMBER** *(# de identificación del Preso)*: **2019050053**

**DATE** *(Fecha)*: **4-24-20**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust all remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the Inmate disciplinary hearings officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism, in which case no time limit exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue is not a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grieved issue must not contain offensive or harassing language.

The grieved issue must not contain more than one issue.

*(This release issue must not go on a "Filled release" form on "release" form, etc.)*

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable con un CRW (Correctional Rehabilitation Correccional.)

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja anteriormente recibida y la cual ya ha recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted no somete una apelación sobre la decisión dada en

El asunto de la queja no puede contener lenguaje ofensivo o amenazante

La solicitud de la queja no puede contener más de un asunto.

La solicitud de la queja no puede corresponder a asunto no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**DATE OF INCIDENT** *(Fecha del incidente)*: **4-17-20**

**TIME OF INCIDENT** *(Hora del incidente)*: **8:00 PM**

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente)*: **8 H Rogers Dorm**

I was taken from my living Unit Friday At 8:00 PM And put in segregation Because A Correct Doctor say I Need to be Tested told her that there was nothing Wrong with me, He sent me to cermac Hospital for five Days. And Now they got me some where Els were there Are 23 other inmates And in D-Disk Corp Meeting my life This is Not right And I Am Every Concern About my Health And my life inmates Are Dieing!!!

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o identificación del Acusado)*: **Everyone on 4G**

**INMATE SIGNATURE** *(Firma del Preso)*: Rogers Staff / Douglas Johnson

| | |
|---|---|
| **PRINT - INMATE LAST NAME** | **PRINT - FIRST NAME** |

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información.)*

| CRW/PLATOON COUNSELOR *(Print)*: | SIGNATURE: | DATE/CRW/PLATOON COUNSELOR RECEIVED: |
|---|---|---|
| | | 05-01-20 |
| **SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print)*: | SIGNATURE: | DATE REVIEWED: |
| | | 05-8-20 |

**REQUIRED - DATE OF INCIDENT** *(Fecha del incidente)*: 4-17-20

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES. A "GOING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

**CONTROL NUMBER:** 01846 3

**INMATE #:** 2019 0508253

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** (Apellido del Preso): Johnson

**INMATE FIRST NAME** (Primer Nombre): Douglas

**ID Number** (#de Identificación): 2019 0508253

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**

**INMATE GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330 - Security Procedures

**IMMEDIATE CRW RESPONSE** (If applicable):

**CRW/REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): 88 RU 3V0/

**DATE REFERRED:** 05, 06, 20

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Inmate promodures are in effect while at it while at it until it [illegible]

**PERSONNEL RESPONDING TO GRIEVANCE** (Print): H. M.

**SIGNATURE:** H. M.

**DIV./DEPT.:** 05 / WD

**DATE:** 5, 8, 20

**INMATE SIGNATURE** (Firma del Preso): Dgn. Via COVID 19 Pro Chns.

Dgn. via COVID 19 Pro. Chns.

**DATE RESPONSE WAS RECEIVED:** (Fecha en que fue recibida): 5, 18, 2020

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** (Fecha de la solicitud de la apelación del preso):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**INMATE SERVICES REFERRED GRIEVANCE APPEAL TO:**

**INMATE SERVICES DIRECTOR/DESIGNEE DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a)):

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?    Yes (Sí) ☐    No ☐
(Apelación del preso aceptada por el administrador o/su designado(a)?)

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida)

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**SIGNATURE** (Firma del Administrador o/su Designado(a)):

**DATE** (Fecha):

**INMATE SIGNATURE** (Firma del Preso):

**(FCN-72) (NOV 17)**

**(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – C.R.W.)**    **(PINK COPY – INMATE)**

BATES000096



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Aguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☑ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☑ Cermak Health Services
☑ Superintendent:
☐ Other:

CONTROL # 2000043 04 / 018 86 3

PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson**
PRINT - FIRST NAME (Primer Nombre): **Douglas**

DIVISION (División): **6RTU**
LIVING UNIT (Unidad): **4G**

INMATE BOOKING NUMBER (# de Identificación del Preso): **20190500859**

DATE (Fecha): **4-24-20**

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

REQUIRED - DATE OF INCIDENT (Fecha del incidente): **4-17-20**
REQUIRED - TIME OF INCIDENT (Hora del incidente): **8:00 PM**
REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del incidente): **my cell**

I was taken from my living unit friday at 8:00 pm and put in isolation because a corona doctors say I need to be tested. I told her that there was nothing wrong with me. He sent me to cermak hospital for five days, And now they got me somewhere Else were there are 25 other inmates and Endangering my life this is not Right And I am every concern about my health And my life. inmates Are dieing!!!

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o identificación del Acusado): **Everyone on 4G Movers Staff**

INMATE SIGNATURE (Firma del Preso): **Douglas Johnson**
DATE REVIEWD: **05-01-20**

SIGNATURE: **[signature]** DATE/FECHA: **4-29-20**

NAME OF STAFF FORM INMATE IS HAVING/OR INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal / preso que tenga/en la información):

CRW/PLATOON COUNSELOR (Print): **[signature]**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

(FCN-73)(NOV 17)

(WHITE COPY - INMATE SERVICES) (YELLOW COPY - CRW/PLATOON COUNSELOR) (PINK COPY - INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso / Apelación)*

| INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICE'S PERSONNEL ONLY | | |
|---|---|---|
| INMATE LAST NAME: *(Apellido del Preso)*: Johnson | INMATE FIRST NAME: *(Primer Nombre)*: Douglas | ID Number *(# de Identificación)*: 04399 |
| | | CR# *(# de Reclamo)*: 2019 0508253 |
| GRIEVANCE ISSUE AS DETERMINED BY CRW: *(Reclamo)*: 330-Sewin & Procedures | | 01886C3 |

NAME OF THE CRW RESPONSE: *(If applicable)*:

CRW/ REFERRED THIS GRIEVANCE TO *(Example: Superintendent, Cermak Health Services )*:

PERSONNEL RESPONDING TO GRIEVANCE *(Print)*: Ofvila DY

| RESPONSE BY PERSONNEL HANDLING REFERRAL | |
|---|---|
| INMATE SIGNATURE *(Firma del Preso)*: Hb | SIGNATURE: Hb |
| DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso.)* | DN/DEPT: DY/MQ DATE: 5,18,2020 |

Dellv. via Covid 19 Pro Chns.

Genuta from address are very followed as it noted as it Noted 88

| DATE REFERRED: 05,06,20 |
| DATE RESPONSE WAS RECEIVED: *(Fecha en que el respuesta fue recibida.)* 5,18,2020 |

INMATE'S REQUEST FOR AN APPEAL

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben recibir en el plazo de 15 días después de que el inmato haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

INMATE SIGNATURE *(Firma del Preso)*:

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? *(Apelación del preso aceptada por el administrador o/su Designado(a)?)*  Yes (Sí) ☐  No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o/su designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a))*:

SIGNATURE *(Firma del Administrador o/su Designado(a))*:

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que se respuesta fue recibida)*:

DATE *(Fecha)*:

INMATE SIGNATURE *(Firma del Preso)*:

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000098



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

CONTROL NUMBER: 041399 01 886 3

INMATE #: BOOX

INMATE LAST NAME (Apellido del Preso): Dawson

INMATE FIRST NAME (Primer Nombre): Nicolas

ID Number (# de Identificación): 2019050852 3

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):

RESPONSE BY PERSONNEL HANDLING REFERRAL

GRIEVANCE ISSUE AS DETERMINED BY CRW: 330-Security Procedures

IMMEDIATE CRW RESPONSE (if applicable):

DATE RESPONSE WAS RECEIVED: (fechan que la respuesta fue recibida) 5/18/2020

DIV/DEPT: 11 /170/ 5/8/20

DATE REFERRED: 05/06/2

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DATE:

INMATE SIGNATURE (Firma del Preso): Nov. VIO 06/01/19 Pro. Chris

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso)

I DiSAGree Because I fine You need To write cheat suit I could be unDerstanD ResPonce E I was on 3 4 the unit was on the they brot in 3 new inmates All 9 were sic AnD That mape everyone sick the whole thing was Handle Terrible

### INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION REGARDING APPEAL:

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su designado(a)?)    Yes (Sí) ☐   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a):)

ORIGINAL RESPONSE STANDS

INMATE SERVICES DIRECTOR/DESIGNEE (Print/(Imprima)): ROCCO

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 5/21/20

INMATE SIGNATURE (Firma del Preso): Dell UVA Davis 19 Rhon Co

INMATE SERVICES DIRECTOR/DESIGNEE (Print/(Imprima)): ROCCO

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (recibió) 5, 28, 20

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES 000699

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☑ Cermak Health Services
☐ Superintendent:
☐ Other:

CONTROL #: 2022 04742 018 8863

PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Douglas**

INMATE BOOKING NUMBER (#Identificación del Preso): 2019 0508853

DATE (Fecha): 4-09-17

DIVISION (División): **RTU**

LIVING UNIT (Unidad): **4G**

**SECTION # ___**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

PRINT - INMATE LAST NAME / DATE OF INCIDENT
DATE OF INCIDENT (Fecha del incidente): **4-17-20**

TIME OF INCIDENT (Hora del incidente): **8:1 P M**

SPECIFIC LOCATION OF INCIDENT (Lugar Específico del incidente): **DOWN The HAll 3 E Icelation**

**I WAS HospitALize to cermac 3 south Because The Doctor said say That I Tested Positive for CoviD 19 I WAS There 5 Days Then They Took me to 4G Were EVERYONE IS Postive for CoviD 19 The county JAil HAD NO Right to Put me Here for this Problem We HAD NO MASK or SANiTizer for 2 weeks From March To 3 weeks in ApRil NO one seen A Doctor During That Time I Have Other Health Problems AND I feel That My Health No one is Lestning US AND I feel That my Life is in DANGer EVER one on 4G All INmates**

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificador(es) del Acusado): **COVID - 19**

INMATE SIGNATURE, if (#made(Preso):

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED: **Nurse Doctor**

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THE COMPLAINT: **Everyone on 4G All INmates**

NAME OF STAFF (Print): **Swn Lfworth**
SIGNATURE: **i-Bill**
INMATE SIGNATURE (Print): **Douglas Johnson**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

CRW/PLATOON COUNSELOR (Print): **Swn LfworH**
SIGNATURE: **i-Bill**
DATE CRW/PLATOON COUNSELOR RECEIVED: **5-4-20**
DATE REVIEWED: **5-4-20**

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR COPY)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Douglas

**ID Number** *(# de Identificación):* 2019 0808853

**CONTROL NUMBER** *(# de Control):* 2020XNJ742 018 8863

**INMATE #**

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** CCDS - C.V. Issue Cermak

**INMATE/DATE CRW RESPONSE** *(Si aplicable):* Crw Notified Immediately Notified DisPensary Division

**CRW/ REFERRED THIS GRIEVANCE TO:** Dispensary, Inmate advise to work Regarding Lividindum on a separate Cermak Health Services I:

**DATE REFERRED:** 5/12/2020

**PERSONNEL RESPONDING TO GRIEVANCE** *(Print):* Susan Shebel

**SIGNATURE:** Susan Shebel

**DIV./DEPT.:**

**DATE:** 5/22/20

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Cermak Provided medical services to the patient, the medical care you have been provided were appropriate, Cermak does not schedule Hearing concerns

**INMATE'S SIGNATURE** *(Firma del Preso):* Dw. Vid COVID 19 - Poz. Chng.

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida):* 6/7/2020

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso):*

Dw. Vid COVID 19 - Poz. Chng.

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todas las casos a fin de agotar los recursos administrativos.)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Apelación del preso aceptada por el administrador a/su designado(a)?)*

Yes *(Sí)* ☐   No ☐

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a))*

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**INMATE SIGNATURE** *(Firma del Preso):*

**(FCN-72) (NOV 17)**

**(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY –** C.R.W.)   **(PINK COPY – INMATE)**

BATES0000101



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

- ☑ EMERGENCY Grievance
- ☐ Grievance
- ☐ Non-Compliant Grievance

CONTROL #: **2020X 04742** | 0188863

- ☑ Cermak Health Services
- ☐ Superintendent:
- ☐ Other: ____

**PRINT – INMATE LAST NAME** *(Apellido del Preso):* JOHNSON

**PRINT – FIRST NAME** *(Primer Nombre):* Douglas

**INMATE BOOKING/MED NUMBER** *(# de identificación del Preso):* 20190568853

DIVISION *(División):* 8 RTU

LIVING UNIT *(Unidad):* 4 G

INMATE ROOM/MED NUMBER *(# de identificación del Preso):* 2020X 04742 | 0188863

DATE *(Fecha):* 4-19-17

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**DATE OF INCIDENT:** *(Fecha del Incidente):* 4-19-20

**TIME OF INCIDENT** *(Hora del Incidente):* 8:12 PM

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* DOWN THE HALL 3 F

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
EVERY one on 4G ALL INMATES

I WAS HOSPITALIZE to Cermak 3 South Because The Doctor
said That I tested Positive for Covid 19 Then I was Thats how
Then They took me to on 4G were EVERY oneis Postive for COVID 19
The county Jail had encorite me to RePATe for this Problem
we had no mask or sanitizer for 3 weeks from AbOut 3 to 4 weeks
In APRil No onEseen A Doctor During that tme I htte othAr
Health Problems AND I feel That My Life is in DAnger.
Like Washington And I feel That My Life is in DAnger.

