| Status | Inmate | Bed | Start Date | End Date |
|---|---|---|---|---|
| Inactive | Douglas P Johnson | DIV08-3G-D5-16 | 9/20/2021 15:00 | 12/8/2021 21:00 |
| Inactive | Douglas P Johnson | DIV08-2F-D2-16 | 6/26/2021 9:30 | 9/20/2021 15:00 |
| Inactive | Douglas P Johnson | DIV8-3W-3213-1 | 6/15/2021 21:00 | 6/26/2021 9:30 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 6/11/2021 13:30 | 6/15/2021 19:00 |
| Inactive | Douglas P Johnson | DIV08-3H-D6-36 | 6/10/2021 13:30 | 6/11/2021 11:00 |
| Inactive | Douglas P Johnson | DIV8-3W-Dayroom-DR | 6/9/2021 16:00 | 6/10/2021 13:00 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 6/2/2021 22:30 | 6/9/2021 13:30 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-38 | 4/24/2021 11:30 | 6/2/2021 22:30 |
| Inactive | Douglas P Johnson | DIV08-4B-D1-34 | 4/12/2021 19:30 | 4/24/2021 11:30 |
| Inactive | Douglas P Johnson | DIV8-3N-3247-1 | 4/9/2021 2:30 | 4/12/2021 19:00 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 4/8/2021 14:30 | 4/8/2021 16:00 |
| Inactive | Douglas P Johnson | DIV8-3N-3247-2 | 4/7/2021 17:00 | 4/8/2021 14:30 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-7 | 2/18/2021 15:30 | 4/7/2021 17:00 |
| Inactive | Douglas P Johnson | DIV08-3F-D4-38 | 1/29/2021 11:00 | 2/18/2021 15:30 |
| Inactive | Douglas P Johnson | DIV08-4C-D2-8 | 1/15/2021 9:00 | 1/29/2021 11:00 |
| Inactive | Douglas P Johnson | DIV08-3D-D3-8_C | 1/8/2021 8:00 | 1/15/2021 9:00 |
| Inactive | Douglas P Johnson | DIV08-2G-D3-8 | 5/17/2020 10:30 | 1/8/2021 8:00 |
| Inactive | Douglas P Johnson | DIV08-4G-D5-27 | 4/22/2020 11:00 | 5/17/2020 10:30 |
| Inactive | Douglas P Johnson | DIV8-3S-3105-1 | 4/17/2020 21:00 | 4/22/2020 11:00 |
| Inactive | Douglas P Johnson | DIV08-3E-6-1 | 4/16/2020 15:30 | 4/17/2020 19:30 |
| Inactive | Douglas P Johnson | DIV08-3H-D6-6 | 12/8/2019 20:05 | 4/16/2020 15:30 |
| Inactive | Douglas P Johnson | DIV 15-HP-HOSPITAL-GEN | 12/7/2019 9:49 | 12/8/2019 13:33 |
| Inactive | Douglas P Johnson | DIV10-2A-2110-1 | 9/18/2019 21:30 | 12/7/2019 9:00 |
| Inactive | Douglas P Johnson | DIV10-2A-2107-2 | 9/4/2019 18:30 | 9/18/2019 21:30 |
| Inactive | Douglas P Johnson | DIV10-2A-2113-1 | 5/25/2019 12:30 | 9/4/2019 18:30 |
| Inactive | Douglas P Johnson | DIV10-3A-3109-2 | 5/8/2019 23:30 | 5/25/2019 12:30 |

BATES 000071