| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) (Incident Report) | Incident Description (Incident Report) (Incident Report) |
|---|---|---|---|---|---|---|
| DIV08-2021-6708 | Douglas P Johnson | Participant | Verified | 5/7/2021 | General | Cermak Clinic refusals |
| DIV08-2021-9098 | Douglas P Johnson | Participant | Verified | 6/11/2021 | General | Medical Emergency |

**Incident Narrative (Incident Report) (Incident Report)**

On 07 May 2021 R/O Kielian #16123 was assigned to Div.08/RTU Cermak movement. The following detainees refused their Cermak Clinic appointments:

CHS DIAGNOSTIC RADIOLOGY:

| | | |
|---|---|---|
| ---Caswell, Malik | 20180219119 | None given |
| ---Araiza, Guillermo | 20180117058 | None given |
| ---Jones, Reginald | 20210430101 | I need to see my own |
| ---Lumpkins, Marco | 20200208023 | None given |

CHS OPTOMETRY:

| | | |
|---|---|---|
| ---Johnson, Douglas | 20190508253 | Reschedule please |

On 11 Jun 21, at approximately 1025 hours, R/O Lopez #17301 was conducting medication pass on tier 3H of RTU and was notified of inmate Johnson, Douglas #20190508253 being unresponsive on his bed bunk. R/O approached inmate and observed inmate laying awkwardly on his bunk, breathing heavily, and unresponsive to calls from R/O. R/O notified Nurse O who was medicating the tier at the time. R/O then called via radio of a possible medical emergency. R/O then called via telephone for additional medical staff to come to the tier and render aid. Inmate become alert and sat up when medical staff responded. Inmate was escorted off the tier via wheelchair to dispensary where he was then referred to Cermak.

**Incident Summary Narrative (Incident Report) (Incident Report)**

ICC Ofc. Somerfield #15233 notified at 1627hrs and closed out at 1627hrs.

AO line Inv. Rodriguez #6245 notified at 1629hrs and issued AO# 86821.

Supt. Jones-Hayes notified via this report. All other notifications made via this report.

---

R/Lt. McArdle #719 responded to the third floor dispensary for a medical emergency.

Upon arrival detainee Johnson, Douglas #20190508253 was sitting in the wheel chair being attended to by Nurse Anderson.

Detainee Johnson was then escorted to Cermak Urgent Care by Sgt. Waters and medical staff per Nurse Anderson. Once at Cermak Urgent Care, 911 was activated by Dr. Paul due to detainee Johnson complaining of abdominal pain and having abnormal vitals.

CFD Ambulance #34 transported detainee Johnson to Mt. Sinai Hospital with Ex-Ops Squad #3232(Ofc. Cacioppo #14741 and Ofc. Razo #14757) at 1055hrs.

AO line Inv. Cashen #6162 notified at 1137hrs and issued AO# 91450.

Supt. Cintron notified via e-mail and this report. All other notifications made via this report.

| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) (Incident Report) | Incident Description (Incident Report) (Incident Report) |
|---|---|---|---|---|---|---|
| DIV08-2021-18269 | Douglas P Johnson | Participant | Verified | 10/8/2021 | General | Cermak Clinic refusals |

On 08 October 2021, R/O Kielian #16123 was assigned to Div.08/RTU Cermak movement. The following detainees refused their Cermak Clinic appointments:

CHS DIAGNOSTIC RADIOLOGY:

- Byas, Michael P.     20211006041     None given
- Slewo, Kevin D.     20210930111     "what am I getting an x-ray for"?
- Tidwell, Trenton M.     20210925010     It's too early for that

CHS GENERAL UROLOGY:

- Blackman, Michael     20190923159     Would like to reschedule please
- Chaney, Jonathan     20210226138     Nah - I'm good
- Williams, Irven     20170812183     None given
- Johnson, Douglas P.     20190508253     I'm in lots of pain, please reschedule

CHS CARDIOLOGY:

- Sipior, Czeslaw     20180807086     None given

AO line Inv. Stremlau #6233 notified at 1429hrs and issued AO# 110154.

