| Status | Inmate | Type | Alert | Ranking (Alert) | (Alert) | Effective Date | Expiration Date |
|---|---|---|---|---|---|---|---|
| Inactive | Douglas P Johnson | Medical | Cast/Splint | 13.02 | | 5/8/2021 15:25 | 11/6/2021 15:30 |
| Inactive | Douglas P Johnson | Medical | Inhaler | | | 6/9/2021 14:57 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 6/9/2021 14:59 | 6/10/2021 10:35 |
| Inactive | Douglas P Johnson | Medical | M3 Medical Intermediate Housing | 9.04 | | 6/10/2021 10:36 | 6/15/2021 19:07 |
| Inactive | Douglas P Johnson | Medical | M3 Medical Intermediate Housing | 9.04 | | 6/15/2021 19:01 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | Wheelchair Long Distance Only | 10.01 | | 6/15/2021 19:07 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | Blood Thinner/Bleeding Disorder | 13.01 | | 6/16/2021 17:20 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 4/17/2020 16:41 | 5/7/2020 11:55 |
| Inactive | Douglas P Johnson | Medical | Cast/Splint | 13.02 | | 8/19/2020 17:34 | 9/16/2020 17:45 |
| Inactive | Douglas P Johnson | Medical | Cermak Discharge - Discharge Medications | 12.02 | | 12/12/2019 10:03 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | Isolation | 9.09 | | 4/16/2020 14:24 | 5/7/2020 11:55 |
| Inactive | Douglas P Johnson | Security | Quarantine Housing | | | 4/13/2020 16:43 | 4/16/2020 8:00 |
| Inactive | Douglas P Johnson | Medical | Lower Bunk | 13.14 | | 9/17/2019 11:10 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | M3 Medical Intermediate Housing | 9.04 | | 12/8/2019 14:01 | 4/7/2021 14:36 |
| Inactive | Douglas P Johnson | Medical | Cane | 10.05 | | 12/8/2019 14:01 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | Convalescent Housing | | | 5/7/2020 11:55 | 5/18/2020 10:31 |
| Inactive | Douglas P Johnson | Security | Convalescent 2.0 | | | 5/18/2020 9:50 | 12/8/2021 21:45 |
| Inactive | Douglas P Johnson | Medical | Diabetes | 13.05 | | 5/8/2019 20:19 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | M2 Medical Dose By Dose Housing | 9.06 | | 5/8/2019 20:18 | 12/8/2019 14:05 |
| Inactive | Douglas P Johnson | Medical | 2400 ADA with H.S. Snack | | | 5/8/2019 20:19 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | Inhaler | | | 5/8/2019 20:20 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | COVID Vaccine Complete | | | 3/2/2021 16:32 | 12/9/2021 2:06 |
| Inactive | Douglas P Johnson | Medical | M3 Medical Intermediate Housing | 9.04 | | 4/12/2021 12:15 | 6/9/2021 15:01 |
| Inactive | Douglas P Johnson | Medical | COVID Vaccine 1-Discharge Coordination | | | 2/3/2021 20:16 | 3/2/2021 16:32 |
| Inactive | Douglas P Johnson | Medical | Cast/Splint | 13.02 | | 4/9/2021 11:03 | 6/16/2021 17:20 |
| Inactive | Douglas P Johnson | Medical | M4 Medical Infirmary Housing (Clear before release) | | | 4/7/2021 14:34 | 4/12/2021 12:15 |
| Inactive | Douglas P Johnson | Medical | Cast/Splint | 13.02 | | 11/12/2021 11:49 | 12/9/2021 2:06 |