# EXHIBIT NO. 7

# PLAINTIFF MEDICAL RECORDS