| Policy **708** | Cook County Department of Corrections  
Custody Manual |

# Control of Inmate Movement

**708.1 PURPOSE AND SCOPE**
The purpose of this policy is to establish a process for the safe and secure movement of inmates between areas within the Cook County Department of Corrections and transportation from the Department to court, medical appointments or other jurisdictions.

**708.1.1 ISSUANCE/EFFECTIVE DATE**
This policy was re-issued on Mar. 1, 2019 and shall become effective upon issuance (operational updates).

**708.2 POLICY**
Sworn members should be vigilant in the control and movement of inmates between areas within the Department and when transporting inmates outside confined areas of the Department. Control may be by direct or indirect visual observation. All sworn members should consider all inmate movement as a high-risk activity. Sworn members should be aware of their surroundings at all times and take necessary steps to prevent the possession and exchange of contraband.

**708.3 INMATE COLOR-CODE SYSTEM**
Due to the potential for assault and/or escape during inmate movement the Department should consider a color-coded system to identify the risk.

Refer to the Inmate Identification Cards Procedure for further guidance.

708.3.1 FEMALE INMATE COLORS

- **Black and White (striped)** - Represents female inmates who are serving a sentence issued by a court (e.g., writ returns).
- **Green with pink lettering -** Represents female inmates who have violated the applicable disciplinary code involving inappropriate sexual behavior.
- **Blue** - Represents female inmates in general population.
- **Pink -** Represents female inmates who are participants in a court ordered substance abuse program.
- **Yellow** - Represents female inmates in all classes of protective custody.

708.3.2 MALE INMATE COLORS

- **Black and white (striped)** - Represents male inmates who have been sentenced by a court (e.g., writ returns).
- **Green** - Represents male inmates who have violated the applicable disciplinary code involving inappropriate sexual behavior.
- **Orange** - Represents male inmates in minimum or medium classes of protective custody.

# Cook County Department of Corrections
Custody Manual

## Control of Inmate Movement

- **Tan** - Represents male inmates in general population.
- **Yellow** - Represents male inmates in the maximum class of protective custody.

### 708.4 MOVEMENT OF INMATES

Movement of one or more inmates in the Department should be done in an orderly manner with inmates walking in pairs. Sworn members should have situational awareness during the movement of inmates and should consider the layout of the Department, areas of poor visibility and the presence of other inmates being moved. Sworn members should avoid areas where inmates may have access to contraband items.

Inmates should be restrained during movement based upon individual security classification, with higher risk inmates in handcuffs, waist chains and leg irons. An exception to this procedure is when an inmate has a physical disability where restraint devices may cause serious injury. Pregnant inmates shall be moved in accordance with the Use of Restraints Policy.

Whenever a high-risk inmate is not able to be restrained, due to a physical disability, sworn members should compensate by utilizing wheelchairs in accordance with the Use of Restraints Policy. It may also be necessary to increase the number of sworn members present to ensure the safe movement of high-risk inmates.

The sworn members should be watchful in and around passageways and ensure that sallyport doors are secured to prevent escape.