# Tier Log

| Facility/Unit | Active/Inactive | Officer | Officer Star | Officer Arrival Time | Area Supervisor |
|---|---|---|---|---|---|
| 2020-07-19/ Division 8 RTU / DIV08-2G / 6-6 | Inactive | M Orr | 18182+ | 7/19/2020 6:00 AM | K Purcell |
| | Active | C Vujosevic | 16977 | 7/19/2020 6:00 PM | U Gathright |

Use the ⬜ on the menu bar to page over to each tag of **AVAILABLE** related detail records

## Inquiry

| Supervisor star | Created By | Created On | Modified By | Modified On | Subject | Owner |
|---|---|---|---|---|---|---|
| 1234 | M Orr | 7/19/2020 6:26 AM | M Orr | 7/21/2020 7:24 AM | 07/19/2020 - DIV08-2G | M Orr |
| 000 | C Vujosevic | 7/19/2020 6:09 PM | M Rejniak | 7/20/2020 5:38 AM | 07/19/2020 - DIV08-2G | C Vujosevic |