IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DOUGLAS JOHNSON, | ) | |
| | ) | |
| Plaintiff, | ) | 22-cv-3718 |
| v. | ) | |
| | ) | |
| COOK COUNTY SHERIFF THOMAS DART, in his official capacity, ANTWAUN BACON, a CCDOC officer, and COOK COUNTY, a municipal corporation, | ) ) ) ) ) | Hon. Robert W. Gettleman Hon. Mag. Heather K. McShain |
| Defendants. | ) | |

### THE PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE DEFENDANTS' SUMMARY JUDGMENT MOTION (UNOPPOSED)

Now comes the Plaintiff DOUGLAS JOHNSON, by and through his attorneys of DVORAK LAW OFFICES, LLC, and respectfully requests thirty additional days, up to and including August 11, 2025, to respond to the Defendants' motions for summary judgment. In support of this motion, the Plaintiff states the following:

1. The Defendants have moved for Summary Judgment and the Plaintiff's response(s) are due on July 11, 2025.

2. The undersigned has been occupied with arrangements and family responsibilities relating to the passing away of his father on June 18, 2025.

3. The undersigned is the principal of a small law firm with only two associates, handling a heavy case load of civil and criminal matters.

4. The Plaintiff, therefore, requests additional time to prepare his response to the Defendants' motions.

5. The Defendants received numerous extensions on their deadline for filing summary judgment.

Wherefore, for all of the reasons stated above, the Plaintiff asks for a thirty day extension, up to and including August 11, 2025, for the filing of his response to the Defendants' motions for summary judgment.

Dated: July 2, 2025

                                          Respectfully Submitted,
                                          /s/ Richard Dvorak
                                          *Lead Counsel for the Plaintiff*

Richard Dvorak
Adrian Bleifuss
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204
Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
richard.dvorak@civilrightsdefenders.com
adrianbp@civilrightsdefenders.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that on July 2, 2025, he served upon counsel of record a copy of the attached document, via the Court's electronic filing system.

Dated: July 2, 2025

                                          Respectfully Submitted,
                                          /s/ Richard Dvorak
                                          *Lead Counsel for the Plaintiff*

Richard Dvorak
Adrian Bleifuss
*Dvorak Law Offices, LLC*
1 Walker Avenue, Suite 204

Clarendon Hills, IL 60514
P: (312) 593-7146
F: (312) 873-3869
richard.dvorak@civilrightsdefenders.com
adrianbp@civilrightsdefenders.com

3