## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Douglas Johnson
                        Plaintiff,

v.                                       Case No.: 1:22−cv−03718
                                                  Honorable Robert W. Gettleman

Sheriff Thomas Dart, et al.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 3, 2025:

      MINUTE entry before the Honorable Robert W. Gettleman: The Plaintiff's Unopposed Motion For An Extension Of Time To Respond To The Defendants' Summary Judgment Motion [93] is granted. The briefing schedule set on 4/23/2025 [77] is modified as follows: plaintiff's response due 8/11/2025; defendants' reply due 8/25/2025. The court will issue its ruling on CM/ECF. Emailed notice (cn).


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.