**REQUIRED – INMATE SIGNATURE** *(Firma del Preso):* Douglas Johnson

**DATE** *(Fecha):* 4-19-17

**REQUIRED – NAME and/or ID#/PRINT OF ACCUSED** *(Nombre y/o Identificación del Acusado):* Nurses Doctor COVID-19

---

(Printed instructions column, mostly Spanish/English guidelines)

**CRW/PLATOON COUNSELOR** *(Print):* SWN GREEN

**SIGNATURE:** (signed)

**DATE** 4-19-20

**SUPERINTENDENT/DIRECTOR/DESIGNEE** *(Print):*

**SIGNATURE:**

**DATE/REVIEWED:** 5-4-20

(White copy – Inmate Services) (Yellow copy – CRW/Platoon Counselor) (Pink copy – Inmate)

Printed Thursday June 18, 2020 at 2:31 PM by LMena from DOCDSINMATESV13



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

CONTROL # (Núm.): 2020-X-0718-018-8803

**INMATE LAST NAME** *(Apellido del Preso):* JOhNSoN
**INMATE FIRST NAME** *(Primer Nombre):* DOUGLAS
ID Number *(Núm. de Identificación del):* 2019 0808843

**GRIEVANCE ISSUE AS DETERMINED BY CRW/:** CCRS - CV ISSUE CERMAK

**IMMEDIATE CRW RESPONSE** *(Si aplicable):* Clew Watched Immediatly Notified Division

**CRW/ REFERRED THIS GRIEVANCE TO** *(Queja remitida):* Dispensary Inmate advise to seek Regardig, lightbeditions on a separate Cermak Health Services

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

**PERSONNEL RESPONDING TO GRIEVANCE** *(Núm.):* Susan Shebel

SIGNATURE: _____

CRW/DEPT.: _____

DATE: 5-12-20

**INMATE'S SIGNATURE** *(Firma del Preso):* _____

**DATE REFERRED:** 5-12-2020

RESPONSE: Good possible solutions in to the patients, the medical services have provided appropriate. Cermak does not provide housing conditions.

**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fe recibido):* 6/1/2020

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso.):* _____

**INMATE'S REQUEST FOR AN APPEAL:** _____

*To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. (Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en un plazo de 15 días después de que el recluso haya recibido la respuesta. Lo apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o su designado(a)?)*
Yes (Sí) ☐    No ☒

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o su designado(a).)* Response Denied

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):* _____

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida por el preso):* _____

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* Anna Dinero

**INMATE SIGNATURE** *(Firma del Preso):* _____

**DATE** *(Fecha):* _____

Cabinet: GRIEVANCES, Page Id 2460797
Scanned Tuesday June 9, 2020 at 1:59 PM by Pharris2 on Docd5inmatesero
Printed Thursday June 18, 2020 at 2:31 PM by LMena from DOCD5INMATE5SV13



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/Apelación)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/Apelación)

## INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de Identificación): |
|---|---|---|
| Johnson | Douglas | 2019050 8953 |

CONTROL NUMBER: 2020 xxxx 018 8863
INMATE #: Ba#1

GRIEVANCE ISSUE AS DETERMINED BY CRW:

IMMEDIATE CRW RESPONSE (if applicable): CCJ - CV Issue Cermak

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services ):
Cermak

DIV/DEPT.

DATE REFERRED: 5/19/2020

### RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DIV/DEPT.:

DATE:

INMATE SIGNATURE (Firma del Preso): Div. Via COVID 19 - Pol Chrg

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 6/9/2020

## INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE SIGNATURE (Firma del Preso): I'm Appealing This Because I can't see it or UnderstandIt Please Print

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): 6/16/20

JUN 19 AM

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL:
(Apelación del preso aceptado por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a)?)
Response Denied

SIGNATURE (Firma del Administrador o/su Designado(a)): Anna Frances W.

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): Div Via COVID 19 Pol Chrg

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)): Anna Frances W.

INMATE SIGNATURE (Firma del Preso):

SIGNATURE (Firma del Administrador o/su Designado(a)): Div Via COVID 19 Pol Chrg

DATE:

BATES000104



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**
(*Para ser llenado solo por el personal de Inmate Services*)

CONTROL # 05518

INMATE ID # 0188863

□ Emergency Grievance
☒ Grievance
□ Non-Compliant Grievance

☒ Cermak Health Services
□ Superintendent:
□ Other:

DATE (Fecha): 5-13-20

PRINT - INMATE LAST NAME (Apellido del Preso): Johnson

PRINT - FIRST NAME (Primer Nombre): Douglas

INMATE BOOKING NUMBER (# de Identificación del Preso): 2019 0607153

LIVING UNIT (Unidad): 46

DIVISION (División): RTU

REQUIRED - DATE OF INCIDENT (Fecha del Incidente): 5-13-20

REQUIRED - TIME OF INCIDENT (Hora del Incidente): 8:15 AM Around

REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): NURSES BOOTH DEERING-HOUSE

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following: non-grievable, a request, a duplicate grievance, an appeal.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an disciplinary hearing/officer.

The grieved issue must not be a request for services classified as follows: Classification of an inmate as security risk or protective custody/inmate, or decisions of the inmate allegation of sexual assault, sexual harassment, sexual abuse or voyeurism, exception applies please see a CRW (Correctional Rehabilitation Worker.)

The grieved issue must not be a repeat submission of a grievance previously received and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain offensive or harassing language.

The grievance form must not pertain to non-jail related concerns such as arresting agencies, judicial matters, or medical staff outside jail hospitals, etc.

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso, Tal como riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso, O voyeurismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja enviada en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya le fue recibido una respuesta y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre la decisión dada en los 15 días calendarios.

La solitud de la queja no puede contener lenguaje ofensivo o amenazante

El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado):

5-13-20 8:15 AM NURSE BOOTH DEERING-HOUSE
CN WEDSDAY 5-13-20 Around 8:15 AM NURSE HOUSE CAME TO
Pass out Med. CN Shoes very RUD AND very UNProfessionati
For the third time She is trying to give me the Pale
MEDICATION A few that She is trying to but my Health
in Danger Because She DID not want to give me My Med caTion
Saying That I'm Donaid Johnson AND She keep trying to give
Me His Medication AND when I refuse She staRt calling
Me A Criminal AND A DRUG ADD ic T makes no since UN Professional
It (feft Fields BAD workingof the House Deering-House Johnson

INMATE SIGNATURE (Firma del Preso): Douglas Johnson
DATE (Fecha): 5-13-20

---

NAME/STAFF OR INMATE HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tenga información):

SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print): Swamp
SIGNATURE: Swamp
DATE/REVIEWED: 5-13-20

SUPERINTENDENT/DIRECTOR (Print):
SIGNATURE:
DATE (Fecha):

REQUIRED-
DATE (Fecha):
DATE/PLATOON COUNSELOR RECEIVED:

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/Apelación)

| CONTROL NUMBER | |
|---|---|
| 055.12 | 01BBQ63 |

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Dustin

ID Number (# de identificación): 2019 0505 a53

INMATE #

GRIEVANCE ISSUE AS DETERMINED BY CRW: 110 Medical Question

IMMEDIATE CRW RESPONSE (If applicable): P/A.

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services): Cermak

PERSONNEL RESPONDING TO GRIEVANCE (Print): Sara Shebel

SIGNATURE: Sara Shebel

DN./DEPT.:

DATE REFERRED: 5 /19/20

## RESPONSE BY PERSONNEL HANDLING REFERRAL

Record reflects you received no medical Care due to/request
allegation Neuro remitted to remain Professional at all times
willing to Discuss Management for severity.

INMATE SIGNATURE (Firma del Preso): Dustin Quilliam

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 07/02/20

DATE: 6/26/20

**Deliv. via COVID 19**

## INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE SIGNATURE (Firma del Preso):

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso):     /     /

**THIS SECTION TO BE COMPLETED BY INMATE SERVICES**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? (Apelación del preso aceptada por el administrador o/su designado(a)?)     Yes (SÍ) ☐     No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):     /     /

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

INMATE SIGNATURE (Firma del Preso):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):     /     /

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

BATES000106



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**

| CONTROL # | INMATE ID # |
|---|---|
| 2C-20 | 0188863 |

| | |
|---|---|
| ☐ Emergency Grievance | ☑ Grievance |
| ☑ Non-Compliant Grievance | |

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* JOHNSON

**DIVISION** *(División):* RTU

**PRINT - FIRST NAME** *(Primer Nombre):* DOUGLAS

**LIVING UNIT** *(Unidad):* 4G

**INMATE BOOKING NUMBER** *(Identificación del Preso):* 20190250527

**DATE** *(Fecha):* 5-63-20

☐ Cermak Health Services
☐ Superintendent:
☐ Other:

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grievance issue must meet at least one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing board.

The grieved issue is not one of the criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment or abuse the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance currently in the process.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not contain offensive or harassing language.

The grievance form must not contain more than one issue.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**REQUIRED - DATE OF INCIDENT** *(Fecha del Incidente):* 5-13-20

**REQUIRED - TIME OF INCIDENT** *(Hora del Incidente):* 6:15 AM AROUND

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* DEERING-HOUSE

5-13-20 AT AROUND 6:15 AM IN NURSES BOOTH Nurses House came to pass out medication. She is very Rud And very UN Professional. For the third time She is trying to give me the Rong medication A few that She's trying to put my Health IN Danger Because she did Not want to give me my Medication saying that I'm Donald Johnson And she keep trying to give me His Medication And when I Refuse she start calling me A clinician AND A Drug Addict it Makes No since UN-Professional

**REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre y/o identificación del Acusado):* Keith-Nurse Booth Deering-House Nurse Bertha Rahman

**INMATE SIGNATURE** *(Firma del Preso):* Douglas Johnson

---

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Keith-Nurse BooTH DeeRing-House

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**CRW/PLATOON COUNSELOR (Print):** C. Wilson

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**

**SIGNATURE:** C. Wilson

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 5-13-20

**DATE REVIEWED:**

ALL EMERGENCY GRIEVANCES, IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION

Cabinet GRIEVANCES, Page Id 246/7880
Scanned Thursday July 2, 2020 at 8:48 AM by CWilson3 on DocdScrwx1976
Printed Wednesday July 8, 2020 at 6:51 AM by CWilson3 from DOCDSCRWX1976 – CRW/PLATOON COUNSELOR)

BATES00008

PINK COPY (INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

| CONTROL NUMBER | INMATE # |
|---|---|
| 055.12 | 0188863 |

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME: (Apellido del preso): | INMATE FIRST NAME: (Primer Nombre): | YEAR |
|---|---|---|
| Johnson | Deshin | 2020 |

| GRIEVANCE ISSUE AS DETERMINED BY CRW: | ID Number (# de identificación): |
|---|---|
| 160 | 2019 0508853 |

IMMEDIATE CRW RESPONSE (if applicable):
Medical Direction
N/A.

CRW / REFERRED THIS GRIEVANCE TO: ( Example: Superintendent, Cermak Health Services ):

Sara Shabel

### RESPONSE BY PERSONNEL HANDLING REFERRAL

Received (both) upon receival grievances as noted. Cannot grant/deny
allegation. Grievant referred to receive Professional at all time.
Willing to Discuss Management for review).