Supt. Cintron notified via this report. All other notifications made via this report.

| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) (Incident Report) | Incident Description (Incident Report) (Incident Report) |
|---|---|---|---|---|---|---|
| DIV08-2020-7070 | Douglas P Johnson | Participant | Verified | 5/31/2020 | General | 08 RTU Tier Search 2G |
| DIV08-2020-1560 | Douglas P Johnson | Participant | Verified | 1/28/2020 | General | RTU Dental Clinic Refusals and Reschedules |

## Incident Narrative (Incident Report) (Incident Report)

On 31MAY20 at 11:57 Hrs., R/S Gust #3293 conducted a search on Tier 2G in Division 08 RTU (39x Detainees). Detainee Davis, Charles #20171209023 was pat searched and had 3x pills (1/2 green 1/2 tan in color) and had 3x pills (1/2 green 1/2 tan in color) in his bunk area bed #28. Nurse Barajas identified these total of 6x pills to be Parzosin (used for Psych Meds). Detainee Carter, Kenneth #20180703169 was pat searched and ha 16x pills (1/2 green 1/2 tan in color) in a clear plastic baggie identified also as Parzosin by Nurse Barajas. Under bunk # 39 there was a bag of suspect hooch (cut apples and orange watery substance with an strong alcoholic odor) that was found. Bunk #39 houses Detainee Bush, Burnell #20190707147 which was identified from one of his Commissary balance sheets in his property. Detainee Johnson, Douglas #20190508253 (bunk # 9) had 5x Lidocaine (identified by Nurse Barajas) patches in his property which was identified by his mail. All pills and Lidocaine patches were turned over to medical staff and copies were taken for record. The suspect hooch was disposed of properly. Lt. Soto #686 notifed.

The following detainees refused RTU Dental Clinic today : Brown, Darrell 20191016085 4C. The form was signed. "I'm tired."
Clemons, Keith 20171223044 4F. The form was signed. "I saw a dentist when I was at Chester."
Richardson, Alonzo 20190824002 2B was at court.
Johnson, Douglas 20190508253 3H was at Cermak.

Sgt. Gust # 3293, Sgt. Anderson and Sgt. Gathright # 3260, Officers Fondren, Motley, Gallacher, Rieger, McGee, Garibo, and Munoz, conducted a search on tier RTU 2G per Supt. K Jones-Hayes at 1156 hrs. captured on camera 2-026-2POD-7NW.

All 39x detainees were pat down and 4 random detainees were body scanned with negative results (including target detainee Davis, Charles # 20171209023).

Staff recovered on detainees : Davis, Charles #20171209023 was pat searched and had 3x pills (1/2 green 1/2 tan in color) and had 3x pills (1/2 green 1/2 tan in color) in his bunk area bed #28

Carter, Kenneth #20180703169 was pat searched and ha 16x pills (1/2 green 1/2 tan in color) in a clear plastic baggie identified also as Parzosin

Johnson, Douglas #20190508253 (bunk # 9) had 5x Lidocaine

Bush, Burnell #20190707147-(cut apples and orange watery substance with an strong alcoholic odor) that was found. Bunk #39 houses Detainee Bush, Burnell

All 4 detainees were written up on disciplinaries and will remain on tier pending hearing.

******

Supt. K Jones-Hayes notified at 1350 hrs.
Cmd Center Officer Beamon # 17227 notified at 1520 hrs.
AO Inv. Freitag # 6255 assigned AO# 51994 at 1607 hrs.

R/Lt. # 660 was notified of the above dental refusal 4 X Refusal forms and reasons attached . Supt Jones-Hayes notified via report. Inv. Ruiz # 6262 notified @1536  A O # 39806

| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) (Incident Report) | Incident Description (Incident Report) (Incident Report) |
|---|---|---|---|---|---|---|
| DIV10-2019-18177 | Douglas P Johnson | Participant | Verified | 12/7/2019 | General | Inmate Complaining of Back Pain |

Incident Documentation Report (10:06:12:25 hr)

On 07 Dec 19 at approximately 0655 HRS R/O Flores #18314 while working DIV10-2A and conducting my morning count it was brought to my attention by detainee Lockett Terry #20191116139 in cell #2110 that his cellmate Johnson, Douglass #20190508253 was having severe back and right leg pain. I then notified Sgt. Fitzgerald of the situation. Paramedics were called and arrived on scene transported detainee Johnson to Division 10 dispensary for medical attention. End of report.