8/14/16

PERSONNEL RESPONDING TO GRIEVANCE (Print):
Sara Shabel

SIGNATURE:
Sara Shabel

| DIV./DEPT. | DATE: |
|---|---|
| | 5.19.20 |

| DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): | DATE REFERRED: |
|---|---|
| 07.02.20 | 5.19.20 |

INMATE SIGNATURE (Firma del Preso):

Deliv. via COVID 19

INMATE'S REQUEST FOR AN APPEAL / Solicitud de Apelación del Preso

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso):

INMATE SIGNATURE (Firma del Preso):

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Aceptación del preso aceptado por el administrador o/su designado(a))    Yes (Sí) ☐    No ☐

### ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
(Decisión o recomendación por parte del administrador o/su designado(a)):

| SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|
| | |

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

| SIGNATURE (Firma del Administrador o/su Designado(a)): | DATE (Fecha): |
|---|---|
| | |

INMATE SIGNATURE (Firma del preso):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):

(FCN-771) (NOV. 17)
Cabinet: GRIEVANCES. Page Id 24678817
Scanned Thursday July 2, 2020 at 8:48 AM by CWilson3 on DocdScrwx1976
Printed Wednesday July 8, 2020 at 6:51 AM by CWilson3 from DOCDSCRWX1976

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000108



**COOK COUNTY SHERIFF'S OFFICE**
(Oficina Del Alguacil del Condado de Cook)

**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Johnson
INMATE FIRST NAME (Primer Nombre): Douglas

CONTROL NUMBER: 0188863

INMATE #: 2015 050 3353

GRIEVANCE ISSUE AS DETERMINED BY CRW: 1/c Medical Malpractice

ID Number (# de Identificación): 2015 050 3353

IMMEDIATE CRW RESPONSE (If applicable): plus c

DATE: 2020

CRW/ REFERRED THIS GRIEVANCE TO (Example: Superintendent, Cermak Health Services ):

RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print):

SIGNATURE:

DIV./DEPT.:

DATE RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida): 07/02/20

DATE REFERRED: 5/19/20

**Deliv. via COVID 19**

INMATE SIGNATURE (Firma del Preso):

INMATE'S REQUEST FOR AN APPEAL

THIS SECTION IS TO BE COMPLETED BY INMATE!

07-15-20 A09:C

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso.) 7/6/20

INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

I Disagree with Your Response Because Its Not The Truth
Its DANGerous AND UNProfessional For them To try To Give
me Someone Else Medication The officer seen that It was
Not mines If I Did'nt know My Medication I would Have Taken it.

**Deliv. via COVID 19**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptado por el administrador o/su Designado(a)?)

Yes (SI) ☐    No ☒

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decision o recomendación por parte del administrador o/su designado(a).)

Response Oranted

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 8/13/20

**Inmate Serv. Copy**

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):
Susan Shebel

INMATE SERVICES DIRECTOR/DESIGNEE'S SIGNATURE (Firma del Preso):
Susan Shebel

THIS SECTION IS TO BE COMPLETED BY INMATE!

**Deliv. via COVID 19**

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida): 08/18/20

(FCN-72) (NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – C.R.W.)    (PINK COPY – INMATE)

BATES000109



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**
*(Para ser llenado solo por el personal de Inmate Services)*

**CONTROL #** 089 18 018886 03

**INMATE ID #**

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* Johnson

**PRINT - FIRST NAME** *(Primer Nombre):* Douglas

**DIVISION** *(División):* RTU

**LIVING UNIT** *(Unidad):* 2G

**INMATE BOOKING NUMBER** *(# de Identificación del Preso):* 2020 0932009C 2019050 8253

☐ CermakHealthServices
☒ Superintendent: 089.04u
☐ Other:

**DATE** *(Fecha):* 7-19-20

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet at criteria listed below ...

**REQUIRED -**
**DATE OF INCIDENT** *(Fecha del Incidente):* 7-19-20

**REQUIRED -**
**TIME OF INCIDENT** *(Hora del Incidente):* 3:30 AND 4:00 pm

**REQUIRED -**
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico del Incidente):* RTU Division 8 RG Living Unit · Octside Of Living Unit

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información):* Inmates - Officer And Rosie L. Renell Douglas & Johnson

**REQUIRED -**
**NAME and/or IDENTIFIER(S) OF ACCUSED** *(Nombre o Identificación del Acusado):* Officer - BACON

**INMATE SIGNATURE** *(Firma del Preso):* Douglas & Johnson

ON SUNDAY Visiting Day I was call for My Visit. I went out The Door waiting was Officer Bacon He See That I Was On A cane. I Told Him I Don't Get cuffed up Because Of The care He Said That I would Be cuffed up To Day I Had A Hard Time waiting and The cuffs Was Digging Down On My Rist And I was Suesting There And ON The way Back I Told Him That The cuffs Hurting And I was IN A Lot Of Pain He STOP Look And I Ask Can't Pull It Down Or Get Another One He Said No I was Short Of Breth Turned Around And Kept Walking I was Suesting So Bad The Mask Was Wet

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:** Jessy
**DATE:** 07/20/20

**CRW/PLATOON COUNSELOR (Print):** Jessy
**SIGNATURE:** Jessy
**DATE/CRW/PLATOON COUNSELOR RECEIVED:** 07/20/20

(FCN-73) (NOV 17)

**(WHITE COPY - INMATE SERVICES)** **(YELLOW COPY - CRW/PLATOON COUNSELOR)** **(PINK COPY - INMATE)**



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

**CONTROL NUMBER:** 2020 0891 8

**INMATE #:** 0188863

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Douglas

**ID Number** *(# de Identificación):* 20190508853

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330 Security Procedure handcuffing

**IMMEDIATE CRW RESPONSE (If applicable):** N/A

**CRW REFERRED THIS GRIEVANCE TO** *(Example: Superintendent, Cermak Health Services):* 08.074

### RESPONSE BY PERSONNEL HANDLING REFERRAL

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** [signature]

**INMATE SIGNATURE** *(Firma del Preso):* [signature]

**Delv Via COVID19**

**SIGNATURE:** [signature]

**DIV./DEPT:** 8

**DATE:** 7.24.20

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 7.31.2020

**DATE REFERRED:** 07.21.20

### INMATE'S REQUEST FOR AN APPEAL (*Solicitud de Apelación del Preso*)
### THIS SECTION IS TO BE COMPLETED BY INMATE

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso)*

**INMATE'S BASIS FOR AN APPEAL:** *(Base del preso para una apelación.)*

- To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies. *(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

- Independent of the CCDOC procedure and after receiving an appeal decision, if you are dissatisfied with the outcome, you may submit the appeal grievance to the Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794. *(De manera independiente del procedimiento del CCDOC, y tras recibir la resolución de una apelación, si no está satisfecho con el desenlace, debe enviar la queja de la apelación al Illinois Department of Corrections, Jail and Detention Standards Unit, 1301 Concordia Court, P.O. Box 19277, Springfield Illinois 62794.)*

**INMATE SIGNATURE** *(Firma del Preso):* [signature]

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su designado(a)?)*     Yes (Sí) ☐     No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

### THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):*

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(Fecha):*

**INMATE SIGNATURE** *(Firma del Preso):*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*

(FCN-40b) (AUG-16)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (INMATE)

Case: 1:22-cv-03718 Document #: 85-3 Filed: 06/12/23 Page 38 of 72 PageID #:444

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER** 08918

**INMATE #**

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME *(Apellido del Preso):*

INMATE FIRST NAME *(Primer Nombre):*

ID Number *(# de Identificación):*

DATE GRIEVANCE WAS RECEIVED: *(Fecha en que la Queja fue recibida):*

2020

---

IF GRIEVANCE IS REFERRED THIS GRIEVANCE TO *(Example: Superintendent, Cermak Health Services):*

DATE REFERRED:

---

RESPONSE BY PERSONNEL HANDLING REFERRAL

SIGNATURE:

CW/DEPT:

DATE:

DATE RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):*

---

THIS SECTION IS TO BE COMPLETED BY INMATE

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

Delv Via COVID19

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso):*

---

INMATE'S BASIS FOR AN APPEAL *(Base del preso para una apelación):*

INMATE SIGNATURE *(Firma del Preso):*

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
Yes (Sí) ☐   No (No) ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decisión o recomendación por parte del administrador o su designado(a)?*

ADMINISTRATOR/DESIGNEE SIGNATURE *(Firma del administrador o/su designado(a)?*

DATE APPEAL RESPONSE WAS RECEIVED: *(fecha en que la respuesta fue recibida):*

---

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:

Delv Via COVID19

SIGNATURE *(Firma del administrador o/su designado(a)):*

DATE *(Fecha):*

---

**Inmate Serv.
Copy**



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

- ☐ Emergency Grievance
- ☑ Grievance
- ☐ Non-Compliant Grievance

CONTROL #: _____ 2020 X 10131 _____ 018 8603

INMATE ID #: _____

**PRINT - INMATE LAST NAME** (Apellido del Preso): JOHNSON
**PRINT - FIRST NAME** (Primer Nombre): DOUGLAS

**DIVISION** (División): 040
**LIVING UNIT** (Unidad): 26

**DEPARTMENT:**
- ☐ Cermak Health Services
- ☐ Superintendent:
- ☑ Other: _____

INMATE BOOKING NUMBER (# de Identificación del Preso): 2019050943
DATE (Fecha): 8-8-20

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT
## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

**REQUIRED – DATE OF INCIDENT** (Fecha del incidente): 7-8-20
**REQUIRED – TIME OF INCIDENT** (Hora del incidente): 9:00 am - 11:00 am Between
**REQUIRED – SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del incidente): 2 G Day Room

Been trying to get my refund for day 86. Thermo 1563-5.95 and my 3rd RD cookies 36.20-1.35 order date 5-19-20. No response and its been two months. I talk to the supervisor on 8-8-20 and she said that it up to the social workers to make sure that I get my refund.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
(Nombre del personal o preso que tengan información sobre la queja)
Officer Reeves Supervisor

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

**REQUIRED – NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado): SOCIAL WORKER

**DATE CRW/PLATOON COUNSELOR RECEIVED:** 8-10-20

(FCN-73)(NOV 17) — (WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

# Order Detail

Page 1 of 1

Print this Page

**Order #** 10416/7335

| Render | 2019050825253 - JOHNSON, DOUGLAS J* | Order Date 5/19/2020 |
|---|---|---|
| Customer | 257233 | |
| Officer | COMISARY | |
| Order Form | UNASSIGNED ORDER FORM | |

| Item Alias | Item Description | Quantity | Price | Tax | Amount |
|---|---|---|---|---|---|
| 2000 | S S KFFFE COFFEE | 15 | 0.37 | 0.12 | 5.67 |
| 6100 | POTATO CHIPS | 3 | 0.93 | 0.06 | 2.85 |
| 6105 | BBQ POTATO CHIPS | 5 | 0.93 | 0.10 | 1.75 |
| 2087 | NON DAIRY CREAMER 100% | 1 | 1.19 | 0.03 | 1.22 |
| 4155 | SIXTAILFREE WILD FRUIT 17 | 1 | 0.87 | 0.09 | 0.96 |
| 2623 | BK REGILR AR SUMMER SAUSAGE | 2 | 1.89 | 0.09 | 3.87 |
| 2070 | S S HOT COCOA | 7 | 0.45 | 0.07 | 3.22 |
| 6757 | HORMEL SPAM SINGL E | 1 | 1.75 | 0.04 | 1.79 |
| 3796 | DC BEEF BARBACOA | 1 | 4.75 | 0.1. | 4.86 |
| 6826 | FRESH CATCH TUNA 4 23 OZ | 2 | 2.65 | 0.12 | 5.42 |
| 6195 | PREMIUM CHICKEN FRESAS! | 2 | 2.53 | 0.12 | 5.25 |
| 4132 | DERBY ALL STARS 3 75OZ | 1 | 1.1 | 0.11 | 1.22 |
| 0424 | MOISTURIZING SOAP 5 OZ. | 1 | 1.07 | 0.11 | 1.18 |
| 6262 | MAYONNAISE 12PK | 1 | 1.25 | 0.03 | 1.28 |
| 2035 | SALT 10PK | 2 | 0.25 | 0.01 | 0.51 |
| 0217 | 10PK TOTION | 1 | 2.25 | 0.23 | 2.48 |
| 2871 | TOBO LIQUIR TORTILLAS | 1 | 1.15 | 0.03 | 1.18 |
| 3139 | (SLEEVF) SALTINE CRACKERS | 1 | 0.61 | 0.01 | 0.62 |
| 6501 | PICKI F (MILD) | 1 | .50 | 0.03 | 1.53 |
| 6018 | TEXAS BEEF RAMEN SOUP | 10 | 0.90 | 0.02 | 0.92 |
| 2795 | LSCHJ SEASNP BEEH GRIMBLS | 1 | 4.75 | 0.1. | 4.86 |
| 3939 | ZCYNDI LA CRM COOKIES 6OZ | 1 | 1.35 | 0.03 | 38 |
| 3554 | FC MARGINAL HOT CHILI SAUC | 1 | 2.60 | 0.06 | 2.66 |
| 0107 | PUTP DRIVE DEODORAN... | 1 | 3.03 | 0.33 | 3.36 |
| 1361 | XLRG THERMAL BOTTOMS | 1 | 5.45 | 0.11 | 5.56 |

Total Amount 69.60

Refund Detail

Page 1 of 1

Print this Page

Order # 103167335

Order Date  5/19/2020

Resident  20190508253 - JOHNSON, DOUGLAS P

Customer  287273

Officer  COMISARY

Order Form  UNASSIGNED ORDER FORM

| Item Alias | Refund Date | Quantity | Amount | Officer | Return Reason | Reason Description |
|---|---|---|---|---|---|---|
| 1563 | 5/26/2020 | 1 | 6.56 | COMISARY | Short | |
| 3030 | 5/26/2020 | 1 | 1.38 | COMISARY | Short | |