R/L Johnson #712 was notified by Sgt. Fitzgerald that inmate Johnson, Douglas 2019-0508253 of living unit 2A was complaining to Ofc. Flores during his initial count that he could not move.  Sgt. Fitzgerald made notification to the dispensary via the radio.  Nurse Lozano responded to 2A and transported inmate Johnson to the dispensary via wheelchair escorted by Ofc. Neumann and Ofc. Klinger for medical evaluation.  Nurse Lozano evaluated and referred inmate Johnson to Cermak Urgent Care for further medical evaluation.  Inmate Johnson was transported via wheelchair to Cermak Urgent Care by Nurse Lozano escorted by Ofc. Klinger at 0719hrs.  At approximately 0815hrs Dr. Dawalibi of Cermak Urgent Care evaluated and referred inmate Johnson to Stroger Hospital for Chronic Back Pain. Inmate Johnson was transported via Superior Ambulance #313 escorted by Ofc. Ross #14665 and Ofc. Thomas-Carter #14842 of External Operations Squad Car #3231 at 0908hrs. R/L made notification to Investigator Ford #6151 of the AO Line at 0831hrs and tracking #36806 was issued.

| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) (Incident Report) | Incident Description (Incident Report) (Incident Report) |
|---|---|---|---|---|---|---|
| DIV08-2021-3644 | Douglas P Johnson | Participant | Verified | 3/17/2021 | Non Incident | Cancelled/Declined/Medical Appointment |
| EXOP-2021-4865 | Douglas P Johnson | Participant | Verified | 4/8/2021 | General | Inmate felt ill |

On 17MAR2021 OFC. Hughes#16787 was assigned to RTU/T Medical Movement for the 0600-1800hr shift. The following detainees either declined their Cermak medical appointments or rescheduled by medical staff or are housed on a quarantine tier . The proper refusal paperwork was signed and submitted to medical staff

---

Radiology:
Mehmeti, Mergim#20210310034 5H-"I'll go another day
Roberson, Nicholas#20210312028 5H-"Dont need it"
Campos, Gerardo#20210314076 5D-"I didn't ask for that"
Collins, Torian#20210315076 5C-"no"
Polmas, Jose#20210314068 5C-"I don't need it"
Reed, Trevante#20171109162 4D-"No thanks"
Sercye, Antonio #20191023183 4H-"I'm not signing anything"
Sauceda, Oscar #20191108227 4C"im not signing that"
Quiroz, David #20181121020 4B-"too early"
Johnson, Labrandon#20201002060 3F-"on the phone"
Espinoza, Juan#20210311149 5D-"dont need it"
Adair, Scot#20210219085 3C-"not today"
Graves, Tamika#20210313142 2B-'COURT"
Johnson, Douglas#20190508253 4C-"COURT"
Ramirez, Ramon#2019117063 4F-"QUARANTINE"

---

OTP
Martinez, Antonio#20191023063 5F-"QUARANTINE"

---

ORTHOPEDIC SURGERY
Holmes, Jerrell#20201126079 2F-"reschedule me"
Jackson, Reginald#20200128009 4H-"i'll go tomorrow"
Hardin, Tyler#20200131224 4D-"Im going to work"
Pickett, Bruce#20200113033 5F-"QUARANTINE"
Mendez, Julio#20200411041 5F-"QUARANTINE"

---

CT SCAN
Adair, Scot#20210219085 3C-"not today"
Sedano, Miguel#20210213002 4F-"RESCHEDULED"
Petrulias, Gregory#20210120005 5A-"QUARANTINE"
Wilson, Tarrence#20210309076 5F-"QUARANTINE"
Mendez, Julio#20200411041 5F-" QUARANTINE"

---

In summary, on 08 Apr 2021, R/S J Plante #3097 was assigned to Stroger Hospital.  At approx. 1100hrs, R/S was alerted by inmate Johnson, Douglas #20190508253, who was waiting to go up to a Fantus clinic, that he was feeling like he was going to faint.  R/S along with OFc M Golden #14600 placed inmate into a wheelchair and transported him to Stroger Hospital ER for medical treatment.

R/Lt. Behenna #693 was notified of the above non-incident by Sgt. Stubenvoll #3085.

Notifications via this report: Supt. Jones-Hayes, ADO, and Cermak. Command Center Ofc. Delao #17533 open/closed @1718hrs. AO line Inv. Madej #6166 notified at 1719hrs AO# 82303 received at that time.