Total Amount  7.94

https://ccookwebquery.keefegp.com/KCNQuery/WebReporting/PopupRefundDetailBATES00001/22/2020

BATES000 012



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

CONTROL NUMBER: _____

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME: *(Apellido del preso)* | INMATE FIRST NAME: *(Primer Nombre)* | ID number *(# de identificación):* | INMATE #: |
|---|---|---|---|
| Johnson | Dallas | 201905280813 | 20191063 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** Day-Commission Refund

**IMMEDIATE CRW RESPONSE (if applicable):** Review of Inmates Trust Account Shows a Refund for $32.00/2020, 15.63 (5.95) + 23030 (1.35)

**CRW REFERRED THIS GRIEVANCE TO:** *(Check one: Superintendent, Cermak Health Services):* _____

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Whittle    **DIV/DEPT:** IS ADMIN    **DATE:** 8/13/2020

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

Responding CRW Review Inmates Trust Account. It Appears that the funds Were Refunded to Inmates Account on 8/26/2020, 15.63 (5.95) + 23030 (1.35)

**INMATE SIGNATURE** *(Firma del Preso)*: Dallas Johnson #20191063

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 8/14/20

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** _____

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso)*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE SIGNATURE** *(Firma del Preso)*: Dallas Johnson #A moCL

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 8/14/20

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a)?)*   Yes (Sí) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a).)*

**SIGNATURE** *(Firma del Administrador o/su Designado(a).)*: _____   **DATE** *(Fecha):* _____

**INMATE SERVICES DIRECTOR/DESIGNEE(S):** *(Administrador o/su Designado(a)):* _____

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* _____

**INMATE SIGNATURE** *(Firma del Preso)*: _____

(FCN-72) (NOV 17)    **(WHITE COPY – INMATE SERVICES)**    **(YELLOW COPY – C.R.W.)**    **(PINK COPY – INMATE)**

BATES000116



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY

CONTROL #: 2020121

INMATE BOOKING NUMBER (# de identificación del Preso): 20190508253

INMATE ID #: 018886 3

PRINT - INMATE LAST NAME (Apellido del Preso): Johnson

PRINT - FIRST NAME (Primer Nombre): Daulfus

DIVISION (Division): 6-RTU

LIVING UNIT (Unidad): 2G

☑ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☑ Other: Commissary Vendor

DATE (Fecha): 1-3-21

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.**

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of inmate as a security risk or protective custody inmate, or decision of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or sexual misconduct. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or sexual misconduct, the 15 calendar day limit, or in exception applies. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grievance form must not contain more than one issue.

The grievance form must not contain offensive or harassing language.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

### SUMMARY OF COMPLAINT

I Haven't Receive A full orders since The start of your New loan prg. How could you Take my money off my Trust fund And Did n't Have The items But you Charged me for all This it Has Been going on since The BeGaning they Tell me That It TaKes Two weeks To GeT out money Back And Every week iTs The same So The items Are not IN Stock so I shouldn't Be CharGeD But you Do it Every week. If I like In Being charGe It D I would Likely my full Amount Back IN my Account

SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente): Premier Commissary Day Room 2G

REQUIRED - DATE OF INCIDENT
(Fecha del Incidente): 12-23-20

REQUIRED - TIME OF INCIDENT
(Hora del Incidente): 10:00 AM 11:00 AM Day Room

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado): CO-DOC

FCN-73 (NOV 17)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR OR DATE: 1/5/2 – INMATE)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

Everyone Doing

INMATE SIGNATURE: (Firma del Preso): Daulfus Johnson

DATE RECEIVED: 1/5/21

CRW/PLATOON COUNSELOR (Print): Snell

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

0188863 : Johnson, Douglas

Location: DIV8 RTU 4C D2

Cook County, IL

12/29/2020

232

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 2098 | Moisturizing Bar Soap 5oz | -1 | 1.07 | -1.07 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7033 | Squeeze Cheddar Cheese (V) | -2 | 1.02 | -2.04 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7096 | Chicken Breast Pouch 4.5oz | -2 | 5.13 | -10.26 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7117 | Velveeta Mac & Cheese 3oz (K)(V) | -1 | 1.80 | -1.80 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7127 | Beef Stew Pouch 11.25 | -1 | 3.69 | -3.69 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7141 | Pork Rinds Hot & Spicy | -1 | 1.90 | -1.90 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7160 | Carmela Ready Cuts | -1 | 3.59 | -3.59 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7169 | Chocolate Mini Donuts 6ct (V) | -1 | 1.49 | -1.49 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7187 | Microwave Popcorn EXTRA BUTTER | -1 | 1.15 | -1.15 |
| | Credit from 12/23/2020 REF: 205 | | | |
| 7309 | Saltine Cracker Sleeve | -1 | 0.61 | -0.61 |
| | Credit from 12/23/2020 REF: 205 | | | |

Balance After:     $215.78

Sign:

Subtotal:    -$27.60
Taxes:        -$0.70
Total:       -$28.30

BATES000118



**COOK COUNTY SHERIFF'S OFFICE**
(Office Del Alguacil del Condado de Cook)
**INMATE GRIEVANCE RESPONSE/APPEAL FORM**
(Formulario de Queja del Preso/ Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | ID Number (# de identificación): | CONTROL NUMBER |
|---|---|---|---|
| Johnson | Douglas | 2019050863 | SMFFD |
| | | | INMATE # |
| | | | 0188863 |

GRIEVANCE ISSUE AS DETERMINED BY CRW: Commissary refund
IMMEDIATE CRW RESPONSE (if applicable):

CRW/RESERVED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): Commissary vendor

DATE REFERRED: 1·6·21

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

PERSONNEL RESPONDING TO GRIEVANCE (Print):
#811
REFUND ISSUED

SIGNATURE:
X

DIV/DEPT: COMMISARY

DATE: 1/21/21

SIGNATURE: (check)

INMATE SIGNATURE (Firma del Preso):

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)
JAN 27 2021

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

Delv Via COVID19

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos o fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso):

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION (Decisión o recomendación por parte del administrador o/su designado/a):

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes (sí) ☐ No ☐
(Apelación del preso aceptada por el administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/Su Designado(a)

SIGNATURE (Firma del Administrador o/su Designado(a) )

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

DATE (fecha):

INMATE SIGNATURE (Firma del Preso)

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

BATES000119



## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☒ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

**CONTROL #:** 2021 0 0943

**INMATE ID #:** 0188863

PRINT - INMATE LAST NAME: **Johnson**
PRINT - FIRST NAME: **Douglas**

DIVISION: **RTU**
LIVING UNIT: **Douglas 4C**

INMATE BOOKING NUMBER: 2019050853
INMATE SIGNATURE: Douglas Johnson

☐ Cermak Health Services
☐ Superintendent
☒ Other: **Commissary Vendor**

DATE: **1-16-21**

DATE OF INCIDENT: **1-14-21**
TIME OF INCIDENT: **11:45am**
SPECIFIC LOCATION OF INCIDENT: **Div-8 4-030 1-14-21**

**SUMMARY OF COMPLAINT:**

Today I got my commissary bag and my receipt that I showed that on 1-14-21 $101.79 was taken off my account for my commissary order. After looking at my receipt I noticed that my commissary list only had $25.41 worth of food on the list but I was charged $101.79. This is not fair or right that these new commissary can take money off my account and not give me what I order. For the last 3 weeks I've been going through stuff like this. I want my money return to my account ASAP please thank you.

NAME AND/OR IDENTIFIER(S) OF ACCUSED: **Tom Dart NEW Commissary**

INMATE SIGNATURE: **Douglas Johnson**

CRW/PLATOON COUNSELOR (Print): **Sylvester**
SIGNATURE: Sy
DATE CRW/PLATOON COUNSELOR RECEIVED: **1-14-21**

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

# COOK COUNTY SHERIFF'S OFFICE
## (Oficina del Alguacil del Condado de Cook)
### INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Emergency Grievance
☒ Grievance
☐ Non-Compliant Grievance

☐ CERMAK Health Services
☐ Superintendent:
☒ Other: Commissary Vendor

CONTROL #: 04 975 | 0188042

INMATE ID #

**PRINT – INMATE LAST NAME** (Apellido del Preso): Johnson
**PRINT – FIRST NAME** (Primer Nombre): Douglas

DIVISION (División): SRTU
LIVING UNIT (Unidad): 4C

INMATE BOOKING NUMBER (# de Identificacion del Preso): 2019058953

DATE (Fecha): 3-17-21

**DATE OF INCIDENT** (Fecha del Incidente): 3-14-21
**TIME OF INCIDENT** (Hora del Incidente): 12:00 pm
**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Especifico del Incidente): 4C

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

On 3-14-21 I received my commissary bag receipt on the left hand six items I was overcharged for and didn't give me and I lack of the total and I was told I'd showed the bag and receipt to the worker he said he was going to report it you have the original receipt but you send me a state receipt with items that I didn't receive its criminal receipt that you take never the state receipt I have the other original receipt that shows all the items I receive I hope you can do something about this of I'm being harced to talk to my Attorney about this matter.

**REQUIRED** - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificacion del Acusado): Tom Dart CCDOC Premier

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

DATE CRW/PLATOON COUNSELOR RECEIVED: 3/9/21

CRW/PLATOON COUNSELOR (Print): J. Conida
SIGNATURE: Suog
DATE: 3/9/21

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):
SIGNATURE:
DATE REVIEWED:

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

Quality Assured By: 0616

0188863     Johnson, Douglas                 **Blue**

Location       DIV8 RTU - 3D - D3                **Receipt #71056**

Cook County, IL             01/14/2021

Invoice : 388:cookIL-402

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 6050 | 1 | Kool Off SF Fruit punch drink mix 10pk (K)(V)(V+) (SF Kool Off Ponche de Frutas 10pk (K)(V)(V+)) | 2.39 | 2.39 |
| 6051 | 1 | Kool Off SF Lemonade Drink mix 10pk (K)(V)(V+) (SF Kool Off Limonada 10pk (K)(V)(V+)) | 2.39 | 2.39 |
| 5044 | 1 | Old Fashioned Lemonade Disks 10oz (V)(V+) (Disco de Limonada) | 2.99 | 2.99 |
| 5024 | 1 | Butterscotch Disks (S)(V)(V+) (Butterscotch Disc S)(V)(V+)) | 1.79 | 1.79 |
| 5007 | 1 | Now & Later 3.5oz (S)(V)(V+) (Now & Later 3.5oz (S)(V)(V+)) | 1.89 | 1.89 |
| 5038 | 1 | Starlite Mints (S)(V)(V+) (Starlite Mints (S)(V)(V+)) | 1.65 | 1.65 |
| 7105 | 0 | Salt Packets -10ct (K)(V)(V+) (Paquete de Sal 10ct (K)(V)(V+)) | 0.75 | 0.00 |
| | | Spending Limit. 1 not filled | | |
| 6002 | 2 | Creamer packets 10pk (K)(V) (Paquete del Crema 10ct (K)(V)) | 1.19 | 2.38 |
| 7141 | 0 | Pork Rinds Hot & Spicy (Corteza de Cerdo Caliente) | 1.90 | 0.00 |
| | | Spending Limit. 1 not filled | | |
| 7064 | 0 | Frito Lay Fritos Chili Cheese 1.5oz (V) (Fritos Queso de Chili 1.5oz (V)) | 1.10 | 0.00 |
| | | Spending Limit. 2 not filled | | |
| 7062 | 0 | Frito Lay Doritos Nacho Cheese 1.5oz (V) (Doritos Queso de Nacho 1.5oz (V)) | 1.10 | 0.00 |
| | | Spending Limit. 3 not filled | | |
| 7061 | 0 | Frito Lay Doritos Cool Ranch 1.5oz (V) (Doritos Ranch Refresco 1.5oz (V)) | 1.10 | 0.00 |
| | | Spending Limit. 2 not filled | | |
| 7022 | 0 | Frito Lay Cheetos (V) (Frito Lay Cheetos (V)) | 1.10 | 0.00 |
| | | Spending Limit. 3 not filled | | |
| 7081 | 0 | Salsitas Tortilla Chip (K)(V)(V+) (Salsitas Papitas de Tortilla (K)(V)(V+)) | 1.10 | 0.00 |
| | | Spending Limit. 3 not filled | | |
| 7073 | 0 | Frito Lay BBQ 1.5oz (K)(V)(V+) (Papitas de Barbacoa 1.5oz (K)(V)(V+)) | 1.10 | 0.00 |
| | | Spending Limit. 3 not filled | | |
| 7016 | 0 | Cheez Its (K)(V) (Cheez Its (K)(V)) | 0.99 | 0.00 |
| | | Spending Limit. 2 not filled | | |
| 7169 | 0 | Chocolate Mini Donuts 6ct (V) (Donuts en Miniatura de Chocolate 6ct (V)) | 1.49 | 0.00 |
| | | Spending Limit. 1 not filled | | |
| 1093 | 2 | Ankle Socks (Calcetines de Tobillo) | 1.29 | 2.58 |