R/L Navarrete was advised of above mentioned incident by Sgt Plante. Once detainee was escorted to emergency room detainee was given medical attention by emergency room doctors and was admitted to Red reses 5. R/L was advised that detaubee was admitted due to having high blood pressure.

Notifications were made to Command Center Officer Avery #18567 @1257, AO line Officer Foley @1300 issued AO #837.03 and Sup Cianciarulo.

| Incident Report | Inmate | Involvement Type | Involvement Status | Incident Date | Incident Classification (Incident Report) | Incident Description (Incident Report) |
|---|---|---|---|---|---|---|
| DIV08-2021-8493 | Douglas P Johnson | Participant | Verified | 6/2/2021 | General | Inmate sent out 911 |
| DIV08-2021-20513 | Douglas P Johnson | Participant | Verified | 11/11/2021 | General | Inciting a Riot / Use of Force 3G |

On 02 June 2021 while working in RTUT (medical movement), R/O (Reporting Officer) Rosario #17990 was notified by Dr. Paul that inmate Johnson, Douglas 20190508253 was being sent out 911 to due to abdominal pain and hypotension. At approximately 2140 hours, External Operations Officer Dyer #14716 and Officer Lebloch #14719 in squad 3235 arrived and escorted inmate Johnson to Mt. Sinai via CFD engine #32/ambulance #34. Lieutenant McBryde was notified. Nothing further to report.

On 11 NOV 2021 R/Sgt. Rejniak #3319 was assigned as a Division 08/RTUT Sergeant. R/S along with staff responded to tier 3G due to multiple inmates taking a stand and refusing to leave the dayroom after a tier search was conducted. R/S along with Sgt. Korkes #3373, Sgt. Peraino #3371, and staff attempted to de-escalate the situation for few minutes. Inmates continued to refuse orders to leave the dayroom and return to their bunk areas. Inmate Johnson, Antrell #20170513096 along with inmate Vickers, Anthony #20201004024 were escalating the situation by taking a stand and inciting more inmates to join. Due to multiple inmates not complying and refusing orders, R/S ordered security officer to respond with MK-9 O.C. can. Since the crowd of inmates continued to argue with staff, refused orders to return to the bunk areas, and threatening staff with bodily harm, R/S displayed MK-9 O.C. can and gave out multiple warnings of deploying the O.C. spray if inmates don't disperse back to their assigned bunks. Inmate Johnson along with inmate White, Donnie #20210512111 and inmate Vickers refused to leave the dayroom and continued with verbal threats. R/S continued to de-escalate situation and gave a warning of O.C. deployment if inmates involved did not return to their bunk areas. At this point, R/S ordered staff to disengage and in order to gain compliance R/S deployed burst of MK-9 O.C. spray to inmate Washington, Demarco #20180830019, inmate Owens, Kendrick #20180414080, inmate Johnson, and inmate White's facial areas. After O.C spray was deployed staff immediately ordered involved inmates to get on the ground. R/S observed Sgt. Korkes performed emergency takedown on inmate Johnson. R/S also observed Sgt. Peraino performed emergency takedown on inmate White. R/S observed staff struggling with inmate Haywood, Donald #20210922104 in the back area of the bunk area. Inmates Johnson, Vickers, Washington, Owens, Haywood, and White were all placed in hand restraints and escorted off the tier for decontamination and medical attention. Multiple inmates from tier 3G were escorted off the tier to be cleared in dispensary from secondary O.C. exposure and to be decontaminated. Lt. Nad #748 and Lt. Guzik #725 were notified. This is a BWC captured and tagged event. End of report.

R/Lt. McBryde #732 was notified of the above 911 activation by Ofc. Rosario #17990.

Inmate Johnson, Douglas #20190508253 was sent to Mt. Sinai Hospital for abdominal pain and hypotension per Dr. Paul.

Inmate Johnson was alert and responsive when he left CCDOC.

Supt. Cintron was notified via telephone.

Inv. Jameson #90754 issued AO #90754 at 2225hrs.