BATES000122

Quality Assured By: 0616

**Blue**

**Receipt #71056**

0188863    Johnson, Douglas

Location    DIV8 RTU - 3D - D3

Cook County, IL        01/14/2021

Invoice   386 cookIL-402

| Code | Qty | Product | Price | Ext |
|------|-----|---------|-------|-----|
| 7309 | 1 | Saltine Cracker Sleeve | 0.61 | 0.61 |
| 4181 | 1 | Stamps 10ct Booklet | 5.50 | 5.50 |
| 4010 | 4 | Med-First Ibuprofen (generic Advil) 2ct (Med-First Ibuprofeno (Advil genérico) 2ct) | 0.46 | 1.84 |

76

**76 Items**      Paid Online    Sub Total $98.78   TAX $3.01   Total $101.71

Delivered By: _____ 1011 _____      Start Balance      $225.29

Date: _____ 1/16/21 _____      Resident Paid

Resident: _____      End Balance      $225.29

7/20/16 2

BATES000123

0188863 : Johnson, Douglas

Location: DIV8 RTU 4C D2

Cook County, IL

1/18/2021

451

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 5024 | Butterscotch Disks (S)(V)(V+) | -1 | 1.79 | -1.79 |
|      | Credit from 1/14/2021 REF: 402 | | | |
| 5044 | Old Fashioned Lemonade Disks 10oz (V)(V+) | -1 | 2.99 | -2.99 |
|      | Credit from 1/14/2021 REF: 402 | | | |

| | | Subtotal: | -$4.78 |
|--|--|-----------|--------|
| | | Taxes: | -$0.11 |
| | | Total: | -$4.89 |

Balance After: $230.18

Sign:

BATES000124



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

CONTROL NUMBER: SWANSON

INMATE ID #: 0189803

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME (Apellido del Preso): | INMATE FIRST NAME (Primer Nombre): | 2014 0475 |
|---|---|---|
| Johnson | Douglas | ID Number (Núe Identificación): 2014 050 8253 |

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** O4O Commissary Vector Refund

**INMATE CRW RESPONSE (If applicable):** N/A

**CRW/REFERRED THIS GRIEVANCE TO :** (Example: Superintendent, Cermak Health Services ):
Commissary Vendor

### RESPONSE BY PERSONNEL HANDLING REFERRAL

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** See Attachments for Order

| SIGNATURE: | DIV./DEPT.: Commissary | DATE: 3 · 26 · 14 |
|---|---|---|

| PERSONNEL RESPONDING TO GRIEVANCE (Print): 4011 | | | | DATE REFERRED: 3 · 26 · 14 |
|---|---|---|---|---|

| SIGNATURE: | DIV./DEPT.: Commissary | DATE: 1-14-21 |
|---|---|---|

### INMATE'S REQUEST FOR AN APPEAL

**Deliv Via COVID-19**

DATE RESPONSE WAS RECEIVED: APR 02 2021

*(To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.)*

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE'S REQUEST FOR AN APPEAL** *(Solicitud de Apelación del Preso):*

**DATE OF INMATE'S REQUEST FOR AN APPEAL** *(Fecha de la solicitud de la apelación del preso):* ___/___/___

**INMATE SIGNATURE** *(Firma del Preso):*

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL:
*(Aprobación del preso aceptada por el administrador o/su designado(a):)*  Yes (Sí) ☐  No ☐

DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida):* ___/___/___

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decisión o recomendación por parte del administrador o/su designado(a):)*

| INMATE SERVICES DIRECTOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL *(Administrador o/su Designado(a)):* | SIGNATURE *(Firma del Administrador o/su Designado(a)):* | DATE *(Fecha):* |
|---|---|---|

| INMATE SIGNATURE *(Firma del Preso):* | | DATE *(Fecha):* |
|---|---|---|

| (FCN-72) (NOV 17) | (WHITE COPY – INMATE SERVICES) | (YELLOW COPY – C.R.W.) | (PINK COPY – INMATE) |
|---|---|---|---|

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE/RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/Apelación)*

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

SWANIGAN

| | | COOK COUNTY JAIL #: |
| --- | --- | --- |
| **INMATE LAST NAME** *(Apellido del Preso)*: JOHNSON | **INMATE FIRST NAME** *(Primer Nombre)*: DEISHAS | 2021 C4875 C888603 |

| | |
| --- | --- |
| **ID NUMBER** *(# de Identificación)*: | 2019 C5C 8255 |

**INMATE ISSUE AS DETERMINED BY CRW**: CMO COMMISSARY master refund Print

**IMMEDIATE CRW RESPONSE (if applicable)**:

**CRW/REFERRED THIS GRIEVANCE TO**: *(Example: Superintendent, Cermak Health Service )*: Commissary Received OK

SEE attachments for 1-14-21 order

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

| | | |
| --- | --- | --- |
| **PERSONNEL RESPONDING TO GRIEVANCE** *(Print)*: #011 | | **DATE REFERRED**: 3.11.121 |

| **INMATE SIGNATURE** *(Firma del Preso)*: | **SIGNATURE**: | **DIV./DEPT.**: CMIS/DK1 | **DATE**: 3/26/21 |
| --- | --- | --- | --- |

Delv Via COVID19

**INMATE'S REQUEST FOR AN APPEAL**

**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida)*: APR 02 2021

**DATE OF INMATE'S REQUEST FOR AN APPEAL** *(Fecha de la solicitud de la apelación del preso)*: 04/12/21

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben enviar en el plazo de 15 días después de que el recibo haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

I received the right receipt and I'm sending it back to you can that you know me the balance of $19,24. I did not get any of these items on the date receipt so I would like to get my balance for in order if not I will be calling my attorney

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**
*(Aceptación del preso designado por el administrador o/a designado(a))*: Yes [ ] No [✓]

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION**: A second review has been conducted. Original response to stand.

| **INMATE SIGNATURE** *(Firma del Preso)*: #4567 | **INMATE SERVICE STAFF SIGNATURE** *(Firma del Empleado/a del Servicio)*: Delv Via COVID19 | **DATE** *(Fecha)*: U. Rizzo | **DATE APPEAL RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida)*: APR 28 2021 | **DATE** *(Fecha)*: 4.21.21 |
| --- | --- | --- | --- | --- |

(FCN-72) (NOV 17)    INMATE COPY – INMATE SERVICES

BATES0001

8.3D    CR 4C

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: 20210 9590 0122962

☐ Emergency Grievance
☐ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
☐ Other: Commander Vonderville

**INMATE LAST NAME** (Apellido del Preso): Johnson
**FIRST NAME** (Primer Nombre): Douglas
**INMATE ID #** (# de identificación del Preso): 20212062865

**DIVISION** (División): 2RTU
**LIVING UNIT** (Unidad): 42 / QF
**INMATE BOOKING NUMBER** (# de registro del Preso): 20210508263
**DATE** (Fecha): 7-16-21

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days, unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism (time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).

The grieved issue is a repeat submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain offensive or harassing language.

The grievance form must contain more than one issue.

The grievance is an emotion or opinion. Individuals requesting protection, federal matters, or medical/mental attention — hospitals etc.

El asunto de la queja que no se satisfacer todo el criterio listado en este abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no es ninguno de los siguientes temas que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. El control riesgo de seguridad o no proporción para los presos, o decisiones del oficial de audiencia disciplinaria para los presos.

El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso o voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (TRC/CRW).

El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y fue apelada.

El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted decidió no someter una apelación sobre a la decisión dada en los 15 días calendarios.

La queja no puede contener lenguaje ofensivo ni amenazante.

El asunto de la queja no puede contener más de un asunto.

El asunto de la queja no puede corresponder a asuntos no relacionados con la queja tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

**REQUIRED - DATE OF INCIDENT** (Fecha del incidente): 7-3-21

**REQUIRED - TIME OF INCIDENT** (Hora del incidente): Around 1pm

**REQUIRED - SPECIFIC LOCATION OF INCIDENT** (Lugar Especifico del Incidente): Day Room CCDOC Premier

On 7-1-21 Premier took Roll call and some change from my Trust Fund and when commissary came 7-3-21 I didn't recieve my order it been checking up Trust Fund Balance And you haven't Cred It. Back I talk with someone from Premier And Gave her my Information the fine out why I haven't recieved It. I haven't herd nothing back from her. I just checked my Balance to Day 7-15-21 And no Yes Haven't returned It so I would like for you To Return My Fund.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT** (Nombre del personal o preso(s) teniendo información): Officer Andworkers

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson

**DATE CRW/PLATOON COUNSELOR RECEIVED** (Fecha/Firma del Acusado): 7-16-21

---

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR** (Print): D. Wilson
**SIGNATURE:** [signature]
**DATE REVIEWED:** 7-16-21

**SUPERINTENDENT/DIRECTOR/DESIGNEE** (Print): D. Wilson
**SIGNATURE:** [signature]
**DATE REVIEWED:**

(FCN-73)(NOV 17)

(WHITE COPY – INMATE SERVICES) (YELLOW COPY – CRW/PLATOON COUNSELOR) (PINK COPY – INMATE)

BATES 000712



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Aguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER** *(Número de Control)*

2021 09590 018883

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

| INMATE LAST NAME *(Apellido del Preso)*: | INMATE FIRST NAME *(Primer Nombre)*: | ID Number *(# de Iden/ Ficación)* | INMAT: # |
|---|---|---|---|

Johnson | Donald | 20200508 | 20200508

GRIEVANCE ISSUE AS DETERMINED BY CRW:

Covid 19 to Comparble Room replaced

IMMEDIATE CRW RESPONSE *(Si aplicable)*:

CRW / REFERRED THIS GRIEVANCE TO: *( Ejemplo: Superintendente, Cermak Health Services )*

Compliance Vessler

**DATE REFERRED**
*(Fecha en que fue Referida)*

7/19/21

### RESPONSE BY PERSONNEL HANDLING REFERRAL

SEE Attachments for Refund

PERSONNEL RESPONDING TO GRIEVANCE *(Print)*: | SIGNATURE:

| DIV./DEPT. | DATE: |
|---|---|
| CO-MSHU | 7/27/21 |

INMATE SIGNATURE *(Firma del Preso)*:

Delv Via Covid 19

**DATE RESPONSE WAS RECEIVED** *(Fecha en que la respuesta fue recibida)*

7/29/21

## INMATE'S REQUEST FOR AN APPEAL *(Petición Del Preso Para Una Apelación )*

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todas los casos a fin de agotar los recursos administrativos.)*

DATE OF INMATE'S REQUEST FOR AN APPEAL: *(Fecha de la solicitud de la apelación del preso.)*

INMATE SIGNATURE *(Firma del Preso)*:

## ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
*(Apelación del preso aceptada por el administrador o/su Designado(a)?)*     Yes *(Sí)* ☐     No ☐

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: *(Decision o recomendación por parte del administrador o/su designado(a).)*

SIGNATURE *(Firma del Administrador o/su Designado(a).)* | DATE *(Fecha)*

## ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:
*(Apelación del preso aceptada por el administrador o/su Designado(a)?)*

INMATE SERVICES DIRECTOR/DESIGNEE *(Administrador o/su Designado(a).)* | DATE APPEAL RESPONSE WAS RECEIVED: *(Fecha en que la respuesta fue recibida)*

INMATE SIGNATURE *(Firma del Preso)*:

(FCN-72) (NOV 17)     **(WHITE COPY – INMATE SERVICES)**     **(YELLOW COPY – C.R.W.)**     **(PINK COPY – INMATE)**

BATES000128

**0188863 : Johnson, Douglas**

Location: DIV8 RTU 2F D2

Cook County, IL

7/27/2021

2477

| Code | Product | Qty | Price | Extend |
|---|---|---|---|---|
| 1016 | Boxer Shorts XL<br>Credit from 7/1/2021 REF: 2124 | -1 | 3.50 | -3.50 |
| 1093 | Ankle Socks<br>Credit from 7/1/2021 REF: 2124 | -2 | 1.29 | -2.58 |
| 2042 | Good Sense Cough Drops Bag<br>Credit from 7/1/2021 REF: 2124 | -1 | 1.59 | -1.59 |
| 2051 | Deodorant Stick Clear 1.6oz<br>Credit from 7/1/2021 REF: 2124 | -1 | 1.49 | -1.49 |
| 2099 | Cocoa Butter Bar Soap 5oz<br>Credit from 7/1/2021 REF: 2124 | -1 | 1.42 | -1.42 |
| 4011 | Med-Frist Acetaminophen (generic Tylenol) 2ct<br>Credit from 7/1/2021 REF: 2124 | -5 | 0.46 | -2.30 |
| 5024 | Butterscotch Disks (S)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -1 | 1.79 | -1.79 |
| 5038 | Starlite Mints (S)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -1 | 1.65 | -1.65 |
| 5044 | Old Fashioned Lemonade Disks 10oz (V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -1 | 2.99 | -2.99 |
| 6000 | Nescafe Tasters Choice Single (K)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -25 | 0.49 | -12.25 |
| 6001 | Sweet Sprinkles Sweet and low 10 ct (K)(V)(V+)<br>Credit from 7/1/2021 REF: 2124 | -2 | 0.69 | -1.38 |
| 6002 | Creamer packets 10pk (K)(V)<br>Credit from 7/1/2021 REF: 2124 | -2 | 1.19 | -2.38 |
| 7022 | Frito Lay Cheetos (V)<br>Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7033 | Squeeze Cheddar Cheese (V)<br>Credit from 7/1/2021 REF: 2124 | -2 | 1.02 | -2.04 |
| 7039 | Lil Dutch Vanilla Wafers 11oz (V)<br>Credit from 7/1/2021 REF: 2124 | -1 | 2.25 | -2.25 |
| 7043 | Chicken of the Sea Tuna In Water7oz (K)<br>Credit from 7/1/2021 REF: 2124 | -1 | 5.99 | -5.99 |
| 7061 | Frito Lay Doritos Cool Ranch 1.5oz (V)<br>Credit from 7/1/2021 REF: 2124 | -2 | 1.10 | -2.20 |
| 7062 | Frito Lay Doritos Nacho Cheese 1.5oz (V)<br>Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7064 | Frito Lay Fritos Chili Cheese 1.5oz (V)<br>Credit from 7/1/2021 REF: 2124 | -2 | 1.10 | -2.20 |
| 7070 | Sheboygan Beef Summer Sausage 5oz<br>Credit from 7/1/2021 REF: 2124 | -2 | 3.99 | -7.98 |

BATES000129

0188863 : Johnson, Douglas

Location: DIV8 RTU 2F D2

Cook County, IL.

7/27/2021

2477

| Code | Product | Qty | Price | Extend |
|------|---------|-----|-------|--------|
| 7073 | Frito Lay BBQ 1.5oz (K)(V)(V+) Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7081 | Salsitas Tortilla Chip (K)(V)(V+) Credit from 7/1/2021 REF: 2124 | -3 | 1.10 | -3.30 |
| 7096 | Chicken Breast Pouch 4.5oz Credit from 7/1/2021 REF: 2124 | -2 | 5.13 | -10.26 |
| 7107 | Americana Mayo PC (K)(V) Credit from 7/1/2021 REF: 2124 | -12 | 0.11 | -1.32 |
| 7127 | Beef Stew Pouch 11.25 Credit from 7/1/2021 REF: 2124 | -1 | 3.69 | -3.69 |
| 7128 | Brushy Creek Lasagna Pouch 11.25oz Credit from 7/1/2021 REF: 2124 | -1 | 3.99 | -3.99 |
| 7232 | Tuna Chipotle Seasoned 3.53oz Credit from 7/1/2021 REF: 2124 | -1 | 3.49 | -3.49 |
| 7237 | Summer Sausage Hot & Spicy 5oz Credit from 7/1/2021 REF: 2124 | -1 | 3.99 | -3.99 |
| 7309 | Saltine Cracker Sleeve Credit from 7/1/2021 REF: 2124 | -1 | 0.61 | -0.61 |

Sign: _____

| | Subtotal: | -$98.53 |
|---|---|---|
| | Taxes: | -$3.23 |
| | Total: | -$101.76 |

Balance After:  $934.26

BATES000130

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Emergency Grievance
☑ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent
☐ Other: ___

CONTROL #: 2021 12367 0188263

INMATE ID #: ___

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**
(Para ser llenado solo por el personal de Inmate Services)

| | |
|---|---|
| PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson** | PRINT - FIRST NAME (Primer Nombre): **DOUGLAS** |
| DIVISION (División): **SRTV** | LIVING UNIT (Unidad): **2F** |

INMATE BOOKING NUMBER (# de Identificación del Preso): **2019 0050 8253** RT 32

DATE (Fecha): **8-22-21**

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet a criteria listed below. In order to be assigned a control #, to be appealed and/or to be processed the grievance must meet the following criteria:

The grieved issue is not one of the following non-grievable matters: inmate classification including designation of an inmate as a security risk or abuse or voyeurism; or decisions of the inmate disciplinary hearings officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker.)
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grievance form must not contain more than one issue.
The grievance form must not pertain to non-jail related concerns such as with arresting agencies, judicial matters, or medical staff at outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que ser satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser ninguno de las siguientes temas, que no se consideran quejas formales: Clasificación de presos indígeno designación del preso como riesgo de seguridad o custodia para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye las acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted chose no someter una apelación sobre la decisión dada en los 15 días calendarios.
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

| | |
|---|---|
| REQUIRED - DATE OF INCIDENT (Fecha del Incidente): **8-20-21** | REQUIRED - TIME OF INCIDENT (Hora del Incidente): **7:00 pm 8:00pm** |

REQUIRED - SPECIFIC LOCATION OF INCIDENT (Lugar Específico del Incidente): **The whole living unit 2F**

On 8-20-21 between 7:00 pm 8:00pm There was some thing wrong with AN inmate The officers call reinforcements can in And Took him out And They Took out The whole unit for No reson There was No smoke or Any one smoking And They Didn't Find Any wick Burning So There was No reson For Them To Take it. It was Not Right And No legitimate Reson for it They Need To Fine A Better or Professional way of Deal in with This matter Because There are A lot of inmates thats Not involved

| | |
|---|---|
| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información) **The whole unit 2F** | REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED (Nombre y/o Identificación del Acusado) **SRTV 6-ENTS** |

INMATE SIGNATURE (Firma del Preso): **Douglas Johnson**

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| | | | |
|---|---|---|---|
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): **D. Wilson** | SIGNATURE: **D. W.** | | DATE REVIEWED: |
| CRW/PLATOON COUNSELOR (Print): **D. Wilson** | SIGNATURE: **D. W.** | DATE CRW/PLATOON COUNSELOR RECV'D: **8.23.21** | |

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*
## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME** *(Apellido del Preso):* Johnson

**INMATE FIRST NAME** *(Primer Nombre):* Donyale

**ID Number** *(# de identificación):* 2020 0508253

**CONTROL NUMBER:** 2021 088863

**INMATE #:** 

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 330 Security / Presorganized

**IMMEDIATE CRW RESPONSE (If applicable):**

**CRW/ REFERRED THIS GRIEVANCE TO** *(Division/ Superintendent, Cermak Health Services ):* RTU

**DATE REFERRED:** 8/24/21

RESPONSE BY PERSONNEL HANDLING REFERRAL

The established policy disclosures are to be forward from tiers for any various reasons including suspected drug use inappropriate usage and tier non-compliance among others. Inmates are also stored between living units.
Inmates can be moved at any time at the discretion of staff.

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Lt. Mays 773

**SIGNATURE:**

**DN/ DEPT.:** 08 RTU

**DATE:** 8/25/21

**INMATE SIGNATURE** *(Firma del Preso):* Donyale Johnson

**DATE RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 8/25/21

INMATE'S REQUEST FOR AN APPEAL

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):* 9/2/21

I Disagree Don't make sense That either Have to pay for others things That other Inmate either Inmate and I we Don't suppose etc. Be the Reason To Remove.

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* 9/2/21

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su Designado(a)?)* Yes (Sí) ☐ No ☒

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a)?)* Original Request to forward

**SIGNATURE** *(Firma del Administrador o/su Designado(a)):*

**DATE** *(fecha):* 9/3/21

**INMATE SERVICES DIRECTOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su Designado(a)?)*

**INMATE SERVICES DIRECTOR/ DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a)?)*

**Delv Via COVID19**

**INMATE SIGNATURE** *(Firma del Preso):* J. Nuelle

**INMATE SERVICES DIRECTOR/DESIGNEE** *(Administrador o/su Designado(a)):* J. Nuelle

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)* SEP 07 2021

**(FCN-72) (NOV 17)**   **(WHITE COPY – INMATE SERVICES)**   **(YELLOW COPY – C.R.W.)**   **(PINK COPY – INMATE)**

BATES000132

# COOK COUNTY SHERIFF'S O
(Oficina del Alguacil del Condado de Co...

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY**

☐ Emergency Grievance  
☒ Grievance  
☐ Non-Compliant Grievance

☐ Cermak Health Services  
☒ Superintendent: _____  
☐ Other: _____

(If you are not filed solo por el personal de Inmate Services)

| | | | CONTROL # | | INMATE ID # |
|---|---|---|---|---|---|
| | | 2021 | 116018 | | 0180063 |

**PRINT - INMATE LAST NAME** (Apellido del Preso):  
Johnson

**PRINT - FIRST NAME** (Primer Nombre):  
Douglas

**DIVISION** (División):  
8-RTU

**LIVING UNIT** (Unidad):  
2E

**INMATE BOOKING NUMBER** (# de Identificación del Preso):  
2019060 8253

**DATE** (Fecha):  
8-29-21

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody issues, or decisions of the inmate disciplinary hearing officer.

The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the grievance includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism, no time limit exist. (If you believe exception applies please see a CRW (Correctional Rehabilitation Worker).)

The grieved issue must not be a request submission of a grievance collected within the last 15 calendar days.

The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.

The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.

The grievance form must not contain offensive or harassing language.

The grievance form must not pertain to non-jail related concerns such as arresting agencies, judicial matters, or medical staff outlying hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
(Spanish guidelines text)

| | |
|---|---|
| **DATE OF INCIDENT** (Fecha del Incidente) | 8-29-29 |
| **TIME OF INCIDENT** (Hora del Incidente) | 04/17 |
| **SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente) | Day Room |

It has been 45 Days since we had Any Hand Sanitizer And not Getting the Proper Cleaning Supplies to Clean the Day Room or the Bath Room. It's not good for our Health. Then you Take the microwave for No Reson At All For It to Be Taken Away, know we Have Sick Officers working the Tier And unvaccinated Possible Covit-19

| | |
|---|---|
| **NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** (Nombre del personal o presos que tengan información) | |
| **REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED** (Nombre y/o Identificación del Acusado) | Officer |
| **INMATE SIGNATURE:** (Firma del Preso) | Douglas Johnson |

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): _____ **SIGNATURE:** Julius ~

**DATE OF INCIDENT** (Fecha del Incidente)

**CRW/PLATOON COUNSELOR** (Print): _____ **SIGNATURE:** Julius ~ **DATE/DAY/PLATOON/COUNSELOR RECEIVED:** 8/30/21

SUPERINTENDENT/DIRECTOR/DESIGNEE AND EMERGENCY GRIEVANCES, IF THE INMATE GRIEVANCE IS OF A "SERIOUS NATURE," THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

INMATE GRIEVANCES ALLEGING STAFF USE G-i FORCE, STAFF MISCONDUCT, AND/OR THE INMATE GRIEVANCE IS OF A "SERIOUS NATURE," THE SUPERINTENDENT MUST REVIEW AND SIGN ALL GRIEVANCES.

(FCN-73) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina Del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
*(Formulario de Queja del Preso/ Apelación)*

**CONTROL NUMBER:** 2021 11618

**INMATE #:** 0888903

**ID Number (# de Identificación):** 2019 0508253

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

**INMATE LAST NAME (Apellido del Preso):** Johnson

**INMATE FIRST NAME (Primer Nombre):** Douglas

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** DOC DOC COVID

**IMMEDIATE CRW RESPONSE (if applicable):** N/A

**CRW/ REFERRED THIS GRIEVANCE TO** ( Example: Superintendent, Cermak Health Services ): DIV 4

### RESPONSE BY PERSONNEL HANDLING REFERRAL

**PERSONNEL RESPONDING TO GRIEVANCE (Print):**
CHOMICROS TO CLOAN ALO PASS'D OUT DAILY 4 TIMES a
MICROVICOS ARE COMMOD FROM TIERS NOT IN COMPLIANCE
EVERYONE IS SCREENED FROM BEFORE THEY ENTER FOR DUTY
HAND SANITIZER DELIVERD ON 9/3/21
LT. MCAP

**SIGNATURE:** [signature]

**DIV./DEPT.:** 08/02

**DATE:** 9/3/21

**DATE REFERRED:** 8/31/21

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida)
09.03.2021

---

### INMATE'S REQUEST FOR AN APPEAL: ( Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
*(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)*

**INMATE'S SIGNATURE (Firma del Preso):** Douglas Johnson

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** *(Fecha de la solicitud de la apelación del preso):*

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** *(Apelación del preso aceptada por el administrador o/su designado(a)?)*   Yes (SÍ) ☐   No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a)):*

**SIGNATURE (Firma del Administrador o/su Designado(a)):**

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*   / /

---

**INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):**

**INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION:** *(Decision o recomendación por parte del administrador o/su designado(a)):*

**SIGNATURE (Firma del Administrador o/su Designado(a)):**

**DATE (Fecha):** / /

---

**INMATE SIGNATURE (Firma del Preso):**

**DATE APPEAL RESPONSE WAS RECEIVED:** *(Fecha en que la respuesta fue recibida)*   / /

---

(FCN-72) (NOV 17)

**(WHITE COPY – INMATE SERVICES)** **(YELLOW COPY – C.R.W.)** **(PINK COPY – INMATE)**

BATES000134



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Grievance
☐ Non-Compliant Grievance

CONTROL # 2021320627 0288863

INMATE ID # 

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY!** (Para ser llenado sólo por el personal de Inmate Services.)