On 11Nov2021, R/Lt. Nad #748 was notified of above incident by Sgt. Rejniak #3319. Incident captured on stationary cameras #3-028, 3-029, 3-030, and 3-031. Incident also captured on Sgt. Rejniak #3319 BWC #X603992X4, Sgt. Peraino #3371 BWC#X603992YK, and Sgt. Korkes #3373 BWC #X603994T0. Sgt. Rejniak along with RTU staff responded to tier 3G due to multiple detainees taking a stand and refusing to leave the dayroom after a tier search was conducted. Sgt. Rejniak, Sgt. Korkes, and Sgt. Peraino attempted to de-escalate the situation. Detainees continued to refuse orders to return to their bunk areas. Detainee Johnson, Antrell #20170513096 and detainee Vickers, Anthony #20201004024 continued to take a stand and inciting more detainees to join them. Sgt. Rejniak displayed the MK-9 O.C can and gave multiple warnings that O.C spray will be deployed if detainees did not return to their assigned bunks. Detainee Johnson and detainee White, Donnie #202110512111 refused to leave the dayroom and continued with verbal threats. Sgt. Rejniak ordered staff to disengage and deployed a burst of MK-9 O.C spray to detainees Washington, Demarco #20180830019, inmate Owens, Kendrick #20180414080, detainee Johnson, and detainee White's facial areas to gain compliance. Sgt. Rejniak along with staff gave orders to detainees to get on the ground. Sgt. Korkes performed an emergency takedown on detainee Johnson in the dayroom area. Sgt. Peraino performed an emergency takedown on detainee White by the nurses station area. Detainee Haywood, Donald #20210922104 was irate and yelling at staff. Sgt. Korkes ordered staff to handcuff detainee. Detainee Haywood resisted handcuffing from Officer Alvarez by pulling away and attempting to flail his body. Sgt. Peraino, Sgt. Korkes, Officer Beausoleil, Officer E.Rodriguez, Officer Leonardo, and Officer Alvarez secured detainee Haywood on the bunk after detainee struggled and resisted. Detainee kicked Ofc. Smolen during the struggle. Ofc. Smolen delivered multiple closed fist strikes to detainee to gain compliance. Detainees Johnson, Vickers, Washington, Owens, Haywood, and White were all placed in hand restraints and escorted off the tier for decontamination and medical attention. All detainees decontaminated at 3rd floor dispensary. Nurse Casey seen and cleared detainees Johnson, Vickers, Washington, Owens, and White at 3rd floor dispensary for medical attention. Nurse Casey seen and referred detainee Haywood to Cermak ER for further medical attention to left wrist pain. Detainees Tarolla, Richard #20210126082, Cano-Padilla, Luis #20180314017, Gadberry, Juravius #20200809105, and Hernandez, Nickolas #20200919074 cleared by nurse Casey in 3rd floor dispensary and decontaminated at 3rd floor barbershop. MHS Maniak seen and cleared detainee Haywood for psychological evaluation. MHS Terrell seen and cleared detainee Johnson, Antrell #20170513096 for psychological evaluation. Sgt. Peraino interviewed detainees Owens, White, Washington, and Johnson on BWC #X603992YK. Detainee Owens stated they were told to leave dayroom and got sprayed. Detainee White stated they tried to get their stuff back and he got sprayed. Detainee Washington stated he got sprayed. Detainee Johnson stated he got sprayed while he was in the dayroom. Sgt. Rejniak interviewed detainee Haywood on BWC#X603992X4. Detainee Haywood stated he was on the phone and it was turned off and he was not cuffing up so he was beat up. Detainees Owens, Washington, Vickers, Johnson, Haywood, and White issued disciplinary reports for actions. Sworn battery report completed for Officer Smolen due to being kicked by detainee Haywood. Detainee Haywood, Donald #20210922104 was sent out to Stroger Hospital by Dr. Mekhael for left wrist fracture by squad car. Detainee was transported by EX Ops squad #3232 with Ofc. Saldana #14682 and Ofc. Gonzales #15977 and departed at 0010 hours. Detainee Washington was transferred to tier 3E cell 07 per classification unit. Detainee Vickers was transferred to tier 5E cell 01. Detainee Johnson was transferred to tier 4A cell 10. Detainee White was transferred to tier 3H. New uniforms and bed rolls provided to tier by Officer Herrera. CR #88066 given by Operator #254 at 2040 hours. AO #114731 given by Inv. Stremlau #6233 at 2142 hours. Supt. Cintron notified via report and in person.