PRINT - INMATE LAST NAME (Apellido del Preso): **Johnson**

PRINT - FIRST NAME (Primer Nombre): **Douglas** 300

DIVISION (División): **8 - RTU**

LIVING UNIT (Unidad): **Doug 8 RTU 2f**

INMATE BOOKING NUMBER (# de Identificación del Preso): **2019D0083253**

☐ Cermak Health Services
☐ Superintendent: **RTU**
☐ Other:

DATE (Fecha): **9-5-21**

---

## GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below. In order to be assigned a control #, to be appealed and/or to exhaust remedies.

The grieved issue is not one of the following non-grievable matters:
- The grieved issue must have occurred within the last 15 calendar days, unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism at time limits exist. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
- The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
- The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
- The grieved issue must not contain offensive language.
- The grievance form must not contain more than one issue.
- The grievance issue must not pertain to non-jail related concerns such as with matters of agencies, judicial matters, or medical staff at outside hospitals, etc.

## DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA

El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.

El asunto de la queja no puede ser ninguno de los siguientes temas, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso. Tal como el riesgo de seguridad o custodia del preso, o decisiones del oficial de audiencias disciplinarias para los presos.
- El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, asalto sexual, hostigamiento, sexual abuso. O voyerismo. Si la queja incluye acusaciones de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (CRW/RHU).
- El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
- El asunto de la queja no puede ser una repetición de una queja recibida y la cual ya ha recibo una respuesta y fue apelada.
- El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibo una respuesta y usted rechazó a no someter una apelación sobre la decisión dada en los 15 días calendarios.
- El asunto de la queja no puede contener lenguaje ofensivo o amenazante
- La solicitud de la queja no puede corresponder a asuntos no relacionados con la cárcel tal como preocupaciones sobre la agencia de arresto, asuntos judiciales, o empleados médicos de hospitales periféricos, etc.

---

REQUIRED - DATE OF INCIDENT
(Fecha del Incidente): **8-20-21**

REQUIRED - TIME OF INCIDENT
(Hora del Incidente): **2:30pm**

REQUIRED - SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente): **Div 8-RTU-2F**

REQUIRED - NAME and/or IDENTIFIER(S) of ACCUSED
(Nombre y/o Identificación del Acusado):

Dear Director please be informed that I would like to address my sleep concern in regards to the removal of the Micro-wave which is highly needed in the above mentioned Dorm which I was not responsible for it being taken and would appreciate the return of it as soon as possible. Thank you.

INMATE SIGNATURE: (Firma del Preso): **Douglas Johnson**

---

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tengan información):

**the whole 2F**

SIGNATURE: [signature]

DATE CRW/PLATOON COUNSELOR RECEIVED:

---

CRW/PLATOON COUNSELOR (Print): **D. DAWSON**

SIGNATURE: [signature]

DATE: **9.8.2**

---

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): **D. DAWSON**

SIGNATURE: [signature]

DATE REVIEWED: **9.8.2**

---

(FCN-73)(NOV 17)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

CONTROL NUMBER: 2021 W1600

### INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

ID Number (# de Identificación): 2019-0508253

INMATE #: W1600

INMATE # 0188863

GRIEVANCE ISSUE AS DETERMINED BY CRW: 300 Recreation

IMMEDIATE CRW RESPONSE (If applicable):

### RESPONSE BY PERSONNEL HANDLING REFERRAL

CRW/ REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ): RTU / O&M

DATE REFERRED: 1/14/21

PERSONNEL RESPONDING TO GRIEVANCE (Print): Lt. Gurik

The Microwave is not a right, microwave Privileges can Be Revoked due to non-compliance.

SIGNATURE: [signature]

DIV./DEPT.: RTU

DATE: 1/28/21

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 1/28/21

### INMATE'S REQUEST FOR AN APPEAL ( Solicitud de Apelación del Preso)

INMATE SIGNATURE (Firma del Preso): Declined to sign 1-29-21

SIGNATURE: [signature]

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida) 1/29/21

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances, in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Apelación del preso aceptada por el administrador o/su designado(a)?:     Yes (sí) ☐     No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a))

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida):

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)):

DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)     (YELLOW COPY – C.R.W.)     (PINK COPY – INMATE)

Inmate Serv. Copy

BATES000136



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

CONTROL #  2021156026018803

INMATE ID # 090

☐ Emergency Grievance
■ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent:
■ Other: Commissary Creditor

THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY *(Para ser llenado solo por el personal de Inmate Services.)*

PRINT - INMATE LAST NAME *(Apellido del Preso):* Johnson

PRINT - FIRST NAME *(Primer Nombre):* Dacorias

INMATE BOOKING NUMBER *(#de Identificación del Preso):* 20190505853

DATE *(Fecha):* 11-15-21

DIVISION *(División):* 8-RTU

LIVING UNIT *(Unidad):* 36

### SUMMARY OF COMPLAINT

DATE OF INCIDENT *(Fecha del Incidente):* 11-4-21

TIME OF INCIDENT *(Hora del Incidente):* 9:00 Am

SPECIFIC LOCATION OF INCIDENT *(Lugar Específico del Incidente):* Div 8 RTU-36

NAME and/or IDENTIFIER(S) OF ACCUSED *(Nombre y/o Identificación del Acusado):* Commissary

On 11-4-21 Commissary Took $79.30 out of my Trust fund And on 11-6-21 when Commissary Came They D/DN't Have my Order. I Talk To The Superviser Told me He was Going To Take my Bag And Bring it Back He D/DNt come Back And it's Been Two weeks And t st/l HAVen't Recivd my Refund Yet t Resive my Trist fund Balance To Day And it's Not There This is Becoming A Big Problem Because How Could You Take Money for An Order AND Dont Deliver it Can t Please Have my Refund

INMATE SIGNATURE *(Firma del Preso):* Dacorias Johnson    DATE *(Fecha):* 11-15-21

NAME OF STAFF OR INMATE (HAVING INFORMATION REGARDING THIS COMPLAINT): Commissary Superviser Bvt

SUPERINTENDENT/DIRECTOR/DESIGNEE *(Print):* S Davis    SIGNATURE: [signature]    DATE/CRW/PLATOON COUNSELOR RECEIVED: 11-17-21

CRW/PLATOON COUNSELOR *(Print):* S Davis    SIGNATURE: [signature]    DATE REVIEWED: 11-17-21

(FCN-73)(NOV 17)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): **Johnson**

INMATE FIRST NAME (Primer Nombre): **Douglas**

ID Number (# de Identificación): **2019050852S3**

CONTROL NUMBER: **2021**

INMATE #: 

DATE REFERRED: **11/18/21**

IMMEDIATE CRW RESPONSE (if applicable):

GRIEVANCE/ISSUE AS DETERMINED BY CRW: **O-4l-Comm-issory Refund**

CRW/ REFERRED THIS GRIEVANCE TO ( Complete: Superintendent, Cermak Health Services ): **Commissary Vendor**

### RESPONSE BY PERSONNEL HANDLING REFERRAL

PERSONNEL RESPONDING TO GRIEVANCE (Print): **See All Attachments**

DIV/DEPT.: **Comissary**      DATE: **11/30/21**

SIGNATURE: 

INMATE SIGNATURE (Firma del Preso):      DATE RESPONSE WAS RECEIVED: (fecha en que la respuesta fue recibida)

**INMATE'S REQUEST FOR AN APPEAL** ( Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso.)

INMATE SIGNATURE (Firma del Preso):

### ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Aceptación del preso aceptada por el administrador o/su designado(a)?)    Yes (Sí) ☐   No ☐

SIGNATURE (Firma del Administrador o/su Designado(a)):      DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)  DATE (Fecha):

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a)?)

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su designado(a)):

INMATE SIGNATURE (Firma del Preso):

Case: 1:22-cv-03049 Document #: 85-3 Filed: 06/11/25 Page 65 of 72 PageID #:618



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL**

INMATE LAST NAME (Apellido del Preso): Robinson
INMATE FIRST NAME (Primer Nombre): Douglas
ID Number (# de Identificación): 2019050508253
CONTROL NUMBER / INMATE #

IMMEDIATE CRW RESPONSE (If applicable): SEE ALL Attachments

IMMEDIATE DATE RESPONSE AS DETERMINED BY CRW:

GRIEVANCE ISSUE AS DETERMINED BY CRW: 0410-Commissary Refund

CRW / REFERRED THIS GRIEVANCE TO ( Example: Superintendent, Cermak Health Services ):
Commissary Vendor
DATE REFERRED: 11/18/21

PERSONNEL RESPONDING TO GRIEVANCE (Print): 0410

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

DN/DEPT: Commissary
DATE RESPONSE WAS RECEIVED: 11/30/21

SIGNATURE:

DATE: 11/30/21

**THIS SECTION IS TO BE COMPLETED BY INMATE**

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso)

First Of All The Commissary Worker Didn't Call By Name. And Ascend This Is Not My Signature. This Is How I Write My Name. And Last Look At The Birth Date 3-5-98 That Is Not My Birth Date. My Real Birth Date Is 9-30-69. Now Will You Please Refund Me Credit I Spend for amount of $ 79.30

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso): 12-3-21

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

INMATE SIGNATURE (Firma del Preso):

PERSONNEL RESPONDING TO GRIEVANCE (Print):

**THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES**

ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
(Aceptación del preso aceptada por el administrador o/su designado(a)):
Yes (SI) ☑   No ☐

ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):
Credit issued for amount of $79.30

SIGNATURE (Firma del Administrador o/su Designado(a)):
V.b.ce

DATE APPEAL RESPONSE WAS RECEIVED (recibió): 1/3/22

INMATE SERVICES DIRECTOR/DESIGNEE'S DECISION OR RECOMMENDATION: (Decisión o recomendación por parte del administrador o/su designado(a)):
Credit issued for amount of $ 79.30

SIGNATURE (Firma del Administrador o/su Designado(a)):
V.b.ce

DATE (fecha): 1/3/22

INMATE SIGNATURE (Firma del Preso):

DATE APPEAL RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida por el preso): 1/3/22

Delv Via COVID19

S. Davis   DEC 07 2021

(FCN-72) (NOV 17)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000139



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ Emergency Grievance
■ Grievance
☐ Non-Compliant Grievance

**CONTROL #** 20215387 0188063
**INMATE ID #** 334

PRINT - INMATE LAST NAME (Apellido del Preso): Johnson
DIVISION (División): 8 RTU - 3B

PRINT - FIRST NAME (Primer Nombre): Douglas
LIVING UNIT (Unidad): 3G

INMATE BOOKING NUMBER (# de identificación del Preso): 20190502153
DATE (Fecha): 11-B-21

☐ Cermak Health Services
■ Superintendent: Div 8 RTU 3B Staff
☐ Other:

### Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

**DATE OF INCIDENT** (Fecha del Incidente): 11-11-21

**TIME OF INCIDENT** (Hora del Incidente): Between 7 and 8pm Day Room

**SPECIFIC LOCATION OF INCIDENT** (Lugar Específico del Incidente): 8t Rec unit SL Rec ties and officies

**NAME and/or IDENTIFIERS OF ACCUSED** (Nombre y/o Identificación del Acusado): Douglas Johnson

**SUMMARY OF COMPLAINT:**

On 11-11-21 At around 6 or 7:30 Officers Sent us to Rec After we Returned we was Notice That they Shock us Down And lock the Recreation Radio and microwave We are about it And the SL Reg'tt He didn't like some Guys Additude And he walked over the Door so we All came in the Day Room Asked to talk to he him we Told Him that wasn't A Good Reason to Shake the items Everyone And he Talking when St Reg'tt came in And said Everyone Get one on one if he calm Back But one inmate didn't so they Response And He first And threatone them in my face The St Reg'tt He kept He Mase And Spread Refugees in my face Officers And whole Unit

**INMATE SIGNATURE** (Firma del Preso): Douglas Johnson
DATE: 11-13-21

**STAFF SIGNATURE** / **SIGNATURE:** (signature)
DATE: 11-15-21

Page Two

Douglas Johnson 2019C5D8753 RTU D.i's 3G

And Hands All over And The Thing is I Did what was Requested
By St. Recinight I was sitting on my Bunk And I Got Braed
First My Face And Hands was Burning And It was starting
Set off My Asthma I'm on a CPAP And I All most fell
Trying to @ Get Away from It but It Got on Me Anyway
Don't That It's Right for officers To come in And Do This.
if theres no Communication You can't Resolve Anything.
Ry T-Shirts were Destroyed Everything on My Desk was
On Floor Then She Rakes Took The Sheet of The Ground And
Started Wipping The Desk Necking Everything Down
Messing up Everything And It was Just very Unprofessional.
I Know theres A Better way To Handal This
Matter But I sincs Like they Didn't care
Then I was sent To Med, Cell To Be checked
Out And was Turned Down And was left To
Be Get some Air At This Point seeing Like Nobody
cared

BATES000141



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso / Apelación)

CONTROL NUMBER: 2020X0508253

ID Number (Identificación): 15871

INMATE #: 20191005

**INMATE INFORMATION TO BE COMPLETED BY INMATE SERVICES PERSONNEL ONLY**

INMATE LAST NAME (Apellido del Preso): Johnson

INMATE FIRST NAME (Primer Nombre): Douglas

IMMEDIATE CRW RESPONSE (If applicable):

GRIEVANCE ISSUE AS DETERMINED BY CRW: 334-Security Procedures (Cell search/Shakedown)

THIS GRIEVANCE IS REFERRED TO: (Example: Superintendent, Cermak Health Services):
Div 8 RCDC Supt

**RESPONSE BY PERSONNEL HANDLING REFERRAL**

CRW/REFERRED THIS GRIEVANCE TO:

DATE REFERRED: 11/6/24

PERSONNEL RESPONDING TO GRIEVANCE (Print): Abbott

SIGNATURE: Abbott

DIV/DEPT: RM

DATE: 11/30/2001

Staff will be reminded to remain professional at all times and de-escalate situations to avoid the use of OC spray

STAFF SIGNATURE (Firma del Preso): [signature] Abbott Johnson

DATE RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)
12/18/24

---

**INMATE'S REQUEST FOR AN APPEAL:** (Solicitud de Apelación del Preso)

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.
(Con el fin de agotar los recursos administrativos, las apelaciones de las quejas se deben realizar en el plazo de 15 días después de que el recluso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

DATE OF INMATE'S REQUEST FOR AN APPEAL: (Fecha de la solicitud de la apelación del preso:)

---

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** (Apelación del preso aceptado por el administrador o/su designado(a)?)   Yes (Sí) ☐   No ☐

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decisión o recomendación por parte del administrador o/su designado(a)?)

DATE APPEAL RESPONSE WAS RECEIVED: (Fecha en que la respuesta fue recibida)

INMATE SERVICES DIRECTOR/DESIGNEE (Administrador o/su Designado(a)):

SIGNATURE (Firma del Administrador o/su Designado(a)?)

DATE (Fecha):

INMATE SIGNATURE (Firma del Preso):

(FCN-72) (NOV 17)

(WHITE COPY – INMATE SERVICES)   (YELLOW COPY – C.R.W.)   (PINK COPY – INMATE)

BATES000142



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

CONTROL #: 2022/5120/ 0188843

INMATE ID #: 190

☐ THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !
(¡ Para ser llenado solo por el personal de Inmate Services !)

☐ Emergency Grievance
■ Grievance
☐ Non-Compliant Grievance

☐ Cermak Health Services
☐ Superintendent: _____
☐ Other: _____

PRINT - INMATE LAST NAME: (Apellido del Preso):
Johnson

PRINT - FIRST NAME: (Primer Nombre):
Douglas

INMATE BOOKING NUMBER: (# de Identificación del Preso):
2021052553

DIVISION (División):
8 RTU

LIVING UNIT (Unidad):
2 G

DATE (Fecha):
11-19-21

REQUIRED - DATE OF INCIDENT
(Fecha del Incidente):
11-14-21

REQUIRED - TIME OF INCIDENT
(Hora) del Incidente):
8:00am

REQUIRED - SPECIFIC LOCATION OF INCIDENT
(Lugar Específico del Incidente):
Medical Booth

### GRIEVANCE GUIDELINES AND SUMMARY OF COMPLAINT

Your grieved issue must meet all criteria listed below in order to be assigned a control #, to be appealed and/or to exhaust remedies.
The grieved issue is not one of the following non-grievable matters: Inmate classification including designation of an inmate as a security risk or protective custody inmate, or decisions of the inmate disciplinary hearing officer.
The grieved issue must have occurred within the last 15 calendar days unless the allegation is of sexual assault, sexual harassment, sexual abuse or voyeurism. If the allegation includes an allegation of sexual assault, sexual harassment, sexual abuse or voyeurism there is no time limit to edit. If you believe an exception applies please see a CRW (Correctional Rehabilitation Worker).
The grieved issue must not be a repeat submission of a grievance collected within the last 15 calendar days.
The grieved issue must not be a repeat submission of a grievance that previously received a response and was appealed.
The grieved issue must not be a repeat submission of a grievance that previously received a response and you chose not to appeal the response within 15 calendar days.
The grieved issue must not contain threatening or harassing language.
The grievance must not pertain to non-jail related concerns such as with arrest, judicial matters, or medical staff at outside hospital, etc.

Wurse Charges and other Nurses
This morning At 8:00am Nurse Came To Give A Inmate his PRN MEDICATION
And When I Ask Her For My PRN Pain MEDICATION She Told Me She's Not
Going To Give it And Walked Out The Booth Now I've Been Having A Problem
With The Nurses giving It. The Doctor Perscribe It for me 6 six Hour And
Act Like Its A Problem And Theres Only One Nurse That I feel It
Could Be. Don't Everyone Els Act Like Its A Problem. I Think I
Should Get My MEDICATION The Way Its Perscribed Because I'm In
A Lot of Pain.

### DIRECTRICES PARA AGRAVIOS Y RESUMEN DE QUEJA
El asunto de la queja tiene que satisfacer todo el criterio listado más abajo para obtener un número de control, para ser apelado y/o agotar todos los remedios posibles.
El asunto de la queja no puede ser una de las siguientes materias, que no se consideran quejas formales: Clasificación del preso incluyendo designación del preso, tal como el riesgo de seguridad o custodia de protección para los presos, o decisiones del oficial de audiencias disciplinarias para los presos.
El asunto de la queja formal tiene que haber pasado en los últimos 15 días calendarios a menos que la acusación sea de acoso sexual, sexual hostigamiento, sexual abuso o voyerismo. Si la queja Incluye acusación de acoso sexual, hostigamiento, voyerismo, o abuso, no existe tiempo límite. Si usted cree que existe una excepción, hable o vea a un Trabajador de Rehabilitación Correccional (CRW/CRW).
El asunto de la queja no puede ser una repetición de una queja sometida en los últimos 15 días calendarios.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y fue apelada.
El asunto de la queja no puede ser una repetición de una queja previamente recibida y la cual ya ha recibido una respuesta y usted eligió no someter una apelación sobre la decisión dada en los 15 días calendarios.
El asunto de la queja no puede contener lenguaje ofensivo o amenazante.
La solicitud de la queja no puede contener más de un asunto.
El asunto de la queja puede ser una repetición de una queja previamente recibida y la cual ya la recibió una respuesta y usted recibida no someter una apelación sobre la decisión dada en los hospitales penitenciarios, etc.

INMATE SIGNATURE: (Firma del Preso):
Nicholas Schwartz

REQUIRED - NAME and/or IDENTIFIER(S) OF ACCUSED
(Nombre y/o Identificación del Acusado):
Nicholas Schwartz

DATE/TIME RECEIVED:
'21 NOV 22 PM 12:58

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:
(Nombre del personal o preso que tenga(n) información):
Other Inmate And Officer

SUPERINTENDENT/DIRECTOR/DESIGNEE OR A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT,
AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

CRW/PLATOON COUNSELOR (Print):
S Davis

SIGNATURE:
[signature]

DATE REVIEWED:
11-12-21

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):

SIGNATURE:

DATE REVIEWED:

(FCN-73)(NOV 17)       (WHITE COPY – INMATE SERVICES)       (YELLOW COPY – CRW/PLATOON COUNSELOR)       BA (PINK COPY – INMATE)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina Del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE/APPEAL FORM
(Formulario de Queja del Preso/ Apelación)

**CONTROL NUMBER**

**INMATE #:** 2020 0088583

**INMATE INFORMATION TO BE COMPLETED BY INMATE/SERVICES PERSONNEL ONLY**

**INMATE LAST NAME** (Apellido del Preso): Johnson

**INMATE FIRST NAME** (Primer Nombre): Douglas

**ID Number** (Número de Identidad): 2019 0508253

**GRIEVANCE ISSUE AS DETERMINED BY CRW:** 190-Medical Prescription

**IMMEDIATE CRW RESPONSE** (If applicable):

**INMATE GRW / REFERRED THIS GRIEVANCE TO** [ ] Exam Superintendent, Cermak Health Services:

Cermak Health Services

**RESPONSE BY PERSONNEL HANDLING REFERRAL.**

**DATE REFERRED:** 11 / 18 / 21

Dear Mr. Johnson, thank you for bringing your concerns to our attention. Cannot prescribe/authorize medication. Received med.cal order about 0825 medication received as prescribed will relay to Nurse Practitioner re meds. Discharged 12/8/21

**PERSONNEL RESPONDING TO GRIEVANCE** (Print): Susan Shirley

**SIGNATURE:** [signature]

**DIV/DEPT:** Discharged 12/8/21

**DATE:** 12 / 8 / 21

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

**INMATE SIGNATURE** (Firma del Preso): Mailed to resident

**DATE RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): 12 / 14 / 21

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

**INMATE'S REQUEST FOR AN APPEAL** (Solicitud de Apelación del Preso):

To exhaust administrative remedies, grievance appeals must be made within 15 calendar days of the date the inmate received the response. An appeal must be filed in all circumstances in order to exhaust administrative remedies.

(Con el fin de agotar los recursos administrativos, las apelaciones de la queja se deben realizar en el plazo de 15 días después de que el preso haya recibido la respuesta. La apelación se debe enviar en todos los casos a fin de agotar los recursos administrativos.)

**DATE OF INMATE'S REQUEST FOR AN APPEAL** (Fecha de la solicitud de la apelación del preso): ___/___/___

**INMATE SIGNATURE** (Firma del Preso):

**THIS SECTION IS TO BE COMPLETED BY INMATE!**

**ADMINISTRATOR/DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?** Yes (Sí) [ ] No [ ]
(Apelación del preso aceptado por el administrador o/su designado(a)?)

**ADMINISTRATOR/DESIGNEE'S DECISION OR RECOMMENDATION:** (Decision o recomendación por parte del administrador o/su designado(a))

**SIGNATURE** (Firma del administrador o/su designado(a)): 

**INMATE SERVICES DIRECTOR/DESIGNEE** (Administrador o/su Designado(a)):

**DATE APPEAL RESPONSE WAS RECEIVED:** (Fecha en que la respuesta fue recibida): ___/___/___

**DATE** (Fecha): ___/___/___

**INMATE SIGNATURE** (Firma del Preso):

(FCN-72) (NOV 17)

**(WHITE COPY – INMATE SERVICES)** **(YELLOW COPY – C.R.W.)** **(PINK COPY – INMATE)**

REF 11-37-2021 10:17

BATES000144

CCDOC — Inmate Services
2700 S California Ave
Chicago, IL 60608
Re: 2021 X 15601

Johnson Douglas
2919 W Filmore
Chicago IL 60612

BATES000145

# 2021x 15601

## I.I.C Name: Johnson, Douglas

### Date Mailed: 12 / 14 / 2021

**Attached to this document is the response to your grievance.**

If you find the response acceptable and/or do not wish to exhaust your administrative remedies with the C.C.D.O.C., no further action is required.

If you are unsatisfied with the response and/or you wish to exhaust your administrative remedies with the C.C.D.O.C., please complete the APPEAL SECTION and return it to the address provided below. The C.C.D.O.C. must receive your appeal within 15 calendar days of the post/marked envelope containing your response. You are required to submit a photocopy of the post/marked envelope along with your appeal statement. Failure to provide the photocopy with the appeal statement within 15 calendar days of the documented post/marked date, it will result in an automatic "denied" of your appeal.

Please be reminded that it is YOUR responsibility to ensure that the C.C.D.O.C. is in-receipt of your appeal.

C.C.D.O.C. I.I.C Services Dept. : 773-674-2836

*CCDOC – I.I.C Services*
*2700 S California Ave.*
*Chicago, IL 60608*

BATES000146